FILED
2007 AUG 30 PM 1:23

E-filing

1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Ira Spiro (SBN 67641)
   Ira@SpiroMoss.com
3  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
4  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456
5

6  Paul R. Kiesel, Esq. (SBN 119854)             Jeffrey K. Berns, Esq. (SBN 131351)
   kiesel@kbla.com                                jberns@jeffbernslaw.com
7  Patrick DeBlase, Esq. (SBN 167138)            **LAW OFFICES OF JEFFREY K. BERNS**
   deblase@kbla.com                              19510 Ventura Boulevard, Suite 200
8  Michael C. Eyerly, Esq. (SBN 178693)          Tarzana, California 91356
   eyerly@kbla.com                               Phone: (818) 961-2000; Fax: (818) 867-4820
9  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard
10 Beverly Hills, California 90211
   Phone: (310) 854-4444; Fax: (310) 854-0812
11
   Attorneys for Plaintiff and all others Similarly Situated
12

ADR

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15  GREGORY M. JORDAN, individually and on    )   CASE NO. C07-04496
    behalf of all others similarly situated,   )
16                                             )   CLASS ACTION
                   Plaintiff,                  )
17                                             )
                                               )   **CERTIFICATION OF INTERESTED**
18         v.                                  )   **ENTITIES OR PERSONS**
                                               )
19                                             )
    PAUL FINANCIAL, LLC, and DOES 1 through )
20  10 inclusive,                              )
                                               )
21                 Defendants.                 )
                                               )
22                                             )
...
28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

ORIGINAL

FILE BY FAX

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other entities
3  (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii)
4  have a non-financial interest in that subject matter or in a party that could be substantially affected by the
5  outcome of this proceeding:

    In addition to the named parties: Members of the proposed class or classes of PAUL FINANCIAL, LLC's customers who received an ARM or adjustable rate mortgage, whose identities are as yet unknown.

DATED: August 29, 2007

**SPIRO MOSS BARNESS LLP**

By: _____
David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:    (310) 235-2456

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444
Fax:    (310) 854-0812

Jeffrey K. Berns, Esq.
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

-2-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS