1  TOBIN & TOBIN
   MARY A. PRICE, ESQ., SBN 83963
2  500 Sansome Street, 8th Floor
   San Francisco, CA 94111-3211
3  Telephone:   (415) 433-1400
   Facsimile:   (415) 433-3883
4

5  Attorneys for Defendant
   PAUL FINANCIAL, LLC, a
6  Delaware limited liability company

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   GREGORY M. JORDAN, et al.              Case No. C07-04496 JL
11
                           Plaintiff,     **STIPULATION TO EXTEND TIME TO**
12                                        **RESPOND TO COMPLAINT**
      v.
13
   PAUL FINANCIAL, LLC
14
                           Defendant.
15

16

17      TO ALL INTERESTED PARTIES AND THE HONORABLE COURT:

18      Plaintiff Gregory M. Jordan ("Plaintiff"), by and through his counsel of record, Sprior Moss

19  Barness, LLP, and defendant Paul Financial, LLC ("Defendant"), by and through its counsel, Tobin

20  & Tobin, hereby stipulate as follows:

21      Defendant shall have through and including December 6, 2007 to respond to the Complaint

22  on file herein.

23  ///

24  ///

25  ///

26  ///

27  ///

28

STIPULATION TO EXTEND TIME TO RESPOND TO        1
COMPLAINT

SO STIPULATED:

DATED: November 1, 2007          TOBIN & TOBIN

                                 By /s/ Mary A. Price
                                    Mary A. Price

                                 Attorneys for Defendant
                                 PAUL FINANCIAL, LLC

DATED: November 1, 2007          SPIRO MOSS BARNESS LLP

                                 By /s/ David M. Arbogast
                                    David M. Arbogast
                                 Attorneys for Plaintiff
                                 GREGORY M. JORDAN