1  MATTHEW G. BALL (SBN NO. 208881)
   KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
4
   Attorneys for Defendant
5  PAUL FINANCIAL LLC

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10 GREGORY M. JORDAN, on behalf of          Case No. CV07-04496 JL
   themselves and others similarly situated,

11                 Plaintiff,               **JOINT MOTION AND [PROPOSED]
                                            ORDER TO MODIFY ORDER SETTING
12 vs.                                      INITIAL CASE MANAGEMENT
                                            CONFERENCE AND ADR SCHEDULE**
13 PAUL FINANCIAL LLC; and DOES 1 through
   10, inclusive,                           Assigned to the Honorable:
14                                          Magistrate Judge James Larson
                   Defendants.
15

16        Plaintiff Gregory M. Jordan ("plaintiff") and defendant Paul Financial LLC ("Paul

17 Financial") (collectively, "the parties") hereby jointly move the Court to extend the dates set forth in

18 the Court's Order Setting Initial Case Management Conference and ADR Schedule.  In support of

19 this Motion, the parties state as follows:

20        1.     The Court entered an Order Setting Initial Case Management Conference and ADR

21 Schedule on August 30, 2007 (the "Case Management Order").

22        2.     The Case Management Order required plaintiff and Paul Financial to (1) meet and

23 confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and

24 file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone

25 Conference by November 14, 2007; (2) file a Rule 26(f) Report, complete initial disclosures or state

26 Conference by November 14, 2007; (2) file a Rule 26(f) Report, complete initial disclosures or state

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO          1
MODIFY ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR SCHEDULE

objection in Rule 26(f) Report and file Case Management Statement by November 28, 2007; and (3) report for an Initial Scheduling Conference on December 5, 2007.

3.    Plaintiff filed an Amended Complaint on October 11, 2007.

4.    The parties filed a Stipulation on November 5, 2007 to extend the time for the Defendant to respond to the Amended Complaint by December 5, 2007.

5.    Paul Financial is currently in the process of designating substitute counsel.

6.    As a result, the parties jointly request that the Court modify its Case Management Order as follows:

| | |
|---|---|
| Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | January 7, 2008 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | January 21, 2008 |
| Initial Case Management Conference | January 28, 2008 |

7.    Neither party will be prejudiced by allowance of this Motion.

WHEREFORE, plaintiff Gregory M. Jordan and defendant Paul Financial LLC (collectively, "the parties") hereby jointly move the Court to extend the dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Schedule and for such other relief as the Court deems just and appropriate.

1

2     Dated:  November 19, 2007

3

4

5

6

7     Dated:  November 19, 2007

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SPIRO MOSS BARNESS LLP

By:     /s/ David M. Arbogast
        David M. Arbogast
        Attorney for Plaintiffs


KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP


By:     /s/ Matthew G. Ball
        Matthew G. Ball
        Irene C. Freidel
        Phoebe S. Winder
        Attorney for Defendant Paul Financial LLC

1

2    IT IS SO ORDERED.

3

4    Dated: _____

5                                         _____
                                          Honorable James Larson
                                          United States District Court Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28