MATTHEW G. BALL (SBN NO. 208881)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
PAUL FINANCIAL LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-04496 JL<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO MODIFY ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR SCHEDULE**<br><br>Assigned to the Honorable:<br>Magistrate Judge James Larson |

Plaintiff Gregory M. Jordan ("plaintiff") and defendant Paul Financial LLC ("Paul Financial") (collectively, "the parties") hereby jointly move the Court to extend the dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Schedule. In support of this Motion, the parties state as follows:

1. The Court entered an Order Setting Initial Case Management Conference and ADR Schedule on August 30, 2007 (the "Case Management Order").

2. The Case Management Order required plaintiff and Paul Financial to (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by November 14, 2007; (2) file a Rule 26(f) Report, complete initial disclosures or state

objection in Rule 26(f) Report and file Case Management Statement by November 28, 2007; and (3) report for an Initial Scheduling Conference on December 5, 2007.

    3.    Plaintiff filed an Amended Complaint on October 11, 2007.

    4.    The parties filed a Stipulation on November 5, 2007 to extend the time for the Defendant to respond to the Amended Complaint by December 5, 2007.

    5.    Paul Financial is currently in the process of designating substitute counsel.

    6.    As a result, the parties jointly request that the Court modify its Case Management Order as follows:

| | |
|---|---|
| Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | January 7, 2008 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | January 21, 2008 |
| Initial Case Management Conference | January 30, 2008 <br> ~~January 28, 2008~~ |

7.    Neither party will be prejudiced by allowance of this Motion.

    WHEREFORE, plaintiff Gregory M. Jordan and defendant Paul Financial LLC (collectively, "the parties") hereby jointly move the Court to extend the dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Schedule and for such other relief as the Court deems just and appropriate.

|     |                              |     |                                        |
| --- | ---------------------------- | --- | -------------------------------------- |
| 1   |                              |     | SPIRO MOSS BARNESS LLP                 |
| 2   | Dated: November 19, 2007     | By: | /s/ David M. Arbogast                  |
| 3   |                              |     | David M. Arbogast                      |
|     |                              |     | Attorney for Plaintiffs                |

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

Dated: November 19, 2007    By:    /s/ Matthew G. Ball
                                   Matthew G. Ball
                                   Irene C. Freidel
                                   Phoebe S. Winder
                                   Attorney for Defendant Paul Financial LLC

JOINT STIPULATION AND [PROPOSED] ORDER TO        3
MODIFY ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR SCHEDULE

1

2   IT IS SO ORDERED.

3

4   Dated: November 20, 2008                    _____
                                                 Honorable James Larson
5                                                United States District Court Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO          4
MODIFY ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR SCHEDULE