Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Irene C. Freidel (*pro hac vice* application pending)
Irene.freidel@klgates.com
Phoebe G. Winder (*pro hac vice* application pending)
phoebe.winder@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
State Street Financial Center, One Lincoln Street, Boston, MA, 02111-2950
Telephone: (617) 261-3100
Facsimile:  (617) 261-3175

Attorneys for Defendant
PAUL FINANCIAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PAUL FINANCIAL, LLC, and does 1 through 10 inclusive,<br><br>                    Defendants. | Case No. C-07-04496 JL<br><br>**PROOF OF SERVICE** |

1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105**.

On **November 21, 2007**, I served the foregoing document(s):

1.) APPLICATION FOR ADMISSION OF IRENE C. FREIDEL PRO HAC VICE;

2.) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF IRENE C. FREIDEL PRO HAC VICE ;

3.) APPLICATION FOR ADMISSION OF PHOEBE S. WINDER PRO HAC VICE;

4.) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PHOEBE S. WINDER PRO HAC VICE.

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

David M. Arbogast, Esq.
SPIRO MOSS BARNES
11377 West Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Telephone (310) 235-2468
Facsimile (310) 235-2456

Attorney for the Plaintiff


[ X ]  **BY MAIL (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[  ]  **BY FACSIMILE:** The recipient(s) have confirmed in writing that service by facsimile is acceptable to them. I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[  ]  **BY FEDERAL EXPRESS**: I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[  ]  **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to each addressee(s)

1  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

3  Executed on November 21, 2007, at San Francisco, California.

4                                                                /s/ Chanell M. Osborne
                                                                   **Chanell M. Osborne**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28