1  Matthew G. Ball (SBN 208881)
   Matthew.Ball@klgates.com
2  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
5
6  Irene C. Freidel (*pro hac vice* application pending)
   Irene.freidel@klgates.com
7  Phoebe G. Winder (*pro hac vice* application pending)
   phoebe.winder@klgates.com
8  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   State Street Financial Center, One Lincoln
9  Street, Boston, MA, 02111-2950
10 Telephone: (617) 261-3100
   Facsimile: (617) 261-3175
11
   Attorneys for Defendant
12 PAUL FINANCIAL, LLC

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15 | GREGORY M. JORDAN, individually and on
   | behalf of all others similarly situated,          Case No. C-07-04496 JL
16 |
   |                              Plaintiffs,          [~~PROPOSED~~] ORDER GRANTING
17 |                                                   APPLICATION FOR ADMISSION OF
   |    v.                                             IRENE C. FREIDEL *PRO HAC VICE*
18 |
   | PAUL FINANCIAL, LLC, and does 1
19 | through 10 inclusive,
20 |
   |                              Defendants.
21

22     Irene C. Freidel, an active member in good standing of the bar of the Commonwealth of

23 Massachusetts and an active member of the bars of the United States District Court for the District of

24 Massachusetts, the United States Court of Appeals for the First Circuit, United States Court of

25 Appeals for the Third Circuit, United States Court of Appeals for the Eighth Circuit, and the United

26 States Court of Appeals for the Ninth Circuit, having applied in the above-entitled action for

27 admission to practice in the Northern District of California on a *pro hac vice* basis, representing

28 Defendant Paul Financial, LLC in the above-entitled action.

1     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-27-07          By: _____
                                                   HON. MAGISTRATE JUDGE
                                                   JAMES LARSON