Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Irene C. Freidel (admitted *pro hac vice*)
Irene.freidel@klgates.com
Phoebe G. Winder (admitted *pro hac vice*)
phoebe.winder@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
State Street Financial Center, One Lincoln Street, Boston, MA, 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant
PAUL FINANCIAL, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, and does 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04496 JL<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY OF RECORD** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, please take notice that Defendant Paul Financial, LLC, ("Defendant") hereby makes the following substitution of attorney of record:

Former Attorney of Record:
  Mary A. Price, Esq.
  Tobin & Tobin
  500 Sansome Street, 8th Floor
  San Francisco, California 94111
  Telephone: (415) 433-1400/ Facsimile: (415) 433-3883

1  Should be removed and, consequently, should no longer receive notice of e-Filings.

2  Defendant's new attorneys of record are as follows:

    Matthew G. Ball (SBN 208881)
    Matthew.Ball@klgates.com
    **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
    55 Second Street, Suite 1700
    San Francisco, CA 94105
    Telephone: (415) 882-8200
    Facsimile:  (415) 882-8220

I    Irene C. Freidel (admitted *pro hac vice*)
    Irene.freidel@klgates.com
    Phoebe G. Winder (admitted *pro hac vice*)
    phoebe.winder@klgates.com
    **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
    State Street Financial Center, One Lincoln Street, Boston, MA, 02111-2950
    Telephone: (617) 261-3100
    Facsimile:  (617) 261-3175

The following attorneys and party consent to this substitution:

Dated: November 29, 2007          PAUL FINANCIAL. LLC

          By:  /s/  Dennis Tussey
          On Behalf of Defendant Paul Financial, LLC

Dated: November 29, 2007          TOBIN & TOBIN

          By:  /s/  Mary A. Price
          Mary A. Price, Former Counsel

1  Dated: November 29, 2007                    KIRKPATRICK & LOCKHART PRESTON
2                                              GATES ELLIS LLP

3                                              By:  /s/  Matthew G. Ball
                                                    Matthew G. Ball
4                                                   Irene C. Freidel
                                                    Phoebe G. Winder
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28