UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. JORDAN, individual and
on behalf of all others similarly situated,
              Plaintiff(s),

Case No. C-07-04496 JL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

PAUL FINANCIAL, LLC and Does 1
through 10 inclusive,
              Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/7/08

Paul Financial, LLC
[Party]

Dated: 1/7/08

/s/ Matthew G. Ball
[Counsel]