IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. JORDAN,                                         No. C 07-04496SI

        Plaintiff,                                                     **NOTICE**

  v.

PAUL FINANCIAL, LLC,

        Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, February 22, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: January 30, 2008                                     RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk