ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

February 4, 2008

David M. Arbogast
Robert Ira Spiro
Spiro Moss Barness LLP
11377 West Olympic Boulevard
5th Floor
Los Angeles, CA 90064
310-235-2468

Jeffrey Keith Berns
Law Office of Jeffrey Berns
19510 Ventura Blvd., Suite 200
Tarzana, CA 91356
818-961-2000

Jonathan Shub
Seeger Weiss LLP
1515 Market St., Suite 1380
Philadelphia, PA 19102
215-564-2300

Michael C. Eyerly
Patrick DeBlase
Paul R. Kiesel
Kiesel Boucher & Larson LLP
8648 Wilshire Blvd.
Beverly Hills, CA 90211
310-854-4444

Irene C. Freidel
Phebe S. Winder
Kirkpatrick & Lockhart Preston Gate
Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617-261-3100

Matthew Gordon Ball
K&L Gates
55 Second Street, Suite 1700
San Francisco, CA 94105
(415) 882-8200

Re:   Jordan v. Paul Financial, LLC
      <u>Case No. C 07-04496 SI MED</u>

Dear Counsel:

   The ADR Program would like to convene a conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the time frame for the Mediation. We would like to schedule this for **Thursday, February 14, 2008 at 1:00 p.m. Pacific time (4:00 p.m. Eastern time).**

07-4496 SI MED
Letter to All Counsel
February 4, 2008
Page 2

This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

    Thank you for your attention to this matter.

                                      Sincerely,

                                      Alice M. Fiel
                                      ADR Case Administrator