MATTHEW G. BALL (SBN NO. 208881)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
PAUL FINANCIAL LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-04496 SI<br><br>**DEFENDANT PAUL FINANCIAL LLC'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**<br><br>Assigned to the Honorable: Judge Susan Illston |

**DEFENDANT PAUL FINANCIAL LLC'S
CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) **Peter Paul** – an individual with an ownership interest in defendant Paul Financial LLC

(2) **Paulfi Associates, LP** – a partnership with an ownership interest in defendant Paul Financial LLC.

| | | |
|---|---|---|
| | | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| Dated: February 18, 2008 | By: | /s/ Irene C. Freidel<br>Matthew G. Ball<br>Irene C. Freidel<br>Phoebe S. Winder<br>Attorneys for Defendant Paul Financial LLC |

**DEFENDANT PAUL FINANCIAL LLC'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**

2