**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 2/22/08

Case No.   C-07-4496SI              Judge:   SUSAN ILLSTON

Title: GREGORY JORDAN  -v- PAUL FANANCIAL

Attorneys: D. Arbogast           M. Ball

Deputy Clerk: Tracy Sutton  Court Reporter: J. Gonzalez

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **4/18/08    @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**   for Pretrial Conference

Case continued to    **@ 8:30 a.m.**   for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
This case shall be referred to the Court's Mediation Program.

Plaintiff shall send out it's first round of discovery so that the proper parties can be determined.