Jeffrey K Berns, Esq. (SBN 131351)
jberns@law111.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd., Fifth Floor
Tarzana, CA 91356
Phone: (818) 961-2000
Fax:     (818) 867-4820

*Attorneys for Plaintiff*

Irene Freidel (Admitted *Pro Hac Vice*)
irene.freidel@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 951-9154 (phone)
(617) 261-3175 (fax)

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAUL FINANCIAL, LLC and DOES 1 through 10 inclusive, <br><br> Defendants. | **CASE NO. C-07-04496-SI** <br><br> Judge: Hon. Susan Illston <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADR COMPLETION DATE** <br><br> Complaint Filed: August 30, 2007 <br> Trial Date: Not set yet |

Stipulation and [Proposed] Order - C-07-04496-SI

**STIPULATION**

WHEREAS, on February 25, 2008, Plaintiff served his First Set of Special Interrogatories and First Set of Requests for Production of Documents upon Defendant, Paul Financial, LLC.  Included with these sets of Discovery, Plaintiff provided counsel with a draft Stipulated Proposed Protective Order;

WHEREAS, on March 31, 2008, Defendant Paul Financial LLC served its responses to the above-referenced discovery.  In its responses, Defendant named the subsequent purchaser and/or assignees of named Plaintiff's loan that is the subject of this action.

WHEREAS, counsel for both parties have exchanged several drafts of the proposed protective order, and are still in the process of meeting and conferring concerning the draft Proposed Protective Order.

WHEREAS, counsel for Plaintiff has reviewed the above referenced discovery responses provided by Defendant and Plaintiff intends on meeting and conferring over the adequacy of said responses forthwith.

WHEREAS, counsel for Plaintiff, David M. Arbogast, Esq. and Jeffrey K. Berns, Esq., are in the process of forming a partnership, Arbogast & Berns LLP.   Messrs. Arbogast and Berns have submitted the necessary paperwork with the Secretary of the State of California and are awaiting confirmation and registration of their new partnership.  Once the registration with the Secretary of State is completed and all other paperwork is completed, Messrs. Arbogast and Berns will be filing the appropriate Notice of Firm changes and Notices of Appearances with the Court.  This process and the above referenced Notices are expected to be filed and served by Friday, April 18, 2008.

WHEREAS, David M. Arbogast, Esq. is and has been the attorney primarily responsible for the handling of this case for Plaintiff.

WHEREAS, as a result of counsel David M. Arbogast's firm change, and the ongoing meet and confer efforts concerning discovery referenced above, counsel for the parties have agreed, with the Court's permission, to continue the Case Management Conference set for Friday, April 18, 2008 at 10:30 a.m. to May 2, 2008 at 2:30 p.m.

WHEREAS, the Last Day for ADR completion is currently set for May 22, 2008.

1  WHEREAS, Plaintiff intends on naming the subsequent purchaser and/or subsequent assignee of
2  the loans identified by Defendant in response to Plaintiff's discovery discussed above.
3  WHEREAS, counsel have agreed, with the Court's permission, to extend the Last Day for ADR
4  completion to July 25, 2008.
5  IT IS THEREFORE STIPULATED by and between Plaintiff and Defendant that, should the
6  Court's schedule permit, the April 18, 2008 status conference be continued until May 2, 2008 and that
7  the Last Day for ADR completion be continued to July 25, 2008.
8  IT IS SO STIPULATED:

DATED:  April 11, 2008

Respectfully submitted,
GREGORY M. JORDAN

By her attorneys,

/s/ Jeffrey K. Berns
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Blvd., Suite 200
Tarzana, CA  91356
Phone: (818) 961-2000
Fax:     (818) 867-4820

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel (SBN 119854)
Patrick De Blasé(SBN 167138)
Michael C. Eyerly (SBN 178693)
8648 Wilshire Blvd.
Beverly Hills, CA  90211
Phone: (310) 854-4444
Fax:     (310) 854-0812

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Phone: (215) 564-2300
Fax:     (215) 851-8029

**SPIRO MOSS BARNESS LLP**
Ira Spiro  (SBN 67641)
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:     (310) 235-2456

*Attorneys for Plaintiff*

28  / / /

| | |
|---|---|
| DATED: April 11, 2008 | PAUL FINANCIAL LLC<br>By its attorneys,<br><br> */s/ Irene C. Freidel* <br>Irene C. Freidel<br>**KIRKPATRICK & LOCKHARD PRESTON GATES ELLIS LLP**<br>One Lincoln Street<br>Boston, MA  02111-2950<br>Phone: (617) 951-9154<br>Fax:    (617) 261-3175<br><br>*Attorneys for Defendants* |

### [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference currently set for April 18, 2008 is continued to Friday, May 2, 2008 at 2:30 p.m.;

2. The Last Date for ADR completion currently set for May 22, 2008 is continued to July 25, 2008.

**IT IS SO ORDERED**


Dated: _____, 2008                              _____
                                                                            Hon. Susan Illston
                                                                            District Court Judge