1   Jeffrey K Berns, Esq. (SBN 131351)
    jberns@law111.com
2   **LAW OFFICES OF JEFFREY K. BERNS**
    19510 Ventura Blvd., Fifth Floor
3   Tarzana, CA 91356
    Phone: (818) 961-2000
4   Fax:    (818) 867-4820

5   *Attorneys for Plaintiff*

6   Irene Freidel (Admitted *Pro Hac Vice*)
    irene.freidel@klgates.com
7   **KIRKPATRICK & LOCKHART PRESTON**
    **GATES ELLIS LLP**
8   State Street Financial Center
    One Lincoln Street
9   Boston, MA  02111-2950
    (617) 951-9154 (phone)
10  (617) 261-3175 (fax)

11  *Attorneys for Defendant*

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15  GREGORY M. JORDAN, individually and on    )    **CASE NO. C-07-04496-SI**
    behalf of all others similarly situated,       )
16                                                  )    Judge:  Hon. Susan Illston
                    Plaintiff,                      )
17                                                  )
                                                    )    **STIPULATION AND [PROPOSED]  ORDER**
18          v.                                      )    **CONTINUING CASE MANAGEMENT**
                                                    )    **CONFERENCE AND ADR COMPLETION**
19                                                  )    **DATE**
    PAUL FINANCIAL, LLC and DOES 1 through )
20  10 inclusive,                                   )
                                                    )
21                  Defendants.                     )
                                                    )
22                                                  )    Complaint Filed: August 30, 2007
23  _____ )    Trial Date: Not set yet

24

25

26

27

28

## STIPULATION

WHEREAS, on February 25, 2008, Plaintiff served his First Set of Special Interrogatories and First Set of Requests for Production of Documents upon Defendant, Paul Financial, LLC.   Included with these sets of Discovery, Plaintiff provided counsel with a draft Stipulated Proposed Protective Order;

WHEREAS, on March 31, 2008, Defendant Paul Financial LLC served its responses to the above-referenced discovery.  In its responses, Defendant named the subsequent purchaser and/or assignees of named Plaintiff's loan that is the subject of this action.

WHEREAS, counsel for both parties have exchanged several drafts of the proposed protective order, and are still in the process of meeting and conferring concerning the draft Proposed Protective Order.

WHEREAS, counsel for Plaintiff has reviewed the above referenced discovery responses provided by Defendant and Plaintiff intends on meeting and conferring over the adequacy of said responses forthwith.

WHEREAS, counsel for Plaintiff, David M. Arbogast, Esq. and Jeffrey K. Berns, Esq., are in the process of forming a partnership, Arbogast & Berns LLP.   Messrs. Arbogast and Berns have submitted the necessary paperwork with the Secretary of the State of California and are awaiting confirmation and registration of their new partnership.  Once the registration with the Secretary of State is completed and all other paperwork is completed, Messrs. Arbogast and Berns will be filing the appropriate Notice of Firm changes and Notices of Appearances with the Court.  This process and the above referenced Notices are expected to be filed and served by Friday, April 18, 2008.

WHEREAS, David M. Arbogast, Esq. is and has been the attorney primarily responsible for the handling of this case for Plaintiff.

WHEREAS, as a result of counsel David M. Arbogast's firm change, and the ongoing meet and confer efforts concerning discovery referenced above, counsel for the parties have agreed, with the Court's permission, to continue the Case Management Conference set for Friday, April 18, 2008 at 10:30 a.m. to May 2, 2008 at 2:30 p.m.

WHEREAS, the Last Day for ADR completion is currently set for May 22, 2008.

1    WHEREAS, Plaintiff intends on naming the subsequent purchaser and/or subsequent assignee of

2  the loans identified by Defendant in response to Plaintiff's discovery discussed above.

3    WHEREAS, counsel have agreed, with the Court's permission, to extend the Last Day for ADR

4  completion to July 25, 2008.

5    IT IS THEREFORE STIPULATED by and between Plaintiff and Defendant that, should the

6  Court's schedule permit, the April 18, 2008 status conference be continued until May 2, 2008 and that

7  the Last Day for ADR completion be continued to July 25, 2008.

8  IT IS SO STIPULATED:

9  DATED:  April 11, 2008                          Respectfully submitted,
                                                    GREGORY M. JORDAN
10

                                                    By her attorneys,
11
                                                    /s/ Jeffrey K. Berns
12                                                  **LAW OFFICES OF JEFFREY K. BERNS**
                                                    19510 Ventura Blvd., Suite 200
13                                                  Tarzana, CA  91356
                                                    Phone: (818) 961-2000
14                                                  Fax:    (818) 867-4820

15                                                  **KIESEL BOUCHER LARSON LLP**
                                                    Paul R. Kiesel (SBN 119854)
16                                                  Patrick De Blasé (SBN 167138)
                                                    Michael C. Eyerly (SBN 178693)
17                                                  8648 Wilshire Blvd.
                                                    Beverly Hills, CA  90211
18                                                  Phone: (310) 854-4444
                                                    Fax:    (310) 854-0812
19
                                                    **SEEGER WEISS LLP**
20                                                  Jonathan Shub (SBN 237708)
                                                    1515 Market Street, Suite 1380
21                                                  Philadelphia, PA 19102
                                                    Phone: (215) 564-2300
22                                                  Fax:    (215) 851-8029

23                                                  **SPIRO MOSS BARNESS LLP**
                                                    Ira Spiro  (SBN 67641)
24                                                  11377 W. Olympic Boulevard, Fifth Floor
                                                    Los Angeles, CA 90064-1683
25                                                  Phone: (310) 235-2468
                                                    Fax:    (310) 235-2456
26
                                                    *Attorneys for Plaintiff*
27

28  / / /

Stipulation and [Proposed] Order - C-07-04496-SI

1    DATED:  April 11, 2008                                    PAUL FINANCIAL LLC
                                                               By its attorneys,
2

3                                                                 _/s/ Irene C. Freidel_____
                                                               Irene C. Freidel
4                                                              **KIRKPATRICK & LOCKHARD PRESTON
                                                               GATES ELLIS LLP**
5                                                              One Lincoln Street
                                                               Boston, MA  02111-2950
6                                                              Phone: (617) 951-9154
                                                               Fax:    (617) 261-3175
7
                                                               *Attorneys for Defendants*
8

9                              **[PROPOSED] ORDER**

10           Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED

11   that:

12           1.      The Case Management Conference currently set for April 18, 2008 is continued to

13   Friday, May 2, 2008 at 2:30 p.m.;

14           2.      The Last Date for ADR completion currently set for May 22, 2008 is continued to July

15   25, 2008.

16           **IT IS SO ORDERED**

17

18   Dated: _____, 2008                       _____
                                                 Hon. Susan Illston
19                                               District Court Judge

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order - C-07-04496-SI