1   Jeffrey K Berns, Esq. (SBN 131351)
    jberns@law111.com
2   **LAW OFFICES OF JEFFREY K. BERNS**
    19510 Ventura Blvd., Fifth Floor
3   Tarzana, CA 91356
    Phone: (818) 961-2000
4   Fax:    (818) 867-4820

5   *Attorneys for Plaintiff*

6   Irene Freidel (Admitted *Pro Hac Vice*)
    irene.freidel@klgates.com
7   **KIRKPATRICK & LOCKHART PRESTON
    GATES ELLIS LLP**
8   State Street Financial Center
    One Lincoln Street
9   Boston, MA  02111-2950
    (617) 951-9154 (phone)
10  (617) 261-3175 (fax)

11  *Attorneys for Defendant*

12                    **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14

15  GREGORY M. JORDAN, individually and on      )   **CASE NO. C-07-04496-SI**
    behalf of all others similarly situated,    )
16                                              )   Judge:  Hon. Susan Illston
                          Plaintiff,            )
17                                              )
                                                )   **STIPULATION AND [PROPOSED]  ORDER
18             v.                               )   CONTINUING CASE MANAGEMENT
                                                )   CONFERENCE AND ADR COMPLETION
19                                              )   DATE**
    PAUL FINANCIAL, LLC and DOES 1 through )
20  10 inclusive,                               )
                                                )
21                        Defendants.           )
                                                )
22                                              )   Complaint Filed: August 30, 2007
23  _____ )   Trial Date: Not set yet

24

25

26

27

28

Stipulation and [Proposed] Order - C-07-04496-SI

1

**<u>STIPULATION</u>**

2    WHEREAS, on February 25, 2008, Plaintiff served his First Set of Special Interrogatories and

3    First Set of Requests for Production of Documents upon Defendant, Paul Financial, LLC.   Included

4    with these sets of Discovery, Plaintiff provided counsel with a draft Stipulated Proposed Protective

5    Order;

6    WHEREAS, on March 31, 2008, Defendant Paul Financial LLC served its responses to the

7    above-referenced discovery.  In its responses, Defendant named the subsequent purchaser and/or

8    assignees of named Plaintiff's loan that is the subject of this action.

9    WHEREAS, counsel for both parties have exchanged several drafts of the proposed protective

10    order, and are still in the process of meeting and conferring concerning the draft Proposed Protective

11    Order.

12    WHEREAS, counsel for Plaintiff has reviewed the above referenced discovery responses

13    provided by Defendant and Plaintiff intends on meeting and conferring over the adequacy of said

14    responses forthwith.

15    WHEREAS, counsel for Plaintiff, David M. Arbogast, Esq. and Jeffrey K. Berns, Esq., are in the

16    process of forming a partnership, Arbogast & Berns LLP.   Messrs. Arbogast and Berns have submitted

17    the necessary paperwork with the Secretary of the State of California and are awaiting confirmation and

18    registration of their new partnership.  Once the registration with the Secretary of State is completed and

19    all other paperwork is completed, Messrs. Arbogast and Berns will be filing the appropriate Notice of

20    Firm changes and Notices of Appearances with the Court.  This process and the above referenced

21    Notices are expected to be filed and served by Friday, April 18, 2008.

22    WHEREAS, David M. Arbogast, Esq. is and has been the attorney primarily responsible for the

23    handling of this case for Plaintiff.

24    WHEREAS, as a result of counsel David M. Arbogast's firm change, and the ongoing meet and

25    confer efforts concerning discovery referenced above, counsel for the parties have agreed, with the

26    Court's permission, to continue the Case Management Conference set for Friday, April 18, 2008 at

27    10:30 a.m. to May 2, 2008 at 2:30 p.m.

28    WHEREAS, the Last Day for ADR completion is currently set for May 22, 2008.

Stipulation and [Proposed] Order - C-07-04496-SI

1    WHEREAS, Plaintiff intends on naming the subsequent purchaser and/or subsequent assignee of

2  the loans identified by Defendant in response to Plaintiff's discovery discussed above.

3    WHEREAS, counsel have agreed, with the Court's permission, to extend the Last Day for ADR

4  completion to July 25, 2008.

5    IT IS THEREFORE STIPULATED by and between Plaintiff and Defendant that, should the

6  Court's schedule permit, the April 18, 2008 status conference be continued until May 2, 2008 and that

7  the Last Day for ADR completion be continued to July 25, 2008.

8  IT IS SO STIPULATED:

9  DATED:  April 11, 2008                          Respectfully submitted,
                                                    GREGORY M. JORDAN

10
                                                    By her attorneys,

11
                                                    /s/ Jeffrey K. Berns
12                                                  **LAW OFFICES OF JEFFREY K. BERNS**
                                                    19510 Ventura Blvd., Suite 200
13                                                  Tarzana, CA  91356
                                                    Phone: (818) 961-2000
14                                                  Fax:    (818) 867-4820

15                                                  **KIESEL BOUCHER LARSON LLP**
                                                    Paul R. Kiesel (SBN 119854)
16                                                  Patrick De Blasé(SBN 167138)
                                                    Michael C. Eyerly (SBN 178693)
17                                                  8648 Wilshire Blvd.
                                                    Beverly Hills, CA  90211
18                                                  Phone: (310) 854-4444
                                                    Fax:    (310) 854-0812
19
                                                    **SEEGER WEISS LLP**
20                                                  Jonathan Shub (SBN 237708)
                                                    1515 Market Street, Suite 1380
21                                                  Philadelphia, PA 19102
                                                    Phone: (215) 564-2300
22                                                  Fax:    (215) 851-8029

23                                                  **SPIRO MOSS BARNESS LLP**
                                                    Ira Spiro  (SBN 67641)
24                                                  11377 W. Olympic Boulevard, Fifth Floor
                                                    Los Angeles, CA 90064-1683
25                                                  Phone: (310) 235-2468
                                                    Fax:    (310) 235-2456
26
                                                    *Attorneys for Plaintiff*
27

28  / / /

Stipulation and [Proposed] Order - C-07-04496-SI

1    DATED:  April 11, 2008                    PAUL FINANCIAL LLC
                                               By its attorneys,
2

3                                                 _/s/ Irene C. Freidel_____
                                               Irene C. Freidel
4                                              **KIRKPATRICK & LOCKHARD PRESTON
                                               GATES ELLIS LLP**
5                                              One Lincoln Street
                                               Boston, MA  02111-2950
6                                              Phone: (617) 951-9154
                                               Fax:    (617) 261-3175
7
                                               *Attorneys for Defendants*
8

9                              **[PROPOSED] ORDER**

10          Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED

11   that:

12          1.    The Case Management Conference currently set for April 18, 2008 is continued to

13   Friday, May 2, 2008 at 2:30 p.m.;

14          2.    The Last Date for ADR completion currently set for May 22, 2008 is continued to July

15   25, 2008.

16          **IT IS SO ORDERED**

17

18   Dated: _____, 2008
                                               _____
19                                             Hon. Susan Illston
                                               District Court Judge

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order - C-07-04496-SI