1 | Jeffrey K. Berns, Esq. (SBN 131351)
  | jberns@jeffbernslaw.com
2 | **LAW OFFICES OF JEFFREY K. BERNS**
  | 19510 Ventura Boulevard, Suite 200
3 | Tarzana, California 91356
  | Phone: (818) 961-2000; Fax: (310) 861-1775
4 |
5 | Paul R. Kiesel, Esq. (SBN 119854)
  | kiesel@kbla.com
  | Patrick DeBlase, Esq. (SBN 167138)
6 | deblase@kbla.com
  | Michael C. Eyerly, Esq. (SBN 178693)
7 | eyerly@kbla.com
  | **KIESEL BOUCHER LARSON LLP**
8 | 8648 Wilshire Boulevard
  | Beverly Hills, California 90211
9 | Phone: (310) 854-4444; Fax: (310) 854-0812
10 | [*Additional counsel listed on signature page*]
   | Attorneys for Plaintiff and all others Similarly Situated
11 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated, ) ) ) | **CASE NO. C-07-04496 - SI** |
| ) | [*Assigned to the Hon. Susan Illston*] |
| Plaintiff, ) ) | <u>CLASS ACTION</u> |
| ) | |
| v. ) ) | **SUBSTITUTION OF ATTORNEY** |
| ) | |
| PAUL FINANCIAL, LLC, and DOES 1 through 10 inclusive, ) ) ) | |
| Defendants. ) ) | |
| ) | Complaint Filed: August 30, 2007 |
| ) ) | Trial Date: Not yet set. |

SUBSTITUTION OF ATTORNEY - C-07-04496- SI

1     TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that Plaintiff, GREGORY M. JORDAN requests the following

3 substitution:

4 **Former legal representative:**
Ira Spiro, Esq. SBN 67641
5 SPIRO MOSS BARNESS LLP
11377 W. Olympic Boulevard, Fifth Floor
6 Los Angeles, CA 90064-1683
Phone: (310) 235-2468
7 Fax:   (310) 235-2456

8 **New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
9 **ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
10 Tarzana, California 91356
Phone (818) 961-2000
11 Fax:  (818) 867-4820

12     The party requesting substitution is Plaintiff, GREGORY M. JORDAN.

13     I CONSENT TO THIS SUBSTITUTION:

15 Dated: April 15, 2008          */s/ Gregory M. Jordan*
                                                Plaintiff, GREGORY M. JORDAN

17 I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

19 Dated: April 16, 2008          */s/ Ira Spiro*
                                                Ira Spiro, Esq.
                                               SPIRO MOSS BARNESS LLP

21 I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

23 DATED: April 8, 2008         **LAW OFFICES OF JEFFREY K. BERNS**

24                                           By:    */s/ Jeffrey K. Berns*
                                                     19510 Ventura Boulevard, Suite 200
25                                                      Tarzana, California 91356.
                                                     Phone: (818) 961-2000; Fax: (818) 867-4820

27 / / /

28 / / /

-2-

SUBSTITUTION OF ATTORNEY - C-07-04496- SI

Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub, Esq.
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorneys for Plaintiff, GREGORY M. JORDAN, and all others Similarly Situated

## [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2008      _____
                             Hon. Susan Illston
                             District Court Judge