David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>       v.<br><br>PAUL FINANCIAL, LLC, and DOES 1 through 10 inclusive,<br><br>                  Defendants. | **CASE NO. C-07-04496 - SI**<br><br>[*Assigned to the Hon. Susan Illston*]<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF FIRM CHANGE**<br><br><br>Complaint Filed: August 30, 2007<br><br>Trial Date: Not yet set. |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on April 7, 2008, Jeffrey K. Berns, Esq. will be associated with

3  the law offices of Arbogast & Berns LLP located at 19510 Ventura Boulevard, Suite 200 Tarzana,

4  California 91356, Telephone (818) 961-2000 and Fax: (818) 867-4820.

5  DATED: April 21, 2008                           **ARBOGAST & BERNS LLP**

6

7                         By:   */s/ Jeffrey K. Berns*
                                19510 Ventura Boulevard, Suite 200
                                Tarzana, California 91356.
8                               Phone: (818) 961-2000; Fax: (818) 867-4820

9                               Paul R. Kiesel, Esq.
                                Patrick Deblase, Esq.
10                              Michael C. Eyerly, Esq.
                                **KIESEL BOUCHER LARSON LLP**
11                              8648 Wilshire Boulevard
                                Beverly Hills, California 90210
12                              Phone: (310) 854-4444; Fax: (310) 854-0812

13                              Jonathan Shub (SBN 237708)
                                **SEEGER WEISS LLP**
14                              1515 Market Street, Suite 1380
                                Philadelphia, PA 19107
15                              Phone: (215) 564-2300; Fax (215) 851-8029

16                              Attorneys for Plaintiff, GREGORY M. JORDAN, and
                                all others Similarly Situated

17

18

19

20

21

22

23

24

25

26

27

28

-2-

NOTICE OF FIRM CHANGE - C-07-04496- SI