Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone:  (310) 854-4444; Fax:  (310) 854-0812

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated, | CASE NO. C-07-04496 - SI |
| Plaintiff, | [*Assigned to the Hon. Susan Illston*] |
| | CLASS ACTION |
| v. | |
| | **SUBSTITUTION OF ATTORNEY** |
| PAUL FINANCIAL, LLC, and DOES 1 through 10 inclusive, | |
| Defendants. | |
| | Complaint Filed: August 30, 2007 |
| | Trial Date: Not yet set. |

1    TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiff, GREGORY M. JORDAN requests the following

3  substitution:

4  **Former legal representative:**
   Ira Spiro, Esq. SBN 67641
5  SPIRO MOSS BARNESS LLP
   11377 W. Olympic Boulevard, Fifth Floor
6  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468
7  Fax:    (310) 235-2456

8  **New legal representative:**
   Jeffrey K. Berns, Esq. SBN 131351
9  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
10 Tarzana, California 91356
   Phone (818) 961-2000
11 Fax: (818) 867-4820

12    The party requesting substitution is Plaintiff, GREGORY M. JORDAN.

13    I CONSENT TO THIS SUBSTITUTION:

14

15 Dated:  April 15, 2008              _/s/ Gregory M. Jordan_____
                                        Plaintiff, GREGORY M. JORDAN
16

17 I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

18

19 Dated:  April 16, 2008              _/s/ Ira Spiro_____
                                        Ira Spiro, Esq.
20                                      SPIRO MOSS BARNESS LLP

21 I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

22

23 DATED:  April 8, 2008          **LAW OFFICES OF JEFFREY K. BERNS**

24                                By:  _/s/ Jeffrey K. Berns_____
                                       19510 Ventura Boulevard, Suite 200
25                                     Tarzana, California 91356.
                                       Phone: (818) 961-2000; Fax: (818) 867-4820
26

27 / / /

28 / / /

-2-

SUBSTITUTION OF ATTORNEY - C-07-04496- SI

1    Paul R. Kiesel, Esq.
     Patrick DeBlase, Esq.
2    Michael C. Eyerly, Esq.
     **KIESEL BOUCHER LARSON LLP**
3    8648 Wilshire Boulevard
     Beverly Hills, California 90211
4    Phone:  (310) 854-4444; Fax:  (310) 854-0812

5    Jonathan Shub, Esq.
     **SEEGER WEISS LLP**
6    1515 Market Street, Suite 1380
     Philadelphia, PA 19107
7    Phone: (215) 564-2300; Fax (215) 851-8029

8    Attorneys for Plaintiff, GREGORY M. JORDAN,  and
     all others Similarly Situated

9

10                            **[PROPOSED] ORDER**

11        Upon consideration of all the papers submitted in connection herewith, and good cause

12   appearing, the Substitution of Attorney is here by granted.

13   **IT IS SO ORDERED**

14

15   Dated: _____, 2008          _____
                                         Hon. Susan Illston
16                                       District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY - C-07-04496- SI