1 | Matthew G. Ball (SBN 208881)
2 | Matthew.Ball@klgates.com
  | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
3 | 55 Second Street, Suite 1700
  | San Francisco, CA 94105
4 | Telephone: (415) 882-8200
  | Facsimile:  (415) 882-8220
5 |
6 | Irene C. Freidel (admitted *pro hac vice*)
  | Irene.freidel@klgates.com
7 | Phoebe G. Winder (admitted *pro hac vice*)
  | phoebe.winder@klgates.com
8 | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
  | State Street Financial Center, One Lincoln
9 | Street, Boston, MA, 02111-2950
  | Telephone: (617) 261-3100
10 | Facsimile:  (617) 261-3175
11 |
12 | Attorneys for Defendant
   | PAUL FINANCIAL, LLC
13 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-04496 JL<br><br>**PAUL FINANCIAL LLC'S ADMINISTRATIVE REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER** |

Defendant, Paul Financial LLC ("Paul Financial") hereby submits this administrative request for permission from the Court for counsel Irene C. Freidel to appear at the parties' Case Management Conference, presently scheduled for May 14, 2008 at 2:30 p.m., telephonically, rather than in person.

Although, Kara V. Warner, will appear at the Case Management Conference in person on behalf of Defendant Paul Financial, Ms. Freidel is lead counsel and is more knowledgeable about the case.

                                      Respectfully submitted,

Dated: May 9, 2008       By:    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

                                   /s/ Matthew G. Ball
                                   Matthew G. Ball

                                   Attorney for Defendant Paul Financial LLC

**IT IS SO ORDERED:**

     Attorney Irene C. Freidel may appear at the parties' May 14, 2008 Case Management Conference telephonically.

                                      Judge Susan Illston