1  David M. Arbogast (SBN 167571)
   darbogast@law111.com
2  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@jeffbernslaw.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (310) 861-1775
5
   *Attorneys for Plaintiffs*
6

7  Irene C. Freidel (Admitted *Pro Hac Vice*)
   Irene.Freidel@klgates.com
8  **KIRKPATRICK & LOCKHART PRESTON
   GATES ELLIS LLP**
   One Lincoln Street
9  Boston, MA  02111
   Phone:  (617) 261-3100;  Fax:  (617) 261-3175
10
   Attorneys for Defendant,
11 PAUL FINANCIAL, LLC
   Attorneys for Plaintiff and all others Similarly Situated
12

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15

16 | GREGORY M. JORDAN, individually and on | ) | **CASE NO. C-07-04496-SI** |
   | behalf of all others similarly situated, | ) | |
17 | | ) | CLASS ACTION |
   | Plaintiff, | ) | |
18 | | ) | [*Assigned to the Hon. Susan Illston*] |
   | | ) | |
19 | v. | ) | |
   | | ) | **JOINT CASE MANAGEMENT** |
20 | | ) | **CONFERENCE STATEMENT** |
   | PAUL FINANCIAL, LLC, and DOES 1 | ) | |
21 | through 10 inclusive, | ) | |
   | | ) | Date:   May 16, 2008 |
22 | Defendants. | ) | Time: 2:30 p.m. |
   | | ) | |
23 | | ) | |
   | | ) | |
24 | | ) | |
   | | ) | Complaint Filed: August 29, 2007 |
25 | | ) | Trial Date: Not set yet. |

26

27

28

JOINT STATUS CONFERENCE STATEMENT - C-07-04496-SI

Plaintiff, Gregory M. Jordan ("Plaintiff") and Defendant, Paul Financial ("Defendant") submit this Joint Case Management Conference Statement.

**Discovery**

The parties have met and conferred and substantially narrowed outstanding discovery related issues. To date, Paul Financial has responded to plaintiff's first discovery requests and has produced information and documents regarding plaintiff Gregory Jordan's loan transaction and the name of the purchaser of, and the securitization pool currently holding, Mr. Jordan's loan. Paul Financial also has served written discovery requests on plaintiff. The parties appear to have a dispute as to two categories of information at issue: (1) individual putative class member contact information and loan information, and (2) information regarding the sale and assignment of each putative class member's loan, including the identity of each purchaser and/or assignee and the date of the sale or assignment. Plaintiff has not yet moved to compel production of this information, but intends to do so shortly. Accordingly, the relevant issues have not been briefed.

**Motions**

Given the information provided to date, Plaintiff intends on seeking to amend the complaint to include the name of the subsequent purchasers or assignees of the loan sold to Plaintiff Paul Jordan. Plaintiff has provided Defendant with a copy of the proposed amended complaint and/or will be seeking to amend pursuant to the stipulation of the parties or by order of this Court.

Plaintiff also intends on moving to compel disclosure of the names, addresses and telephone numbers of the putative class members and the identity of other persons or entities who Defendant subsequently sold or assigned the loans relating to the putative class.

**Settlement Discussions/ADR**

The parties have engaged in initial settlement discussions, but they have not been fruitful. The parties have also held a mediation telephone call with Michael Dickstein. While Plaintiff is amenable to mediation, it is Plaintiff's position that all subsequent purchasers and assignees, or at least, a substantial percentage of them, will need to be named in the suit and be present at any such mediation. Paul Financial disagrees, and has sought, and hopes to obtain, an early resolution of plaintiff's claims against it.

| | |
|---|---|
| 1  DATED: May 9, 2008 | **ARBOGAST & BERNS LLP** |
| | |
| | By:   *David M. Arbogast* |
| | David M. Arbogast |
| | 19510 Ventura Boulevard, Suite 200 |
| | Tarzana, California 91356 |
| | Phone: (818) 961-2000; Fax: (310) 861-1775 |
| | |
| | **KIESEL BOUCHER LARSON LLP** |
| | Paul R. Kiesel, Esq. (SBN 119854) |
| | kiesel@kbla.com |
| | Patrick DeBlase, Esq. (SBN 167138) |
| | deblase@kbla.com |
| | Michael C. Eyerly, Esq. (SBN 178693) |
| | eyerly@kbla.com |
| | 8648 Wilshire Boulevard |
| | Beverly Hills, California 90211 |
| | Phone: (310) 854-4444; Fax: (310) 854-0812 |
| | |
| | **SEEGER WEISS LLP** |
| | Jonathan Shub (SBN 237708) |
| | jshub@seegerweiss.com |
| | 1515 Market Street, Suite 1380 |
| | Philadelphia, PA 19107 |
| | Phone: (215) 564-2300; Fax (215) 851-8029 |
| | |
| | Attorney for Plaintiff GREGORY M. JORDAN and all others Similarly Situated |
| | |
| DATED: May 9, 2008 | **KIRKPATRIC & LOCKHART PRESTON GATES ELLIS LLP** |
| | |
| | By:   *Irene C. Freidel* |
| | Irene C. Freidel (Admitted *Pro Hac Vice*) |
| | |
| | Attorneys for Defendant |
| | PAUL FINANCIAL LLC |

-3-

JOINT STATUS CONFERENCE STATEMENT - C-07-04496-SI