1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@jeffbernslaw.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (818) 867-4820
5
   Paul R. Kiesel, Esq. (SBN 119854)
6  kiesel@kbla.com
   Patrick DeBlase, Esq. (SBN 167138)
7  deblase@kbla.com
   Michael C. Eyerly, Esq. (SBN 178693)
8  eyerly@kbla.com
   **KIESEL BOUCHER LARSON LLP**
9  8648 Wilshire Boulevard
   Beverly Hills, California 90211
10 Phone: (310) 854-4444; Fax: (310) 854-0812

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiff and all others Similarly Situated
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | GREGORY M. JORDAN, individually and on behalf of all others similarly situated, | ) ) | **CASE NO. C-07-04496 - SI** |
   |---|---|---|
   | | ) | [*Assigned to the Hon. Susan Illston*] |
   | Plaintiff, | ) ) | CLASS ACTION |
   | | ) | |
   | v. | ) ) | **PLAINTIFF'S ADMINISTRATIVE REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER** |
   | PAUL FINANCIAL, LLC, and DOES 1 through 10 inclusive, | ) ) ) | |
   | Defendants. | ) ) | |
   | | ) ) | Date:  May 14, 2008 Time:  2:30 p.m. |
   | | ) ) | Complaint Filed: August 30, 2007 Trial Date: Not yet set. |

REQUEST FOR TELEPHONIC APPEARANCE - C-07-04496 - SI

Plaintiff, GREGORY M. JORDAN, hereby submits this administrative request for permission from the Court for counsel David M. Arbogast to appear at the Case Management Conference presently scheduled for May 14, 2008 at 2:30 p.m., telephonically, rather than in person.

Respectfully sumitted,

DATED: April 11, 2008

**ARBOGAST & BERNS LLP**

By: */s/ David M. Arbogast*
David M. Arbogast, Esq.
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax: (818) 867-4820

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorneys for Plaintiff, GREGORY M. JORDAN, and all others Similarly Situated

**IT IS SO ORDERED:**

Attorney for Plaintiff, GREGORY M. JORDAN, David M. Arbogast may appear at the parties' May 14, 2008 Case Management Conference telephonically.

DATED: _____, 2008

Hon. Susan Illston
United States District Judge