1 | David M. Arbogast (SBN 167571)
David@SpiroMoss.com
2 | Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
3 | **ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
4 | Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820
5 |
6 | Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
7 | deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
8 | eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
9 | 8648 Wilshire Boulevard
Beverly Hills, California 90211
10 | Phone: (310) 854-4444; Fax: (310) 854-0812

11 | [*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04496 - SI**<br><br>[*Assigned to the Hon. Susan Illston*]<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER**<br><br>Date:   May 14, 2008<br>Time:  2:30 p.m.<br><br>Complaint Filed: August 30, 2007<br>Trial Date: Not yet set. |

REQUEST FOR TELEPHONIC APPEARANCE - C-07-04496 - SI

1     Plaintiff, GREGORY M. JORDAN, hereby submits this administrative request for permission
2 from the Court for counsel David M. Arbogast to appear at the Case Management Conference presently
3 scheduled for May 14, 2008 at 2:30 p.m., telephonically, rather than in person.

                                                               Respectfully sumitted,

DATED: April 11, 2008                      **ARBOGAST & BERNS LLP**

                                        By:   */s/ David M. Arbogast*
                                                David M. Arbogast, Esq.
                                                19510 Ventura Boulevard, Suite 200
                                                Tarzana, California 91356.
                                                Phone: (818) 961-2000; Fax: (818) 867-4820

                                                Paul R. Kiesel, Esq.
                                                Patrick Deblase, Esq.
                                                Michael C. Eyerly, Esq.
                                                **KIESEL BOUCHER LARSON LLP**
                                                8648 Wilshire Boulevard
                                                Beverly Hills, California 90210
                                                Phone: (310) 854-4444; Fax: (310) 854-0812

                                                Jonathan Shub (SBN 237708)
                                                **SEEGER WEISS LLP**
                                                1515 Market Street, Suite 1380
                                                Philadelphia, PA 19107
                                                Phone: (215) 564-2300; Fax (215) 851-8029

                                                Attorneys for Plaintiff, GREGORY M. JORDAN, and
                                                all others Similarly Situated

**IT IS SO ORDERED:**

    Attorney for Plaintiff, GREGORY M. JORDAN, David M. Arbogast may appear at the parties'
May 14, 2008 Case Management Conference telephonically.

DATED: _____, 2008        _____
                                                     Hon. Susan Illston
                                                     United States District Judge