1  David M. Arbogast, Esq. (SBN 167571)
   darbogast@law111.com
2  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (310) 861-1775
5
   Paul R. Kiesel, Esq. (SBN 119854)   Jonathan Shub, Esq. (SBN 237708)
6  kiesel@kbla.com                      **SEEGER WEISS LLP**
   Patrick DeBlase, Esq. (SBN 167138)   1515 Market Street, Suite 1380
7  deblase@kbla.com                     Philadelphia, PA 19107
   Michael C. Eyerly, Esq. (SBN 178693) Phone: (215) 564-2300; Fax: (215) 851-8029
8  eyerly@kbla.com
   **KIESEL BOUCHER LARSON LLP**
9  8648 Wilshire Boulevard
   Beverly Hills, California 90211
10 Phone: (310) 854-4444; Fax: (310) 854-0812

11 Attorneys for Plaintiff and all others Similarly Situated

12
                    **UNITED STATES DISTRICT COURT**
13
         **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**
14

15 GREGORY M. JORDAN, individually and on    ) **CASE NO. C-07-04496 - SI**
   behalf of all others similarly situated,  )
16                                           )
            Plaintiff,                       )
17                                           ) **PROOF OF SERVICE**
                                             )
18      v.                                   )
                                             )
19                                           )
   PAUL FINANCIAL, LLC, LUMINENT             )
20 MORTGAGE CAPITOL, INC., LUMINENT          )
   MORTGAGE TRUST 2006-2, HSBC               )
21 NATIONAL ASSOCIATION, and DOES 1          )
   through 10 inclusive,                     )
22                                           )
                                             )
23          Defendants.                      )
                                             )
24

25

26

27

28

PROOF OF SERVICE - C-07-04496 - SI

# PROOF OF SERVICE

<u>Gregory M. Jordan v. Paul Financial, LLC, et al.</u>
USDC Case No. C-07-04496 - SI

I am over the age of eighteen years and not a party to the within action. My business address is 19510 Ventura Blvd., Suite 200 Tarzana, California 91356. I am employed at that address at the firm of Arbogast & Berns LLP. On the date set forth below I served the document(s) described as

1. Summons;

2. Second Amended Complaint;

3. Notice of Assignment of Case to U.S. Magistrate Judge for Trial;

4. Contents of Case Management Statement;

5. ECF Handouts;

6. ADR Deadlines and Information; and

7. Civil Pretrial Minutes Setting Further Case Management Conference.

on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Arbogast & Berns LLP:

HSBC BANK USA, NATIONAL ASSOCIATION
1105 N. Market Street, Suite 1
Wilmington, DE 19801
Phone: (224) 544-2000

Legal Processing Department
HSBC BANK USA, NATIONAL ASSOCIATION
One HSBC Center, 12th Floor
Buffalo, NY 14202
Phone: (716) 841-1349

[ ]    BY E-MAIL: On the date set forth below I attached such document(s), in an email to the addressees email addresses listed above.

[ ]    BY MAIL: On the date set forth below I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Los Angeles County, California. The envelope(s) was/were deposited with postage thereon fully prepaid.

[ X ]    BY METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY On the date set forth below I deposited such envelope(s) in a box or other facility regularly maintained by the express service carrier, or delivered such envelope(s) to an authorized courier or driver authorized by the express service carrier to receive documents, with delivery fees paid or provided for. The envelope was an envelope or package designated by the express service carrier.

[ ]    (BY FACSIMILE) On the date set forth below, at approximately 5:30 p.m., I transmitted the above document(s) from fax machine number (818) 867-4820, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The fax machine I

1  used complied with California Rule of Court 2003(3). The transmission was reported as complete and
2  without error by the machine, which properly issued the transmission report.

3  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

4  Executed at Tarzana, California on February 25, 2008.

DAYNA C. CARTER

-3-

PROOF OF SERVICE - C-07-04496 - SI