David M. Arbogast (SBN 167571)
darbogast@law111.com
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Telephone: (818) 961-2000
Facsimile: (310) 861-1775

Attorneys for Plaintiff and all others similarly situated

IRENE C. FREIDEL (admitted *pro hac vice*)
irene.freidel@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant Paul Financial LLC

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-04496-SI<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Assigned to the Honorable:<br>Judge Susan Illston |

**JOINT STIPULATION TO ENLARGE TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Local Rules for the United States District Court for the Northern District of California, the parties, by and through their undersigned counsel, hereby stipulate and agree that the time within which defendant Paul Financial LLC may move, answer, or otherwise respond to plaintiff's Second Amended Complaint is hereby enlarged up through and including June 30, 2008.  This stipulated enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED:

Dated:  May 28, 2008                    By:    /s/ *Irene C. Freidel*
                                               Irene C. Freidel (*pro hac vice*)
                                               irene.freidel@klgates.com
                                               Phoebe S. Winder (*pro hac vice*)
                                               phoebe.winder@klgates.com
                                               KIRKPATRICK & LOCKHART
                                                 PRESTON GATES ELLIS LLP
                                               State Street Financial Center
                                               One Lincoln Street
                                               Boston, Massachusetts 02111
                                               Telephone:  (617) 261-3100
                                               Facsimile:   (617) 261-3175

                                               Matthew G. Ball (SBN No. 208881)
                                               matthew.ball@klgates.com
                                               KIRKPATRICK & LOCKHART
                                                 PRESTON GATES ELLIS LLP
                                               55 Second Street, Suite 1700
                                               San Francisco, California  94105-3493
                                               Telephone: (415) 882-8200
                                               Facsimile:  (415) 882-8220

                                               Attorneys for Defendant Paul Financial LLC

Dated: May 28, 2008        By:    /s/ *David M. Arbogast*
                                  David M. Arbogast (SBN 167571)
                                  darbogast@law111.com
                                  Jeffrey K. Berns, Esq. (SBN 131351)
                                  jberns@jeffbernslaw.com
                                  ARBOGAST & BERNS LLP
                                  19510 Ventura Boulevard, Suite 200
                                  Tarzana, California 91356
                                  Phone: (818) 961-2000
                                  Fax: (310) 861-1775

                                  Paul R. Kiesel, Esq. (SBN 119854)
                                  kiesel@kbla.com
                                  Patrick DeBlase, Esq. (SBN 167138)
                                  deblase@kbla.com
                                  Michael C. Eyerly, Esq. (SBN 178693)
                                  eyerly@kbla.com
                                  KIESEL BOUCHER LARSON LLP
                                  8648 Wilshire Boulevard
                                  Beverly Hills, California 90211
                                  Phone: (310) 854-4444
                                  Fax: (310) 854-0812

                                  Jonathan Shub (SBN 237708)
                                  jshub@seegerweiss.com
                                  SEEGER WEISS LLP
                                  1515 Market Street, Suite 1380
                                  Philadelphia, PA 19107
                                  Phone: (215) 564-2300
                                  Fax (215) 851-8029

                                  Attorneys for Plaintiff and all others
                                  similarly situated

**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**        3        **Case No. CV07-04496-SI**