David M. Arbogast, Esq. (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub, Esq. (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax: (215) 851-8029

Attorneys for Plaintiff and all others Similarly Situated

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C-07-04496 - SI<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

<u>Gregory M. Jordan v. Paul Financial, LLC, et al.</u>
USDC Case No. C-07-04496 - SI

I am over the age of eighteen years and not a party to the within action. My business address is 19510 Ventura Blvd., Suite 200 Tarzana, California 91356. I am employed at that address at the firm of Arbogast & Berns LLP. On the date set forth below I served the document(s) described as

1. Summons;

2. Second Amended Complaint;

3. Notice of Assignment of Case to U.S. Magistrate Judge for Trial;

4. Standing Order Re: Case Management Statement;

5. ECF Handouts;

6. ADR Deadlines and Information; and

7. Civil Pretrial Minutes Setting Further Case Management Conference.

on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Arbogast & Berns LLP:

**Luminent Mortgage Capital Inc.**
2005 Market Street
21st Floor
Philadelphia, PA 19103
Phone: (215) 564-5900

Fred Dreher
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Phone: (215) 979-1000

Fred Dreher
**DUANE MORRIS LLP**
Suite 2000
One Market, Spear Tower
San Francisco, CA 94105-1104
Phone: (415) 957-3000

[ ]   BY E-MAIL: On the date set forth below I attached such document(s), in an email to the addressees email addresses listed above.

[ ]   BY MAIL: On the date set forth below I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Los Angeles County, California. The envelope(s) was/were deposited with postage thereon fully prepaid.

[ X ]   BY METHOD OF DELIVERY PROVIDING FOR 2ND DAY DELIVERY On the date set forth below I deposited such envelope(s) in a box or other facility regularly maintained by the express service carrier, or delivered such envelope(s) to an authorized courier or driver authorized by the express service carrier to receive documents, with delivery fees paid or provided for. The envelope was an envelope or package designated by the express service carrier.

1  [ ]    (BY FACSIMILE) On the date set forth below, at approximately 5:30 p.m., I transmitted the above document(s) from fax machine number (818) 867-4820, in compliance with transmission as provided in California Rule of Court 2008.  The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties.  The fax machine I used complied with California Rule of Court 2003(3).  The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed at Tarzana, California on May 30, 2008.

                                    _____
                                    DAYNA C. CARTER

-3-

PROOF OF SERVICE - C-07-04496 - SI

| From: Origin ID: HAFA (818)961-2000 |  | Ship Date: 30MAY08 |
|---|---|---|
| Dayna C. Carter | | ActWgt: 2 LB |
| Arbogast and Berns | | System#: 4818385/INET8010 |
| 19510 Ventura Blvd. Suite 200 | | Account#: S ********* |
| Tarzana, CA 91356 | | |

CLS120707/21/24

Delivery Address Bar Code



SHIP TO: (215) 564-5900     BILL SENDER
**LUMINENT MORTGAGE CAPITOL, INC.**
**LUMINENT MORTGAGE CAPITOL, INC.**
**2005 MARKET ST FL 21**

**PHILADELPHIA, PA 191037085**

Ref #
Invoice #
PO #
Dept #

TRK# 0201   7927 0815 4242     TUE - 03JUN   A1
** 2DAY **
ASR

**KC PSQA**

19103
PA-US
PHL



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| | | |
|---|---|---|
| From: Origin ID: HAFA (818)961-2000<br>Dayna C. Carter<br>Arbogast and Berns<br>19510 Ventura Blvd. Suite 200<br><br>**Tarzana, CA 91356** |  | Ship Date: 30MAY08<br>ActWgt: 2 LB<br>System#: 4818385/INET8010<br>Account#: S ********* |

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #

SHIP TO: (415) 957-3000    BILL SENDER

**Fred Dreher
DUANE MORRIS LLP
Suite 2000
One Market, Spear Tower
San Francisco, CA 941051104**

TRK# 0201  7920 6470 7509    TUE - 03JUN    A1
** 2DAY **
ASR

94105
CA-US
SFO



CA JCCA

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: HAFA (818)961-2000
Dayna C. Carter
Arbogast and Berns
19510 Ventura Blvd. Suite 200

**Tarzana, CA 91356**



Ship Date: 30MAY08
ActWgt: 2 LB
System#: 4818385/INET8010
Account#: S *********

Delivery Address Bar Code

SHIP TO: (215) 979-1000    BILL SENDER
**Fred Dreher
DUANE MORRIS LLP
30 S 17TH ST**

**PHILADELPHIA, PA 191034001**



TRK# 7998 6217 7226
0201

TUE - 03JUN    A1
** 2DAY **
ASR

**KC PSQA**

19103
PA-US
PHL



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.