1  JAMES H. FRENCH, Calif. State Bar No. 53555
   FRENCH & LYON
2  A Professional Corporation
   22 Battery Street, Suite 404
3  San Francisco, CA  94111
   Telephone:  (415) 597-7813
4  Facsimile:   (415) 243-8200
   jimfrench@compuserve.com
5
   Attorney for Defendant,
6  HSBC BANK USA, N.A.

7

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | GREGORY M. JORDAN, individually and on behalf of all others similarly situated, | ) | **CASE NO. C-07-04496 - SI**
12 | | )
   | Plaintiff, | ) | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
13 | | )
   | v. | )
14 | | )
   | PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive, | )
15 | | )
16 | | )
17 | | )
   | Defendants. | )
18 | | )

19

20     TO ALL INTERESTED PARTIES AND THE HONORABLE COURT:

21     Plaintiff GREGORY M. JORDAN (hereinafter "Plaintiff"), by and through his counsel

22 of record, Arbogast & Berns LLP and Defendant HSBC BANK USA, N.A., (hereinafter

23 "Defendant"), by and through its counsel, French & Lyon, hereby stipulate as follows:

24     Defendant shall have through and including July 3, 2008, to respond to the Second

25 Amended Class Action Complaint on file herein.

26 / / /

27 / / /

28 / / /

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  SO STIPULATED:

2  Dated: June 16, 2008          FRENCH & LYON
                                 A PROFESSIONAL CORPORATION
3

4

5                                By:     /s/ James H. French_____
                                 James H. French, Esq.
6                                Attorneys for Defendant,
                                 HSBC BANK USA, N.A.
7

8  Dated: June 16, 2008          ARBOGAST & BERNS LLP

9

10

11                               By:     /s/ David M. Arobgart_____
                                 David M. Arbogast, Esq.
12                               Attorneys for Plaintiff,
                                 GREGORY M. JORDAN

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT