| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>DAVID M. ARBOGAST   SBN: 167571<br>ARBOGAST & BERNS LLP<br>19510 VENTURA BLVD., STE. 200   TARZANA, CA 91356<br>TELEPHONE NO.: (818) 961-2000   FAX NO.: (310) 861-1775<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| USDC - NORTHERN DISTRICT - SAN FRANCISCO<br>STREET ADDRESS: 450 GOLDEN GATE AVENUE<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102-3483<br>BRANCH NAME: NORTHERN DISTRICT - SAN FRANCISCO | |
| PLAINTIFF/PETITIONER: JORDAN<br>DEFENDANT/RESPONDENT: PAUL FINANCIAL | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>C0704496 |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Los Angeles, CA 90017.

On June 2, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> summons;Second Amended Complaint; Order Setting Initial Case Management Conference;Contents of Case Management Conference Statement; Consent to Proceed with Magistrate; Certificate of Interested Parties; ECF Information; ADR Rules & Stipulation; General Orders 40, 45 AND 53

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

> LUMINENT MORTGAGE CAPITOL, INC.
> ONE MARKET STREET SPEAR TOWER 30TH FLOOR
> SAN FRANCISCO, CA 94105

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: 40.00

Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Ste. 311
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 5, 2008.

Signature: _Luz Vargas_

**PROOF OF SERVICE BY MAIL**

Order#: LA1301635/GProof5