1  JAMES H. FRENCH, Calif. State Bar No. 53555
   FRENCH & LYON
2  A Professional Corporation
   22 Battery Street, Suite 404
3  San Francisco, CA  94111
   Telephone:  (415) 597-7813
4  Facsimile:   (415) 243-8200
   jimfrench@compuserve.com
5
   Attorney for Defendant,
6  HSBC BANK USA, N.A.

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | GREGORY M. JORDAN, individually and on behalf of all others similarly situated, | ) | CASE NO. C-07-04496 - SI |
12 |                                                                                  | ) |                           |
   | Plaintiff,                                                                       | ) | STIPULATION TO EXTEND TIME|
13 |                                                                                  | ) | TO RESPOND TO COMPLAINT   |
   | v.                                                                               | ) |                           |
14 |                                                                                  | ) |                           |
   | PAUL FINANCIAL, LLC, LUMINENT                                                    | ) |                           |
15 | MORTGAGE CAPITOL, INC., LUMINENT                                                 | ) |                           |
   | MORTGAGE TRUST 2006-2, HSBC                                                      | ) |                           |
16 | NATIONAL ASSOCIATION, and DOES 1                                                 | ) |                           |
   | through 10 inclusive,                                                            | ) |                           |
17 |                                                                                  | ) |                           |
   |                                                                                  | ) |                           |
18 | Defendants.                                                                      | ) |                           |

19

20    TO ALL INTERESTED PARTIES AND THE HONORABLE COURT:

21    Plaintiff GREGORY M. JORDAN (hereinafter "Plaintiff"), by and through his counsel

22 of record, Arbogast & Berns LLP and Defendant HSBC BANK USA, N.A., (hereinafter

23 "Defendant"), by and through its counsel, French & Lyon, hereby stipulate as follows:

24    Defendant shall have through and including July 3, 2008, to respond to the Second

25 Amended Class Action Complaint on file herein.

26 / / /

27 / / /

28 / / /

-1-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Case 3:07-cv-04496-SI    Document 67    Filed 06/16/2008    Page 2 of 2

SO STIPULATED:

Dated: June 16, 2008        FRENCH & LYON
                            A PROFESSIONAL CORPORATION

                            By:    /s/ James H. French_____
                                   James H. French, Esq.
                                   Attorneys for Defendant,
                                   HSBC BANK USA, N.A.

Dated: June 16, 2008        ARBOGAST & BERNS LLP

                            By:    /s/ David M. Arobgart_____
                                   David M. Arbogast, Esq.
                                   Attorneys for Plaintiff,
                                   GREGORY M. JORDAN

**IT IS SO ORDERED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT