Paul S. Rosenlund (SBN 87660)
Peter J. Whalen (SBN 130041)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   PSRosenlund@duanemorris.com
          pjwhalen@duanemorris.com

Attorneys for Defendants
LUMINENT MORTGAGE CAPITAL, INC. and
LUMINENT MORTGAGE TRUST 2006-2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC BANK USA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV-07-04496 - SI<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

TO THE COURT AND ALL INTERESTED PARTIES:

Plaintiff GREGORY M. JORDAN (hereinafter "Plaintiff"), by and through his counsel of record, Arbogast & Berns LLP, and Defendants LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, (hereinafter "Defendants"), by and through their counsel, Duane Morris LLP, hereby stipulate that Defendants shall have through and including July 9, 2008, to respond to the Second Amended Class Action Complaint on file herein.

///

///

///

///

STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
DM1\1349835.2

| | | |
|---|---|---|
| 1 | Dated: June 17, 2008 | **DUANE MORRIS LLP** |
| 2 | | |
| 3 | | By: /s/ Paul S. Rosenlund |
| | | Paul S. Rosenlund |
| | | Peter J. Whalen |
| 4 | | Attorneys for Defendants |
| | | LUMINENT MORTGAGE CAPITAL, INC. and |
| 5 | | LUMINENT MORTGAGE TRUST 2006-2 |
| 7 | Dated: June 17, 2008 | **ARBOGAST & BERNS LLP** |
| 9 | | By: /s/ David M. Arbogast |
| | | David M. Arbogast |
| | | Jeffrey K. Berns |
| 10 | | Attorneys for Plaintiff |
| | | GREGORY M. JORDAN |

2
STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
DM1\1349835.2

# PROOF OF SERVICE

*Gregory M. Jordan v. Paul Financial, LLC, et al.*
U.S. District Court for the Northern District of California Case No. CV-07-04496 - SI

I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2000, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

**STIPULATION TO EXTEND TIME
TO RESPOND TO SECOND AMENDED COMPLAINT**

\_\_\_\_  BY U.S. MAIL: ☐ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid. OR
☐ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

\_\_\_\_  BY MESSENGER SERVICE: I enclosed the documents in an envelope or package addressed to the person(s) set forth below and providing the package(s) to a professional messenger service for same day delivery service. (*A declaration by the messenger must accompany this Proof of Service*).

\_\_\_\_  BY PERSONAL SERVICE: I personally delivered the documents to the persons at the addresses listed below. (1) For a party represented by an attorney, delivery was made to the attorney or the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

\_\_\_\_  BY OVERNIGHT DELIVERY: I enclosed the documents in a sealed envelope or package provided by FedEx and addressed to the person(s) listed below by placing the envelope or package(s) for collection and transmittal by FedEx pursuant to my firm's ordinary business practices, which are that on the same day a FedEx envelope or package is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight delivery, with all charges fully prepaid.

\_\_\_\_  BY FACSIMILE: Based on a court order or an agreement of the parties to accept service by fax transmission, I faxed the documents to the person(s) at the fax number(s) listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

\_\_X\_\_  BY ELECTRONIC SERVICE: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | | |
|---|---|---|
| 1. | **David M. Arbogast**<br>**Jeffrey K Berns**<br>Arbogast & Berns LLP<br>19510 Ventura Boulevard<br>Suite 200<br>Tarzana, CA 91356 | Attorneys for Plaintiff<br>Gregory M. Jordan<br><br>TEL: 818-961-2000 / FAX: 310-861-1775<br>EMAIL: darbogast@law111.com<br>          jberns@law111.com |
| 2. | **Jonathan Shub**<br>Seeger Weiss LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102 | Attorneys for Plaintiff<br>Gregory M. Jordan<br><br>TEL: 215-564-2300 / FAX: 215-851-8029<br>EMAIL: jshub@seegerweiss.com |
| 3. | **Michael C Eyerly**<br>**Patrick DeBlase**<br>**Paul R. Kiesel**<br>Kiesel Boucher & Larson<br>8648 Wilshire Blvd<br>Beverly Hills, CA 90211-2910 | Attorneys for Plaintiff<br>Gregory M. Jordan<br><br>TEL: 310-854-4444 / FAX: 310-854-0812<br>EMAIL: eyerly@kbla.com<br>          deblase@kbla.com<br>          Kiesel@kbla.com |
| 4. | **Robert Ira Spiro**<br>Spiro Moss Barness LLP<br>11377 W. Olympic Blvd<br>Fifth Floor<br>Los Angeles, CA 90064 | Attorneys for Plaintiff<br>Gregory M. Jordan<br><br>TEL: (310) 235-2468 / FAX: 310-235-2456<br>EMAIL: ira@spiromoss.com |
| 5. | **Irene C. Freidel**<br>**Phoebe S. Winder**<br>Kirkpatrick & Lockhart Preston Gates Ellis LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111 | Attorneys for Defendant<br>Paul Financial, LLC<br><br>TEL: 617-261-3100 / FAX: 617-261-3175<br>EMAIL: irene.freidel@klgates.com<br>          phoebe.winder@klgates.com |
| 6. | **Matthew Gordon Ball**<br>K&L Gates<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105 | Attorneys for Defendant<br>Paul Financial, LLC<br><br>TEL: (415) 882-8200 / FAX: (415) 882-8220<br>EMAIL: matthew.ball@klgates.com |
| 7. | **James Howard French**<br>French & Lyon<br>22 Battery Street<br>Suite 404<br>San Francisco, CA 94111 | Attorneys for Defendant<br>HSBC National Association<br><br>TEL: 415-597-7849 / FAX: 415-243-8200<br>EMAIL: jimfrench@compuserve.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 19, 2008                                       /s/ Trina C. Morgan
                                                                      Trina C. Morgan

2
PROOF OF SERVICE

DM1\1349835.2