FILED

1  Matthew G. Ball (SBN 208881)
   matthew.ball@klgates.com                08 JUN 25  PM 2: 37
2  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
5

6  Irene C. Freidel (*pro hac vice*)
   irene.freidel@klgates.com
7  Phoebe G. Winder (*pro hac vice*)
   phoebe.winder@klgates.com
8  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
   State Street Financial Center, One Lincoln
9  Street, Boston, MA, 02111-2950
   Telephone: (617) 261-3100
10 Facsimile: (617) 261-3175
11

   Attorneys for Defendant
12 PAUL FINANCIAL, LLC

13                **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15 GREGORY M. JORDAN, individually and on
   behalf of all others similarly situated,          Case No. C-07-04496 SI
16
                               Plaintiffs,        **APPLICATION FOR ADMISSION OF**
17                                                **DAVID D. CHRISTENSEN *PRO HAC***
      v.                                          ***VICE***
18
   PAUL FINANCIAL, LLC, and does 1
19 through 10 inclusive,

20                              Defendants.

21

22         Pursuant to Civil L.R. 11-3,  David D. Christensen, an active member in good standing of the

23 bar of the Commonwealth of Massachusetts and an active member of the bars of the State of New

24 Hampshire, United States District Court for the District of New Hampshire, United States District

25 Court for the District of Massachusetts, and the United States Court of Appeals for the Eleventh

26 Circuit, hereby applies for admission to practice in the Northern District of California on a pro hac

27 vice basis representing Paul Financial LLC in the above-entitled action.

28

                                         1

1    In support of this application, I certify on oath that:

2    1. I am an active member in good standing of a United States Court or of the highest court of

3    another State or the District of Columbia, as indicated above;

4    2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-

5    4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the

6    Local Rules and the Alternative Dispute Resolution programs of this Court; and,

7

8    3. An attorney who is a member of the bar of this Court in good standing and who maintains

9    an office within the State of California has been designated as co-counsel in the above-entitled

10   action. The name, address and telephone number of that attorney is:

11
       Mathew G. Ball (SBN 208881)
12     Matthew.Ball@klgates.com
       KIRKPATRICK & LOCKHART
13      PRESTON GATES ELLIS LLP
       55 Second Street - Suite 1700
14     San Francisco, CA 94105-3493
       Tel: 415-882-8200
15     Fax: 415-882-8220

16
     I declare under penalty of perjury that the foregoing is true and correct.
17
     Dated: June 19, 2008
18

19                                          David D. Christensen

20

21

22

23

24

25

26

27

28

APPLICATION FOR ADMISSION OF DAVID D. CHRISTENSEN *PRO HAC VICE*
CASE NO. C 07-04496 SI