

DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020570
Cashier ID: bucklem
Transaction Date: 06/25/2008
Payer Name: kirkpatrick lockhart
------------------------------------
PRO HAC VICE
 For: brian m forbes
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1407
 Amt Tendered: $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

c07-4496si


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.