1  Matthew G. Ball (SBN 208881)
   Matthew.Ball@klgates.com
2  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
4  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
5

6  Irene C. Freidel (*pro hac vice*)
   irene.freidel@klgates.com
7  Phoebe G. Winder (*pro hac vice*)
   phoebe.winder@klgates.com
8  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
   State Street Financial Center, One Lincoln
9  Street, Boston, MA, 02111-2950
   Telephone: (617) 261-3100
10 Facsimile: (617) 261-3175

11 Attorneys for Defendant
12 PAUL FINANCIAL, LLC

13            **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15 GREGORY M. JORDAN, individually and on
   behalf of all others similarly situated,          Case No. C-07-04496 SI
16
                              Plaintiffs,      **[PROPOSED] ORDER GRANTING**
17                                             **APPLICATION FOR ADMISSION OF**
        v.                                     **DAVID D. CHRISTENSEN *PRO HAC***
18                                             ***VICE***
   PAUL FINANCIAL, LLC, and does 1
19 through 10 inclusive,

20                            Defendants.

21

22      David D. Christensen, an active member in good standing of the bar of the Commonwealth

23 of Massachusetts and an active member of the bars of the State of New Hampshire, United States

24 District Court for the District of New Hampshire, United States District Court for the District of

25 Massachusetts, and the United States Court of Appeals for the Eleventh Circuit, having applied in

26 the above-entitled action for admission to practice in the Northern District of California on a pro hac

27 vice basis, representing Defendant Paul Financial, LLC.

28

1

2        **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and

3    conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*

4    *hac vice.* Service of papers upon and communication with co-counsel designated in the application

5    will constitute notice to the party. All future filings in this action are subject to the requirements

6    contained in General Order No. 45, *Electronic Case Filing.*

7

8    Dated:                                      By:

9                                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID D. CHRISTENSEN *PRO HAC VICE*
CASE NO. C 07-04496 SI