FILED
08 JUN 25 PM 2:37
[illegible stamp] U.S. DISTRICT COURT
[illegible] OF CALIFORNIA

Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Phoebe G. Winder (*pro hac vice*)
phoebe.winder@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center, One Lincoln Street, Boston, MA, 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant
PAUL FINANCIAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, and does 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04496 SI<br><br>**APPLICATION FOR ADMISSION OF BRIAN M. FORBES *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Brian M. Forbes, an active member in good standing of the bar of the Commonwealth of Massachusetts and an active member of the bars of the United States District Court for the District of Massachusetts, United States District Court for the Eastern District of Wisconsin, United States District Court for the Northern District of Illinois, United States Court of Appeals for the First Circuit, and the United States Court of Appeals for the Ninth Circuit, hereby

1  applies for admission to practice in the Northern District of California on a pro hac vice basis
2  representing Paul Financial LLC in the above-entitled action.
3      In support of this application, I certify on oath that:
4      1. I am an active member in good standing of a United States Court or of the highest court of
5  another State or the District of Columbia, as indicated above;
6
7      2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-
8  4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the
9  Local Rules and the Alternative Dispute Resolution programs of this Court; and,
10     3. An attorney who is a member of the bar of this Court in good standing and who maintains
11 an office within the State of California has been designated as co-counsel in the above-entitled
12 action. The name, address and telephone number of that attorney is:
13
14     Mathew G. Ball (SBN 208881)
    Matthew.Ball@klgates.com
15     KIRKPATRICK & LOCKHART
      PRESTON GATES ELLIS LLP
16     55 Second Street - Suite 1700
    San Francisco, CA  94105-3493
17     Tel: 415-882-8200
    Fax: 415-882-8220
18
19     I declare under penalty of perjury that the foregoing is true and correct.
20 Dated: June 19, 2008
21
22                                                     Brian M. Forbes