1  Matthew G. Ball (SBN 208881)
   Matthew.Ball@klgates.com
2  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
5

6  Irene C. Freidel (*pro hac vice*)
   irene.freidel@klgates.com
7  Phoebe G. Winder (*pro hac vice*)
   phoebe.winder@klgates.com
8  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
   State Street Financial Center, One Lincoln
9  Street, Boston, MA, 02111-2950
10 Telephone: (617) 261-3100
   Facsimile: (617) 261-3175
11
   Attorneys for Defendant
12 PAUL FINANCIAL, LLC

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, and does 1 through 10 inclusive,<br><br>Defendants. | Case No. C-07-04496 SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF BRIAN M. FORBES** *PRO HAC VICE* |

22  Brian M. Forbes, an active member in good standing of the bar of the Commonwealth of
23 Massachusetts and an active member of the bars of the United States District Court for the District of
24 Massachusetts, United States District Court for the Eastern District of Wisconsin, United States
25 District Court for the Northern District of Illinois, United States Court of Appeals for the First
26 Circuit, and the United States Court of Appeals for the Ninth Circuit, having applied in the above-
27 entitled action for admission to practice in the Northern District of California on a pro hac vice basis,
28 representing Defendant Paul Financial, LLC.

1

2       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
3 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*
4 *hac vice*. Service of papers upon and communication with co-counsel designated in the application
5 will constitute notice to the party. All future filings in this action are subject to the requirements
6 contained in General Order No. 45, *Electronic Case Filing*.

7

8 Dated:                                    By:

9                                                                                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF BRIAN M. FORBES *PRO HAC VICE*
CASE NO. C 07-04496 SI