Matthew G. Ball (SBN 208881)
Matthew.Ball@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
Phoebe G. Winder (*pro hac vice*)
phoebe.winder@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
State Street Financial Center, One Lincoln
Street, Boston, MA, 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant
PAUL FINANCIAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, and does 1 through 10 inclusive,<br><br>  Defendants. | Case No. C-07-04496 SI<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID D. CHRISTENSEN *PRO HAC VICE*** |

David D. Christensen, an active member in good standing of the bar of the Commonwealth of Massachusetts and an active member of the bars of the State of New Hampshire, United States District Court for the District of New Hampshire, United States District Court for the District of Massachusetts, and the United States Court of Appeals for the Eleventh Circuit, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant Paul Financial, LLC.

1

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID D. CHRISTENSEN *PRO HAC VICE*
CASE NO. C 07-04496 SI

1
2  **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
3  conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance *pro*
4  *hac vice*.  Service of papers upon and communication with co-counsel designated in the application
5  will constitute notice to the party.  All future filings in this action are subject to the requirements
6  contained in General Order No. 45, *Electronic Case Filing*.

7
8  Dated:                              By:  _____
9                                           UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID D. CHRISTENSEN *PRO HAC VICE*
CASE NO. C 07-04496 SI