JAMES H. FRENCH, Calif. State Bar No. 53555
FRENCH & LYON
A Professional Corporation
22 Battery Street, Suite 404
San Francisco, CA 94111
Telephone: (415) 597-7813
Facsimile: (415) 243-8200
jimfrench@compuserve.com

Attorney for Defendant,
HSBC BANK USA, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO. C-07-04496 - SI<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |

TO ALL INTERESTED PARTIES AND THE HONORABLE COURT:

Plaintiff GREGORY M. JORDAN (hereinafter "Plaintiff"), by and through his counsel of record, Arbogast & Berns LLP and Defendant HSBC BANK USA, N.A., (hereinafter "Defendant"), by and through its counsel, French & Lyon, hereby stipulate as follows:

Defendant shall have through and including July 9, 2008, to respond to the Second Amended Class Action Complaint on file herein.  This second extension is to give this Defendant HSBC the same response date as Defendants Luminent Mortgage Trust 2006-2 and Luminent Mortgage Capitol Inc.

/ / /

-1-
STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT

1  SO STIPULATED:

2  Dated: June 30, 2008                    FRENCH & LYON
                                           A PROFESSIONAL CORPORATION

5                                          By:    /s/ James H. French_____
                                                  James H. French, Esq.
6                                                 Attorneys for Defendant,
                                                  HSBC BANK USA, N.A.

8  Dated: June 30, 2008                    ARBOGAST & BERNS LLP

11                                         By:    /s/ David M. Arbogast____
                                                  David M. Arbogast, Esq.
                                                  Attorneys for Plaintiff,
                                                  GREGORY M. JORDAN

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT