1  MATTHEW G. BALL (SBN NO. 208881)
   K&L GATES LLP
2  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
3  Telephone: (415) 882-8200
   Facsimile: (415) 882-8220
4
   IRENE C. FREIDEL (admitted *pro hac vice*)
5  BRIAN M. FORBES (admitted *pro hac vice*)
   DAVID D. CHRISTENSEN (admitted *pro hac vice*)
6  K&L GATES LLP
   State Street Financial Center
7  One Lincoln Street
   Boston, MA 02111
8  Telephone: (617) 261-3100
   Facsimile: (617) 261-3175
9
   Attorneys for Defendant
10 HSBC BANK USA, NATIONAL
   ASSOCIATION

11

12                          UNITED STATES DISTRICT COURT

13                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                                  SAN FRANCISCO DIVISION

15 | GREGORY M. JORDAN, individually and | Case No. CV07-04496 SI
   | behalf of all others similarly situated, |
16 | |
   | Plaintiff, | **HSBC BANK USA, NATIONAL**
17 | | **ASSOCIATION'S NOTICE OF**
   | vs. | **SUBSTITUTION OF APPEARANCE**
18 | |
   | PAUL FINANCIAL LLC, LUMINENT | Assigned to the Honorable:
19 | MORTGAGE CAPITAL, INC., LUMINENT | Judge Susan Illston
   | MORTGAGE TRUST 2006-2, HSBC |
20 | NATIONAL ASSOCIATION, and DOES 1 |
   | through 10, inclusive, |
21 | |
   | Defendants. |
22

23     Please substitute the appearance of Matthew G. Ball, Irene C. Freidel, Brian M. Forbes, and

24 David D. Christensen as counsel for HSBC Bank USA, National Association ("HSBC") for the

25 appearance of Jim French, FRENCH & LYON, 22 Battery Street, Suite 404, San Francisco, CA

26 94111.

27

28

**HSBC BANK USA, NATIONAL ASSOCIATION'S**          1          Case No. CV07-04496-SI
**NOTICE OF SUBSTITUTION OF APPEARANCE**

HSBC Bank USA, National Association,


*/s/ Irene C. Freidel*_____
Irene C. Freidel (*pro hac vice*)
Brian M. Forbes (*pro hac vice*)
David D. Christensen (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone:  (617) 261-3100
Facsimile:   (617) 261-3175
irene.freidel@klgates.com
brian.m.forbes@klgates.com
david.christensen@klgates.com

Matthew G. Ball (SBN No. 208881)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, California  94105-3493
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220
matthew.ball@klgates.com

Attorneys for Defendant HBSC Bank USA, National Association


*/s/ Jim French* (by permission provided to I. Freidel)_____
Jim French
FRENCH & LYON
22 Battery Street, Suite 404
San Francisco, CA  94111
Telephone:  (415) 597-7813
Telefax:      (415) 243-8200

**HSBC BANK USA, NATIONAL ASSOCIATION'S NOTICE OF SUBSTITUTION OF APPEARANCE**  2  Case No. CV07-04496-SI