MATTHEW G. BALL (SBN NO. 208881)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

IRENE C. FREIDEL (admitted *pro hac vice*)
BRIAN M. FORBES (admitted *pro hac vice*)
DAVID D. CHRISTENSEN (admitted *pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant
HSBC BANK USA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-04496 SI<br><br>**DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**<br><br>Assigned to the Honorable:<br>Judge Susan Illston |

**DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION'S
CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) HSBC USA, Inc., a corporation, has an ownership interest in HSBC Bank USA, National Association; and

(2) HSBC Holdings plc, a public limited company, has an indirect ownership interest in HSBC Bank USA, National Association

HSBC Bank USA, National Association,

Dated: July 9, 2008     By:   */s/ Irene C. Freidel*
Irene C. Freidel (*pro hac vice*)
Brian M. Forbes (*pro hac vice*)
David D. Christensen (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone:  (617) 261-3100
Facsimile:   (617) 261-3175
irene.freidel@klgates.com
brian.m.forbes@klgates.com
david.christensen@klgates.com

Matthew G. Ball (SBN No. 208881)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, California  94105-3493
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220
matthew.ball@klgates.com

Attorneys for Defendant HBSC Bank USA, National Association

**DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**     2     Case No. CV07-04496-SI