Paul S. Rosenlund (SBN 87660)
Terrance J. Evans (SBN 227671)
**DUANE MORRIS** LLP
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail: PSRosenlund@duanemorris.com
tjevans@duanemorris.com

Attorneys for Defendants
Luminent Mortgage Capital, Inc. and
Luminent Mortgage Trust 2006-2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC BANK USA, N.A., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV-07-04496 - SI<br><br>**DEFENDANTS LUMINENT MORTGAGE CAPITAL, INC. AND LUMINENT MORTGAGE TRUST 2006-2'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS** |

**DEFENDANTS LUMINENT MORTGAGE CAPITAL, INC. AND LUMINENT MORTGAGE TRUST 2006-2'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

CASE NO. CV07-04496-SI

1. Arco Capital Corporation Ltd., a corporation, has an indirect ownership interest in Luminent Mortgage Capital, Inc. and Luminent Mortgage Trust 2006-2.

Dated: July 14, 2008

DUANE MORRIS LLP

By: *[signature]*
Paul S. Rosenlund
Terrance J. Evans

Attorneys for Defendants
Luminent Mortgage Capital, Inc. and
Luminent Mortgage Trust 2006-2

DM1\1363139.1 R1288-00001

2

CASE NO. CV07-04496-SI

DEFENDANTS LUMINENT MORTGAGE CAPITAL, INC. AND LUMINENT MORTGAGE TRUST 2006-2'S CERTIFICATION OF INTERESTED ENTITIES AND PERSONS