David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

*Attorneys for Plaintiff*

Irene C. Freidel (Admitted *Pro Hac Vice*)
Irene.Freidel@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
One Lincoln Street
Boston, MA 02111
Phone: (617) 261-3100; Fax: (617) 261-3175

*Attorneys for Defendants,*
PAUL FINANCIAL, LLC; and HSBC BANK USA, NATIONAL ASSOCIATION

Paul S. Rosenlund (SBN 87660)
PSRosenlund@duanemorris.com
Terrance J. Evans (SBN 227671)
tjevans@duanemorris.com
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Phone: (415) 957-3000; Fax: (415) 957-3001

*Attorneys for Defendants,*
LUMINENT MORTGAGE CAPITAL, INC. and LUMINENT MORTGAGE TRUST 2006-2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GREGORY M. JORDAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,

Defendants.

**CASE NO. C-07-04496-SI**

CLASS ACTION

[*Assigned to the Hon. Susan Illston*]

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

Date: July 25, 2008
Time: 2:30 p.m.

Complaint Filed: August 29, 2007
Trial Date: Not set yet.

Plaintiff, GREGORY M. JORDAN ("Plaintiff") and Defendants, PAUL FINANCIAL, LLC, HSBC BANK USA, NATIONAL ASSOCIATION, LUMINENT MORTGAGE CAPITAL, INC. and LUMINENT MORTGAGE TRUST 2006-2 ("Defendants") submit this Joint Case Management Conference Statement.

## I. STATUS OF THE PLEADINGS

On May 14, 2008, Plaintiff filed his Second Amended Complaint adding HSBC BANK USA, NATIONAL ASSOCIATION, LUMINENT MORTGAGE CAPITAL, INC. and LUMINENT MORTGAGE TRUST 2006-2 as additional defendants.

On June 30, 2008 Defendant PAUL FINANCIAL LLC filed its answer to Plaintiff's Second Amended Complaint.

On July 9, 2008, Defendant HSBC BANK USA, NATIONAL ASSOCIATION filed its answer to Plaintiff's Second Amended Complaint.

On July 9, 2008, Defendants LUMINENT MORTGAGE CAPITAL, INC. and LUMINENT MORTGAGE TRUST 2006-2 filed their answer to Plaintiff's Second Amended Complaint.

## II. STATUS OF DISCOVERY

On February 25, 2008, Plaintiff served his First Set of Interrogatories and Request for Production of Documents on Defendant PAUL FINANCIAL, LLC. In May, 2008, the parties filed letter briefs regarding several outstanding discovery disputes arising from Plaintiff's first set of discovery requests. The Court resolved those disputes by Order Re Discovery on June 2, 2008.

In response to Plaintiff's discovery requests, Defendant PAUL FINANCIAL, LLC provided to Plaintiff all of the documents that PAUL FINANCIAL, LLC has agreed to produce consistent with the Court's June 2 Order, except for a small number of additional documents that PAUL FINANCIAL, LLC will produce to plaintiff during the week of July 21, 2008. The documents produced by PAUL FINANCIAL, LLC include all of the varying form notes, riders, and program disclosures that PAUL FINANCIAL, LLC used for pay option loans during the putative class period, as well as five sample loan files.

/ / /

On May 22, 2008, Plaintiff served a Second Set of Interrogatories and Requests for Production of Documents on PAUL FINANCIAL, LLC. Plaintiff and PAUL FINANCIAL, LLC may have additional disagreements regarding PAUL FINANCIAL, LLC's responses to Plaintiff's Second Set of Document Requests. However, Plaintiff is in the process of meeting and conferring with Paul Financial concerning the adequacy of those responses.

Plaintiff is in the process of propounded discovery upon Defendants HSBC BANK USA, NATIONAL ASSOCIATION, LUMINENT MORTGAGE CAPITAL, INC. and LUMINENT MORTGAGE TRUST 2006-2 related to the securitization of Plaintiff GREGORY M. JORDAN loan and the loans of other putative class members.

Plaintiff has also responded and objected to PAUL FINANCIAL, LLC's Document Requests and Interrogatories served on Plaintiff. The parties will also shortly be meeting and conferring regarding the adequacy of Plaintiff's responses.

## III. SETTLEMENT DISCUSSIONS/ADR

Plaintiff and Defendant PAUL FINANCIAL LLC engaged in initial settlement discussions, but they were not fruitful. Plaintiff and Defendant PAUL FINANCIAL LLC also held a mediation telephone call with Michael Dickstein. While Plaintiff is amenable to mediation, it is Plaintiff's position that all subsequent purchasers and assignees, or at least, a substantial percentage of them, will need to be named in the suit and be present at any such mediation. Plaintiff therefore does not believe a mediation or settlement conference prior to class certification would be productive. In particular, while the currently named Defendants may be able to discuss resolution of Plaintiff's and the class members whose loans were sold to, placed in and managed by the currently named Defendants, settlement discussions concerning the putative class members loans who were sold to, securitized and managed by other entities not yet named in this lawsuit will have to await the Court's determination on Class certification.

Defendants, PAUL FINANCIAL, LLC, HSBC BANK USA, NATIONAL ASSOCIATION, LUMINENT MORTGAGE CAPITAL, INC. and LUMINENT MORTGAGE TRUST 2006-2, are willing to mediate plaintiff's individual claims, but to the extent that plaintiff is unwilling to enter into

an individual settlement, defendants do not believe that a mediation prior to the Court's ruling on the class certification question would be will be fruitful.

DATED: July 21, 2008

**ARBOGAST & BERNS LLP**

By: *David M. Arbogast*
David M. Arbogast
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorney for Plaintiff GREGORY M. JORDAN and all others Similarly Situated

DATED: July 21, 2008

**KIRKPATRIC & LOCKHART PRESTON GATES ELLIS LLP**

By: *Irene C. Freidel*
Irene C. Freidel (Admitted *Pro Hac Vice*)

Attorneys for Defendants
PAUL FINANCIAL LLC and HSBC BANK of USA, NATIONAL ASSOCIATION

DATED: July 21, 2008

**DUANE MORRIS LLP**

By: */s/ Paul S. Rosenlund*
Paul S. Rosenlund

Attorneys for Defendants
LUMINENT MORTGAGE CAPITAL, INC. and LUMINENT MORTGAGE TRUST 2006-2