**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/25/08

Case No.   C-07-4496SI            Judge:   SUSAN ILLSTON

Title: GREGORY JORDAN  -v- PAUL FANANCIAL

Attorneys: D. Arbogast            Friedel, Evans

Deputy Clerk: Tracy Sutton  Court Reporter: none

**PROCEEDINGS**

1) Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **11/7/08   @ 2:30 p.m.** for Further Case Management Conference
(joint statement due one week prior)

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The case was continued now that all parties have just been added to the case.

Discovery is open.