ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

July 30, 2008

David M. Arbogast
Jeffrey K. Berns
Arbogast & Berns LLP
19510 Ventura Boulevard
Suite 200
Tarzana, CA 91356
818-961-2000

Matthew Gordon Ball
K&L Gates
55 Second Street, Suite 1700
San Francisco, CA 94105
(415) 882-8200

David D. Christensen
Brian M. Forbes
Phoebe S. Winder
Irene C. Freidel
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617-261-3100

Jonathan Shub
Seeger Weiss LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102
215-564-2300

Paul R. Kiesel
Michael C Eyerly
Patrick DeBlase
Kiesel Boucher & Larson
8648 Wilshire Boulevard
Beverly Hils, CA 90211-2910
310-854-4444

Paul S. Rosenlund
Terrance James Evans
DUANE MORRIS LLP
One Market, Spear Tower
Suite 2000
San Francisco, CA 94105-1104
415.957.3000

James Howard French
French & Lyon
22 Battery Street
Suite 404
San Francisco, CA 94111
415-597-7849

Re:   Jordan v. Paul Financial, LLC
      <u>Case No. C 07-04496 SI MED</u>

Re: 07-04496 SI MED
Letter to All Counsel
July 30, 2008
Page 2

Dear Counsel:

    The ADR Program would like to convene a conference call with one of our legal staff to discuss the time frame for the Mediation. We would like to schedule this for **Thursday, August 7, 2008 at 10:30 a.m. PDT.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your participation and to give me the phone number where you can be reached.

    Thank you for your attention to this matter.

                                      Sincerely,

                                      Alice M. Fiel
                                      ADR Case Administrator