1  David M. Arbogast (SBN 167571)
   darbogast@law111.com
2  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@jeffbernslaw.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (310) 861-1775
5
   *Attorneys for Plaintiff*

6  Irene C. Freidel (Admitted *Pro Hac Vice*)      Paul S. Rosenlund (SBN 87660)
   Irene.Freidel@klgates.com                       PSRosenlund@duanemorris.com
7  **KIRKPATRICK & LOCKHART PRESTON**              Terrance J. Evans (SBN 227671)
   **GATES ELLIS LLP**                             tjevans@duanemorris.com
8  One Lincoln Street                              **DUANE MORRIS LLP**
   Boston, MA  02111                               One Market, Spear Tower, Suite 2000
9  Phone:  (617) 261-3100;  Fax:  (617) 261-3175   San Francisco, CA 94105-1104
                                                   Phone: (415) 957-3000; Fax: (415) 957-3001
10 *Attorneys for Defendants*,
   PAUL FINANCIAL, LLC; and HSBC BANK              *Attorneys for Defendants*,
11 USA, NATIONAL ASSOCIATION                       LUMINENT MORTGAGE CAPITAL, INC. and
                                                   LUMINENT MORTGAGE TRUST 2006-2

12

13                         **UNITED STATES DISTRICT COURT**

14                        **NORTHERN DISTRICT OF CALIFORNIA**

15

16 | GREGORY M. JORDAN, individually and on    ) | **CASE NO. C-07-04496-SI**
   | behalf of all others similarly situated,  ) |
17 |                                           ) | CLASS ACTION
   |                     Plaintiff,            ) |
18 |                                           ) | [*Assigned to the Hon. Susan Illston*]
   |                                           ) |
19 |         v.                                ) |
   |                                           ) | **STIPULATION AND [PROPOSED] ORDER**
20 |                                           ) | **TO CONTINUE ADR COMPLETION DATE**
   | PAUL FINANCIAL, LLC, LUMINENT             ) |
21 | MORTGAGE CAPITAL, INC., LUMINENT          ) |
   | MORTGAGE TRUST 2006-2, HSBC               ) |
22 | NATIONAL ASSOCIATION, and DOES 1          ) |
   | through 10 inclusive,                     ) |
23 |                                           ) |
   |                     Defendants.           ) |
24 |                                           ) | Complaint Filed: August 29, 2007
   |                                           ) | Trial Date: Not set yet.
25 |                                           ) |
   |                                           ) |
26 |                                           ) |

27

28

STIPULATION AND [PROPOSED] ORDER - C-07-04496-SI

1  WHEREAS, on April 15, 2008, the Court continued the ADR Completion Date to July 25, 2008.

2  WHEREAS, at the Further Case Management Conference held on July 25, 2005, the parties
3  informed the Court that a mediation or settlement conference prior to the Court's determination of the
4  class certification would not be productive.  However, at the Further Case Management Conference, the
5  parties neglected to request that the Court continue the ADR Completion Date.

6  WHEREAS, the parties are in agreement that the ADR Completion Date should be continued
7  until ninety (90) days after the Court rules on Plaintiff's motion for class certification.

8  IT IS THEREFORE STIPULATED by and between Plaintiff and Defendants that the ADR
9  Completion Date be continued from July 25, 2008 to ninety (90) days after the Court's ruling on
10 Plaintiff's motion for class certification.

11 IT IS SO STIPULATED:

13 DATED:  August 15, 2008                                **ARBOGAST & BERNS LLP**

15                                                        By:   *David M. Arbogast*
                                                                David M. Arbogast
16                                                              19510 Ventura Boulevard, Suite 200
                                                                Tarzana, California 91356
17                                                              Phone: (818) 961-2000; Fax: (310) 861-1775

18                                                              **KIESEL BOUCHER LARSON LLP**
                                                                Paul R. Kiesel, Esq. (SBN 119854)
19                                                              kiesel@kbla.com
                                                                Patrick DeBlase, Esq. (SBN 167138)
20                                                              deblase@kbla.com
                                                                Michael C. Eyerly, Esq. (SBN 178693)
21                                                              eyerly@kbla.com
                                                                8648 Wilshire Boulevard
22                                                              Beverly Hills, California 90211
                                                                Phone:  (310) 854-4444; Fax: (310) 854-0812

23                                                              **SEEGER WEISS LLP**
                                                                Jonathan Shub (SBN 237708)
24                                                              jshub@seegerweiss.com
                                                                1515 Market Street, Suite 1380
25                                                              Philadelphia, PA 19107
                                                                Phone: (215) 564-2300; Fax (215) 851-8029
26

27                                                              Attorney for Plaintiff GREGORY M.
                                                                JORDAN and all others Similarly Situated
28

DATED: August 15, 2008    **K&L GATES LLP**

By: _*Irene C. Freidel*_
Irene C. Freidel (Admitted *Pro Hac Vice*)

Attorneys for Defendants
PAUL FINANCIAL LLC and HSBC BANK USA, NATIONAL ASSOCIATION

DATED: August 15, 2008    **DUANE MORRIS LLP**

By: _/s/ Terrance J. Evans_
Terrance J. Evans

Attorneys for Defendants
LUMINENT MORTGAGE CAPITAL, INC. and LUMINENT MORTGAGE TRUST 2006-2

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Last Date for ADR completion currently set for July 25, 2008 is continued to ninety (90) days after the Court's ruling on Plaintiff's motion for class certification.

**IT IS SO ORDERED**

Dated: _____, 2008    _____
Hon. Susan Illston
District Court Judge