MATTHEW G. BALL (SBN NO. 208881)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

IRENE C. FREIDEL (admitted *pro hac vice*)
BRIAN M. FORBES (admitted *pro hac vice*)
DAVID D. CHRISTENSEN (admitted *pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant
HSBC BANK USA, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-04496 SI<br><br>**HSBC BANK USA, NATIONAL ASSOCIATION'S NOTICE OF SUBSTITUTION OF APPEARANCE**<br><br>Assigned to the Honorable:<br>Judge Susan Illston |

Please substitute the appearance of Matthew G. Ball, Irene C. Freidel, Brian M. Forbes, and David D. Christensen as counsel for HSBC Bank USA, National Association ("HSBC") for the appearance of Jim French, FRENCH & LYON, 22 Battery Street, Suite 404, San Francisco, CA 94111.

**HSBC BANK USA, NATIONAL ASSOCIATION'S NOTICE OF SUBSTITUTION OF APPEARANCE**          1          Case No. CV07-04496-SI

HSBC Bank USA, National Association,

*/s/ Irene C. Freidel*_____
Irene C. Freidel (*pro hac vice*)
Brian M. Forbes (*pro hac vice*)
David D. Christensen (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
irene.freidel@klgates.com
brian.m.forbes@klgates.com
david.christensen@klgates.com

Matthew G. Ball (SBN No. 208881)
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
matthew.ball@klgates.com

Attorneys for Defendant HBSC Bank USA, National Association


*/s/ Jim French* (by permission provided to I. Freidel)_____
Jim French
FRENCH & LYON
22 Battery Street, Suite 404
San Francisco, CA 94111
Telephone: (415) 597-7813
Telefax:    (415) 243-8200

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HSBC BANK USA, NATIONAL ASSOCIATION'S**         2         Case No. CV07-04496-SI
**NOTICE OF SUBSTITUTION OF APPEARANCE**