| | |
|---|---|
| 1 | David M. Arbogast (SBN 167571)<br>darbogast@law111.com |
| 2 | Jeffrey K. Berns, Esq. (SBN 131351)<br>jberns@jeffbernslaw.com |
| 3 | **ARBOGAST & BERNS LLP** |
| 4 | 19510 Ventura Boulevard, Suite 200<br>Tarzana, California 91356 |
| 5 | Phone: (818) 961-2000; Fax: (310) 861-1775 |
|   | *Attorneys for Plaintiff* |

| | | |
|---|---|---|
| 6 | Irene C. Freidel (Admitted *Pro Hac Vice*) | Paul S. Rosenlund (SBN 87660) |
| 7 | Irene.Freidel@klgates.com | PSRosenlund@duanemorris.com |
|   | **KIRKPATRICK & LOCKHART PRESTON** | Terrance J. Evans (SBN 227671) |
| 8 | **GATES ELLIS LLP** | tjevans@duanemorris.com |
|   | One Lincoln Street | **DUANE MORRIS LLP** |
| 9 | Boston, MA  02111 | One Market, Spear Tower, Suite 2000 |
|   | Phone:  (617) 261-3100;  Fax:  (617) 261-3175 | San Francisco, CA 94105-1104 |
| 10 |   | Phone: (415) 957-3000; Fax: (415) 957-3001 |
|   | *Attorneys for Defendants*, | *Attorneys for Defendants*, |
| 11 | PAUL FINANCIAL, LLC; and HSBC BANK<br>USA, NATIONAL ASSOCIATION | LUMINENT MORTGAGE CAPITAL, INC. and<br>LUMINENT MORTGAGE TRUST 2006-2 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated, | **CASE NO. C-07-04496-SI** |
| Plaintiff, | CLASS ACTION |
|  | [*Assigned to the Hon. Susan Illston*] |
| v. |  |
|  | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR COMPLETION DATE** |
| PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive, |  |
| Defendants. | Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

STIPULATION AND [PROPOSED] ORDER - C-07-04496-SI

1     WHEREAS, on April 15, 2008, the Court continued the ADR Completion Date to July 25, 2008.

2     WHEREAS, at the Further Case Management Conference held on July 25, 2005, the parties informed the Court that a mediation or settlement conference prior to the Court's determination of the class certification would not be productive. However, at the Further Case Management Conference, the parties neglected to request that the Court continue the ADR Completion Date.

    WHEREAS, the parties are in agreement that the ADR Completion Date should be continued until ninety (90) days after the Court rules on Plaintiff's motion for class certification.

    IT IS THEREFORE STIPULATED by and between Plaintiff and Defendants that the ADR Completion Date be continued from July 25, 2008 to ninety (90) days after the Court's ruling on Plaintiff's motion for class certification.

IT IS SO STIPULATED:

DATED: August 15, 2008

**ARBOGAST & BERNS LLP**

By:   *David M. Arbogast*
David M. Arbogast
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

**KIESEL BOUCHER LARSON LLP**
Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

**SEEGER WEISS LLP**
Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorney for Plaintiff GREGORY M. JORDAN and all others Similarly Situated

| | | |
|---|---|---|
| 1 | DATED: August 15, 2008 | **K&L GATES LLP** |
| 2 | | By: *Irene C. Freidel* |
| | | Irene C. Freidel (Admitted *Pro Hac Vice*) |
| 3 | | |
| 4 | | Attorneys for Defendants |
| | | PAUL FINANCIAL LLC and HSBC BANK USA, NATIONAL ASSOCIATION |
| 5 | | |
| | DATED: August 15, 2008 | **DUANE MORRIS LLP** |
| 6 | | |
| | | By: */s/ Terrance J. Evans* |
| 7 | | Terrance J. Evans |
| 8 | | Attorneys for Defendants |
| | | LUMINENT MORTGAGE CAPITAL, INC. |
| 9 | | and LUMINENT MORTGAGE TRUST 2006-2 |

**[PROPOSED] ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Last Date for ADR completion currently set for July 25, 2008 is continued to ninety (90) days after the Court's ruling on Plaintiff's motion for class certification.

**IT IS SO ORDERED**

Dated: _____, 2008

_____
Hon. Susan Illston
District Court Judge

-3-
STIPULATION AND [PROPOSED] ORDER - C-07-04496-SI