Clerk's Use Only
Initial for fee pd.:

Rebecca Tingey
DREIER LLP
499 Park Avenue
New York, NY 10022
Tel: (212) 328-6100

FILED
08 AUG 27 PM 3: 02
RICHARD W. WILKING
CLERK
U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. JORDAN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,

Defendant(s).

CASE NO. C-07-04496-SI

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Rebecca Tingey, an active member in good standing of the bar of New York State, SDNY and EDNY, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Jeffrey K. Berns, Arbogast & Berns LLP, 19510 Ventura Boulevard, Suite 200, Tarzana, CA 91356, Tel: (818) 961-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 26, 2008

Rebecca Tingey