UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED
08 AUG 27 PM 3:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. JORDAN, individually
and on behalf of all others similarly
situated,

               Plaintiff(s),
  v.
PAUL FINANCIAL, LLC, LUMINENT
MORTGAGE CAPITAL, INC.,
LUMINENT MORTGAGE TRUST 2006-
2, HSBC NATIONAL ASSOCIATION,
and DOES 1 through 10 inclusive,
               Defendant(s).

CASE NO. C-07-04496-SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED
AUG 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rebecca Tingey ~~See Schedule A~~ *No Sched A*, an active member in good standing of the bar of ~~(particular court to which applicant is admitted)~~ whose business address and telephone number is

Dreier LLP, 499 Park Avenue, New York, NY 10022, Tel: (212) 328-6100

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing [*Who?*]

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/28, 2008

_____
United States District   Judge