Paul S. Rosenlund (SBN 87660)
Terrance J. Evans (SBN 227671)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:  PSRosenlund@duanemorris.com
         TJEvans@duanemorris.com

Attorneys for Defendants
Luminent Mortgage Capital, Inc. and
Luminent Mortgage Trust 2006-2

The case management conference previously scheduled to occur on 11/7/08 will remain on calendar as to all defendants not in bankruptcy.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: CV-07-04496 - SI<br><br>**NOTICE OF BANKRUPTCY** |

### NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE THAT, on September 5, 2008 (the "Petition Date") Luminent Mortgage Capital, Inc. and related parties (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court, District of Maryland (the "Bankruptcy Court"). A copy of the Bankruptcy Court's Amended Notice of Bankruptcy case filing is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the automatic stay imposed by section 362 of the Bankruptcy Code, after the Petition Date, no cause of action may be commenced or prosecuted, and no judgment may be entered against the Debtor, outside of the