Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES, PC**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel: (510) 531-4529
Fax: (510) 531-4377

Lee A. Weiss (*Admitted Pro Hac Vice*)
lweiss@dreierllp.com
Rebecca Tingey (*Admitted Pro Hac Vice*)
rtingey@dreierllp.com
**DREIER LLP**
499 Park Avenue
New York, NY 10022
Phone: (212) 328-6100
Fax: (212) 328-6101

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>[*Assigned to the Hon. Susan Illston*]<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER RE EX PARTE APPLICATION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL**<br><br>Hearing Date: December 5, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

The Court having considered Plaintiff's Ex Parte Application to File Portions of Documents under Seal, and for good cause appearing therefore, IT IS HEREBY ORDERED THAT Plaintiff's Motion is GRANTED;

IT IS FURTHER ORDERED THAT, good cause having been shown, the following materials will be maintained under seal:

1. <u>Exhibit 10</u> to the Declaration of Jeffrey K. Berns:

- Portions marked as allegedly being "confidential" by Defendant PAUL FINANCIAL LLC's in it's response to Plaintiff's First Set of Interrogatories, Interrogatory No. 4.

IT IS SO ORDERED

Dated: _____, 2008

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE