Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel: (510) 531-4529
Fax: (510) 531-4377

Lee A. Weiss (*Admitted Pro Hac Vice*)
lweiss@dreierllp.com
Rebecca Tingey (*Admitted Pro Hac Vice*)
rtingey@dreierllp.com
**DREIER LLP**
499 Park Avenue
New York, NY 10022
Phone: (212) 328-6100
Fax: (212) 328-6101

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>[*Assigned to the Hon. Susan Illston*]<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: November 7, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

**STIPULATION**

WHEREAS, on October 31, 2008, Plaintiff filed his motion for class certification and application for preliminary injunction for hearing on December 5, 2008;

WHEREAS, on November 3, 2008, Defendants Paul Financial LLC and HSBC Bank USA, National Association ("Defendants") served their Notice of Deposition of Plaintiff Gregory M. Jordan, to commence on November 13, 2008;

WHEREAS, on November 4, 2008, the Court continued the hearing on Plaintiff's motion for class certification and application for preliminary injunction to January 16, 2008.

WHEREAS, counsel for Plaintiff, David M. Arbogast, is unavailable on Friday, November 7, 2008 due to a speaking engagement at Consumer Attorneys of California's Annual Convention;

WHEREAS, Mr. Arbogast has requested that the status conference, currently set for Friday, November 7, be continued to Friday, November 14, 2008 at 2:30 p.m.;

WHEREAS, counsel have agreed, with the Court's permission, to continue the status conference, currently set for November 7, to November 14, 2008 at 2:30 p.m.

IT IS THEREFORE STIPULATED by and between Plaintiff and Defendants that, should the Court's schedule permit, the November 7, 2008 status conference be continued until November 14, 2008.

IT IS SO STIPULATED:

DATED: November 4, 2008

Respectfully submitted,
GREGORY M. JORDAN

By his attorneys,

/s/ David M. Arbogast
**ARBOGAST & BERNS LLP**
19510 Ventura Blvd., Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

*Attorneys for Plaintiff*

/ / /

/ / /

/ / /

-2-

STIPULATION AND [PROPOSED] ORDER - 3:07-cv-04496-SI

| | |
|---|---|
| DATED: November 4, 2008 | PAUL FINANCIAL LLC<br>By its attorneys,<br><br>*/s/ Irene C. Freidel*<br>Irene C. Freidel<br>**K & L GATES ELLIS LLP**<br>One Lincoln Street<br>Boston, MA  02111-2950<br>Phone: (617) 951-9154<br>Fax:     (617) 261-3175<br><br>*Attorneys for Defendants* |

### [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference currently set for November 7, 2008 is continued to Friday, November 14, 2008 at 2:30 p.m.

**IT IS SO ORDERED**

Dated: _____, 2008

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE