MATTHEW G. BALL (SBN No. 208881)
matthew.ball@klgates.com
RACHEL CHATMAN (SBN No. 206775)
rachel.chatman@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

IRENE C. FREIDEL (admitted *pro hac vice*)
irene.freidel@klgates.com
DAVID D. CHRISTENSEN (admitted *pro hac vice*)
david.christensen@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendants
PAUL FINANCIAL LLC, and
HSBC BANK USA, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL, LLS, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:07-cv-04496-SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ENLARGEMENT OF PAGE LIMITATIONS**<br><br>Assigned to Honorable Susan Illston |

WHEREAS, on October 31, 2008, plaintiff filed a Motion for Class Certification and an Application for Preliminary Injunction to Prohibit Recasting and Foreclosure on ARM Loans ("plaintiff's motions");

WHEREAS, defendants Paul Financial LLC's and HSBC Bank USA, N.A.'s (1) Response to Plaintiff's Motion for Class Certification, and (2) Response to Plaintiff's Application for Preliminary Injunction to Prohibit Recasting and Foreclosure on ARM Loans, are currently due December 30, 2008, and a hearing is currently scheduled on plaintiff's motions for January 20, 2009;

WHEREAS, in addition to filing their (1) Response to Plaintiff's Motion for Class Certification, and (2) Response to Plaintiff's Application for Preliminary Injunction to Prohibit Recasting and Foreclosure on ARM Loans, defendants Paul Financial LLC and HSBC Bank USA, N.A. ("defendants") intend to file a separate Motion for Summary Judgment on plaintiff's individual claims on December 30, 2008 as well;

WHEREAS, for the sake of efficiency, defendants Paul Financial LLC and HSBC Bank USA, N.A. wish to file joint memoranda for each of the three distinct motions their counsel is responding to and/or filing. As a result, defendants seek an enlargement of the page limit, from 25 pages to 40 pages, to enable the filing of the following joint memoranda, which will be filed separately with the Court: (1) defendants' Response to Plaintiff's Motion for Class Certification, (2) defendants' Response to Plaintiff's Application for Preliminary Injunction to Prohibit Recasting and Foreclosure on ARM Loans, and (3) defendants' Motion for Summary Judgment.

WHEREAS, the parties have agreed that the 25-page limitation set forth in Local Rule 7-4(b) for defendants' (1) Response to Plaintiff's Motion for Class Certification, (2) Response to Plaintiff's Application for Preliminary Injunction to Prohibit Recasting and Foreclosure on ARM Loans; and (3) Motion for Summary Judgment, should be enlarged up to 40 pages each;

WHEREAS, the parties have agreed that the 15-page limitation set forth in Local Rule 7-4(b) for plaintiff's replies to defendants' (1) Response to Plaintiff's Motion for Class Certification, and (2) Response to Plaintiff's Application for Preliminary Injunction to Prohibit Recasting and Foreclosure on ARM Loans, and defendants' reply in support of its motion for summary judgment, should be enlarged up to 25 pages each;

WHEREAS, the parties have agreed that the 25-page limitation set forth in Local Rule 7-4(b) for plaintiff's Response to Defendants Motion for Summary Judgment should be enlarged up to 40 pages; and

WHEREFORE, the parties hereby stipulate and agree that the 25-page limitation set forth in Local Rule 7-4(b) for their responsive briefs should be enlarged up to 40 pages each (exclusive of table of contents, table of authorities, and supporting declarations and exhibits), and the 15-page limitation for the parties' reply briefs should be enlarged to 25 pages.

**IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| 1 | Dated: December 22, 2008 | By: | */s/ Irene C. Freidel* |

Irene C. Freidel (*pro hac vice*)
David D. Christensen (*pro hac vice*)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175
irene.freidel@klgates.com
david.christensen@klgates.com

Matthew G. Ball (SBN No. 208881)
Rachel Chatman (SBN No. 206775)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
matthew.ball@klgates.com
rachel.chatman@klgates.com

*Attorneys for Defendants Paul Financial LLC and HBSC Bank USA, National Association*

Dated: December 22, 2008   By:   */s/ David M. Arbogast by permission*

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (310) 861-1775

*Attorneys for plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December ____, 2008

_____
The Honorable Susan Illston
United States District Judge

---

**STIPULATION AND [PROPOSED] ORDER**     4     Case No. CV07-04496 SI