**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RECEIVED DEC 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. JORDAN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., et al.

Defendant(s).

CASE NO. 07-cv-04496-SI

**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Christopher A. Seeger, Esq. , an active member in good standing of the bar of the Supreme Court of the State of New York (particular court to which applicant is admitted) whose business address and telephone number is SEEGER WEISS LLP
1 William Street
New York, NY 10004
212-584-0700 tel.; 212-584-0799 fax. , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

*/s/ Susan Illston*

United States Judge