MATTHEW G. BALL (SBN No. 208881)
matthew.ball@klgates.com
RACHEL CHATMAN (SBN No. 206775)
rachel.chatman@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

IRENE C. FREIDEL (admitted *pro hac vice*)
irene.freidel@klgates.com
STACEY L. GORMAN (*pro hac vice* pending)
stacey.gorman@klgates.com
DAVID D. CHRISTENSEN (admitted *pro hac vice*)
david.christensen@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendants
PAUL FINANCIAL, LLC,
HSBC BANK USA, NATIONAL
ASSOCIATION, and LUMINENT
MORTGAGE TRUST 2006-2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-04496 SI<br><br>**DECLARATION OF FERNANDO ACEBEDO**<br><br>Assigned to the Honorable:<br>District Judge Susan Illston |

**DECLARATION OF FERNANDO ACEBEDO**   1   Case No. CV07-04496 SI

I, Fernando Acebedo, do hereby declare under oath and make this declaration based upon personal knowledge, except where indicated, and upon my review and familiarity with the business records of HSBC Bank USA, National Association, as Trustee for Luminent Mortgage Trust 2006-2, Mortgage Loan Pass-Through Certificates, Series 2006-2 ("Luminent Trust 2006-2"), as follows:

1. I am a Corporate Trust Administrator and Team Leader at HSBC Bank USA, National Association ("HSBC Bank"). I have been employed by HSBC Bank since April 2006. My office is located in New York, New York.

2. HSBC Bank is a national banking association with its headquarters located in Wilmington, Delaware.

3. I am familiar with the Second Amended Complaint filed in this action by plaintiff Gregory M. Jordan.

4. HSBC Bank acts as trustee for certain mortgage backed securities trusts under agreements that are known as pooling and servicing agreements. The Corporate Trust Department is responsible for administering HSBC Bank's duties as trustee. When HSBC Bank acts as trustee for a mortgage backed securities trust, its duties are strictly limited by the applicable pooling and servicing agreement.

5. A mortgage backed securities trust is a pool of mortgage loans that back securities that have been sold to investors. The cash flow on the securities is derived from principal and interest payments made on the loans.

6. As of February 1, 2006, Greenwich Capital Acceptance, Inc. ("Greenwich"), as Purchaser, MAIA Mortgage Finance Statutory Trust ("MAIA"), as Seller, and Luminent Mortgage Capital, Inc. ("Luminent"), as Sponsor, entered into a "Mortgage Loan Purchase Agreement" ("Purchase Agreement"). Pursuant to the Purchase Agreement, Greenwich purchased adjustable rate mortgage loans from MAIA, which assigned its right, title, and interest in the loans to Greenwich to

facilitate the creation of Luminent Trust 2006-2, for which Luminent was the sponsor. A true and correct copy of the Purchase Agreement is available at http://www.sec.gov/Archives/edgar/data/1352978/000114420406009679/v037458_ex4-2.htm.

7. As of February 1, 2006, HSBC Bank entered into a Pooling and Servicing Agreement ("Pooling and Servicing Agreement"), with Greenwich, as Depositor, MAIA, as Seller, Luminent, as Sponsor, and Wells Fargo Bank, N.A. ("Wells Fargo") as Master Servicer and Securities Administrator. The Pooling and Servicing Agreement is available at http://www.sec.gov/Archives/edgar/data/1352978/000114420406009679/v037458_ex4-1.htm. The Pooling and Servicing Agreement was executed as part of the creation of Luminent Trust 2006-2.

8. Upon information and belief based on records in the possession of Wells Fargo, as Master Servicer, Securities Administrator and Custodian of Luminent Trust 2006-2, I am informed of the following: at its creation, Luminent Trust 2006-2 held 1,576 mortgage loans. Of those loans, 198 (or 12.58%) were originated by Paul Financial. As of November 2008, the trust contained a total of 909 loans.

9. As set forth in the Pooling and Servicing Agreement, HSBC Bank is the nominal Trustee for Luminent Trust 2006-2. HSBC Bank's role as Trustee is limited. HSBC Bank provides corporate trust services for the certificate holders of Luminent Trust 2006-2 consisting predominately of nominal participation in legal proceedings and distribution of notices concerning the trust to the certificate holders and the parties to the Pooling and Servicing Agreement as applicable.

10. Pursuant to Section 2.01 of the Pooling and Servicing Agreement, HSBC Bank, as Trustee of Luminent Trust 2006-2, was assigned "for the benefit of the Certificate Holders" title to the mortgage loans held in the trust. One of the mortgage loans that was assigned to HSBC Bank as

DECLARATION OF FERNANDO ACEBEDO     3     Case No. CV07-04496 SI

Trustee was plaintiff Gregory M. Jordan's mortgage loan. HSBC Bank, as Trustee, received the assignment from Greenwich, as Depositor of Luminent Trust 2006-2.

