Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES**
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel: (510) 531-4529
Fax: (510) 531-4377

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>[*Assigned to the Hon. Susan Illston*]<br><br><u>CLASS ACTION</u><br><br>**SUBSTITUTION OF ATTORNEYS**<br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, GREGORY JORDAN, requests the following substitution:

**Former legal representatives:**
Lee A. Weiss, Esq.
Rebecca Tingey, Esq.
DREIER LLP
499 Park Avenue
New York, NY 10022
Phone: (212) 328-6100
Fax:   (212) 328-6101

**New legal representative:**
Jeffrey K. Berns, Esq.
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax:   (818) 867-4820

The party requesting the substitution is Plaintiff, GREGORY M. JORDAN.

I CONSENT TO THIS SUBSTITUTION:

Dated: January 2, 2009                     _/s/ Gregory M. Jordan_
                                            Plaintiff, GREGORY M. JORDAN

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: January 2, 2009                     _/s/ Lee Weiss_
                                            Lee A. Weiss, Esq.
                                            Rebecca Tingey, Esq.
                                            DREIER LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED:  January 2, 2009           **ARBOGAST & BERNS LLP**

                                  By:    _/s/ Jeffrey K. Berns_
                                         19510 Ventura Boulevard, Suite 200
                                         Tarzana, California 91356.
                                         Phone: (818) 961-2000
                                         Fax:   (818) 867-4820

                                         Attorneys for Plaintiff and all others Similarly Situated

-2-

Substitution of Attorneys - 3:07-cv-04496-SI

|     |                                    |
| --- | ---------------------------------- |
| 1   | **[PROPOSED] ORDER**               |
| 2   |                                    |
| 3   | Upon consideration of all the papers submitted in connection herewith, and good cause |
| 4   | appearing, the Substitution of Attorney is here by granted. |
| 5   | **IT IS SO ORDERED**               |
| 6   |                                    |
| 7   | Dated: _____, 2009    _____ |
| 8   | Hon. Susan Illston<br>District Court Judge |

-3-

Substitution of Attorneys - 3:07-cv-04496-SI