**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel:   (510) 531-4529
Fax:  (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (Admitted *Pro Hac Vice*)
lweiss@bwgfirm.com
Rebecca Tingey (Admitted *Pro Hac Vice*)
rtingey@bwgfirm.com
49 West 37th Street New
New York, New York 10018
Phone: (212) 354-4901
Fax:    (212) 354-4904

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITOL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>[*Assigned to the Hon. Susan Illston*]<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: February 13, 2009<br>Time:            3:00 p.m.<br>Place:           Courtroom 10<br>Judge:          Hon. Susan Illston<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

STIPULATION AND [PROPOSED] ORDER - 3:07-cv-04496-SI

| | |
|---|---|
| 1 | **STIPULATION** |

WHEREAS, a Further Case Management Conference is currently set for Friday, February 13, 2009;

WHEREAS, on February 2, 2009, John Christian, Tobin & Tobin, substituted in as counsel for Defendant Paul Financial LLC;

WHEREAS, Plaintiff intends to meet and confer with defense counsel concerning the filing of Plaintiff's proposed amended complaint and various discovery.

WHEREAS, on February 5, 2009, Plaintiff filed his Rule 56f motion. Defendants' opposition to Plaintiff's Rule 56f motion is due on February 12, 2009;

IT IS THEREFORE STIPULATED by and between Plaintiff and Defendants that, should the Court's schedule permit, the February 13th Further Case Management Conference be continued to March 20, 2009 at 3:00 p.m..

IT IS SO STIPULATED:

DATED: February 9, 2009

Respectfully submitted,
GREGORY M. JORDAN

By his attorneys,

/s/ David M. Arbogast
**ARBOGAST & BERNS LLP**
19510 Ventura Blvd., Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax: (818) 867-4820

*Attorneys for Plaintiff*

DATED: February 9, 2009

PAUL FINANCIAL LLC
By its attorneys,

 */s/ John Christian*
John Christian
Tobin & Tobin
500 Sansome Street
San Francisco, CA 94111
Phone: (415) 433-3883

///

///

-2-
STIPULATION AND [PROPOSED] ORDER - 3:07-cv-04496-SI

|   |   |   |
|---|---|---|
| 1 | DATED: February 9, 2009 | LUMINENT MORTGAGE TRUST 2006-2, and HSBC BANK USA, NATIONAL ASSOCIATION |
| 2 |   | By its attorneys, |

                                                                                         */s/ Irene C. Freidel*
                                                                                         Irene C. Freidel
                                                                                         **K & L GATES ELLIS LLP**
        One Lincoln Street
Boston, MA 02111-2950
Phone: (617) 951-9154
Fax:   (617) 261-3175

*Attorneys for Defendants*

# [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1.    The Case Management Conference currently set for February 13, 2009 is continued to Friday, March ~~20,~~ 27, 2009 at 3:00 p.m.

**IT IS SO ORDERED**

Dated: _____, 2009

                                               _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE