| | |
|---|---|
| 1 | **SMOGER & ASSOCIATES** |
| | Gerson H. Smoger (SBN 79196) |
| 2 | Gerson@texasinjurylaw.com |
| | Steven M. Bronson (SBN 246751) |
| 3 | steven.bronson@gmail.com |
| | 3175 Monterey Blvd |
| 4 | Oakland, CA, 94602-3560 |
| | Tel: (510) 531-4529 |
| 5 | Fax: (510) 531-4377 |

| | | |
|---|---|---|
| 6 | **BROWNE WOODS GEORGE LLP** | **ARBOGAST & BERNS LLP** |
| | Lee A. Weiss (Admitted *Pro Hac Vice*) | David M. Arbogast. Esq. (SBN 167571) |
| 7 | lweiss@bwgfirm.com | darbogast@law111.com |
| | Rebecca Tingey (Admitted *Pro Hac Vice*) | Jeffrey K. Berns, Esq. (SBN 131351) |
| 8 | rtingey@bwgfirm.com | jberns@jeffbernslaw.com |
| | 49 West 37th Street New | 19510 Ventura Boulevard, Suite 200 |
| 9 | New York, New York 10018 | Tarzana, California 91356 |
| | Phone: (310) 274-7100 | Phone: (818) 961-2000; Fax: (310) 861-1775 |
| 10 | Fax: (310) 275-5697 | |

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated, | **CASE NO. 3:07-cv-04496-SI** |
| Plaintiff, | [*Assigned to the Hon. Susan Illston*] |
| | <u>CLASS ACTION</u> |
| v. | |
| | **SUBSTITUTION OF ATTORNEY** |
| PAUL FINANCIAL, LLC, and DOES 1 through 10 inclusive, | |
| Defendants. | |
| | Complaint Filed: August 30, 2007 |
| | Trial Date: Not yet set. |

SUBSTITUTION OF ATTORNEY - 3:07-cv-04496-SI

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, GREGORY M. JORDAN requests the following substitution:

**Former legal representatives:**
Paul R. Kiesel, Esq.
Patrick DeBlase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

**New legal representatives:**
Jeffrey K. Berns, Esq.(SBN 131351)
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax: (818) 867-4820

The party requesting substitution is Plaintiff, GREGORY M. JORDAN.

I CONSENT TO THIS SUBSTITUTION:

Dated: January 29, 2009         /s/ *Gregory Jordan*
                                Plaintiff, GREGORY M. JORDAN

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: February 6, 2009         */s/Paul Kiesel*
                                Paul Kiesel
                                KIESEL BOUCHER LARSON LLP

Dated: February 6, 2009         */s/ Michael Eyerly*
                                Michael Eyerly
                                KIESEL BOUCHER LARSON LLP

Dated: February 6, 2009         */s/ Patrick DeBlase*
                                Patrick DeBlase
                                KIESEL BOUCHER LARSON LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

SUBSTITUTION OF ATTORNEY - 3:07-cv-04496-SI

| | | |
|---|---|---|
| 1 | DATED: February 11, 2009 | **ARBOGAST & BERNS LLP** |
| 2 | | |
| 3 | | By:    */s/ Jeffrey K. Berns*<br>19510 Ventura Boulevard, Suite 200 |
| 4 | | Tarzana, California 91356.<br>Phone: (818) 961-2000 |
| 5 | | Fax:   (818) 867-4820 |

Gerson H. Smoger, Esq.
Steven M. Bronson, Esq.
**SMOGER & ASSOCIATES, PC**
3175 Monterey Blvd
Oakland, CA 94602
Phone: (510) 531-4529
Fax:   (510) 531-4377

Lee A. Weiss, Esq.
Rebecca Tingey, Esq.
**BROWNE WOODS GEORGE LLP**
49 West 37th Street New
New York, New York 10018
Phone: (310) 274-7100
Fax:   (310) 275-5697

Christopher A. Seeger, Esq.
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Phone: (212) 584-0700

Jonathan Shub, Esq.
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax    (215) 851-8029

Attorneys for Plaintiff, GREGORY M. JORDAN, and all others Similarly Situated

**[PROPOSED] ORDER**

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2009

_____
Hon. Susan Illston
District Court Judge