11. Pursuant to Section 2.04 of the Pooling and Servicing Agreement, Luminent represented and warranted to HSBC Bank, as Trustee, "on behalf of the Certificateholders and the Certificate Insurer as of the Closing Date with respect to the Mortgage Loans: (i) Each Mortgage Loan at the time it was made complied in all material respects with applicable local, state, and federal laws, including, but not limited to, all applicable predatory and abusive lending laws."

12. Section 8.03 of the Pooling and Servicing Agreement, states that HSBC Bank, as Trustee, "shall" not "have any responsibility or liability for or with respect to the legality, validity and enforceability of … any Mortgage or any Mortgage Loan."

13. As compensation for the services it provides to the Trust, HSBC Bank, as Trustee, receives $3,500 at acceptance and $3,500 annually. See also Pooling and Servicing Agreement at Section 8.05 (formula for compensation).

14. Wells Fargo is the Master Servicer and Securities Administrator of the Trust, and it manages the trust assets. As Master Servicer, Wells Fargo supervises, monitors, and oversees the obligations of the primary servicers to service and administer their respective mortgage loans, which are held in Luminent Trust 2006-2. Pooling and Servicing Agreement at Section 3.01.

15. As Securities Administrator for Luminent Trust 2006-2, Wells Fargo's responsibilities, in connection with the trust, include, but are not limited to, making periodic distributions of revenue to the certificate holders. See Pooling and Servicing Agreement at Section 5.01, 8.01 (regarding distribution of funds). Wells Fargo is also the custodian of the mortgage documents and files pertaining to each mortgage held in Luminent Trust 2006-2. See id. at Sections 2.01, 8.16.

16. The primary servicers of Luminent Trust 2006-2 maintain direct contact with the borrowers and service loans under the supervision of the Master Servicer.

DECLARATION OF FERNANDO ACEBEDO     4     Case No. CV07-04496 SI

17. I am aware that Paul Financial acted as the primary servicer for some, but not all, of the loans in Luminent Trust 2006-2. However, upon information and belief, Paul Financial is no longer servicing any loans for the trust.

18. HSBC Bank as Trustee has never serviced or distributed payments in connection with the Luminent Trust 2006-2 loans, including the Jordan loan.

19. Upon information and belief, after plaintiff Gregory M. Jordan's loan transaction closed, Paul Financial sold the loan to Luminent. Thereafter, the loan was assigned to MAIA Mortgage Finance Statutory Trust, which later assigned the loan to Greenwich. The Jordan loan was then pooled with other adjustable rate loans and assigned to HSBC Bank as Trustee, for Luminent Trust 2006-2, as the nominal holder for the benefit of certificate holders.

20. HSBC Bank was not involved in any aspect of the origination, underwriting, or funding of the Jordan mortgage loan or any other loans made by Paul Financial. HSBC Bank was not involved in the drafting of any documents and was not involved in the closing of the Jordan loan. HSBC Bank did not otherwise provide assistance to Paul Financial in connection with the Jordan loan or the loans of any putative class members.

21. HSBC Bank's involvement with the Jordan loan is solely limited to its role as nominal Trustee of the Luminent 2006-2 Trust as set forth in the Pooling and Servicing Agreement. In addition, HSBC Bank, as Trustee, has never communicated with Paul Financial regarding the Jordan loan.

22. Upon review of HSBC Bank's computerized account records, HSBC Bank did not provide any financing to Paul Financial for any purpose, including to enable the origination of loans by Paul Financial; stated otherwise, HSBC Bank has not been a creditor of Paul Financial's for any purpose, including through a warehouse or other line of credit, and has not provided any funds to

Paul Financial for any purpose. Upon information and belief, HSBC Bank has never purchased or invested in mortgage loans funded by Paul Financial.

23. Upon information and belief, until this lawsuit was filed against HSBC Bank, as Trustee, HSBC Bank had no specific knowledge regarding the Jordan mortgage loan, including the origination of the loan or the allegations made by Jordan regarding the loan. Similarly, upon information and belief, until the above-captioned lawsuit was filed, HSBC Bank was not aware of legal claims made against Paul Financial in connection with the origination or servicing of Option ARM loans.

DECLARATION OF FERNANDO ACEBEDO     6     Case No. CV07-04496 SI

- 7 -

SIGNED UNDER PENALTY OF PERJURY THIS ____ DAY OF DECEMBER, 2008 AT NEW YORK, NEW YORK.

*[signature]*

Fernando Acebedo
Corporate Trust Administration and Program Manager
Corporate Trust Department
HSBC Bank USA, National Association