**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Boulevard
Oakland, CA 94602-3560
Telephone: (510) 531-4529
Facsimile: (510) 531-4377

Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
49 West 37th Street
New York, NY 10018
Phone: (212) 354-4901
Fax: (212) 354-4904

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax (818) 867-4820

[*Additional counsel listed on signature page*]

Attorneys for Plaintiff Gregory M. Jordan and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C-07-04496-SI<br><br>[*Assigned to Hon. Susan Illston*]<br><br>**JOINT STIPULATION TO EXTEND DEADLINES FOR FILING SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEFS AND MOVE SUMMARY JUDGMENT HEARING AND CASE MANAGEMENT CONFERENCE** |

WHEREAS, in an Order dated March 11, 2009, the Court established the following deadlines regarding defendants' summary judgment motion:

- Plaintiff's opposition to defendants' summary judgment motion to be filed by March 27, 2009;
- Defendants' reply in support of summary judgment to be filed by April 3, 2009; and
- The hearing on defendants' motion on April 17, 2009 at 9:00 a.m;

WHEREAS, on March 13, 2009, the Clerk of the Court issued a notice moving the March 27, 2009 Case Management Conference to April 17, 2009 at 3:00 p.m.;

WHEREAS, several of plaintiff's counsel are unable to attend the hearing and Case Management Conference on April 17, 2009;

WHEREAS, plaintiff does not intend to pursue further discovery from defendants; however, plaintiff needs additional time to fully brief its opposition to defendants' motion;

WHEREAS, the parties propose that the above-referenced dates are extended as follows:

- Plaintiff's opposition to defendants' summary judgment motion to be filed by April 10, 2009;
- Defendants' reply in support of summary judgment to be filed by May 1, 2009; and
- The hearing on defendants' motion and Case Management Conference to be held on May 15, 2009

NOW THEREFORE, subject to Court approval, the parties hereby stipulate and agree that:

- Plaintiff's opposition to defendants' summary judgment motion will be filed on April 10, 2009;
- Defendants' reply in support of summary judgment will be filed on May 1, 2009; and
- The hearing on defendants' motion and Case Management Conference will be held on May 15, 2009. at 9:00 a.m. and 3:00 p.m., respectively.

1 | IT IS SO STIPULATED
2 |
3 | Dated: March 25, 2009      **BROWNE WOODS GEORGE LLP**

By: /s/ Lee A. Weiss
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
49 West 37th Street
New York, NY 10018
Phone: (212) 354-4901
Fax: (212) 354-4904

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
Steven.bronson@gmail.com
3175 Monterey Boulevard
Oakland, CA 94602-3560
Phone: (510) 531-4529
Fax: (510) 531-4377

**ARBOGAST & BERNS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
David M. Arbogast (SBN 167571)
darbogast@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Phone: (818) 961-2000
Fax (818) 867-4820

**SEEGER WEISS**
Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax: (215) 851-8029

*Attorneys for Plaintiff*

**K&L GATES LLP**

By: /s/ Irene C. Freidel
Irene C. Freidel
irene.freidel@klgates.com
Stacey L. Gorman
stacey.gorman@klgates.com
David D. Christensen
david.christensen@klgates.com
State Street Financial Center
One Lincoln Street

```
 1                                  Boston, MA 02111
                                    Telephone: 617-951-9154
 2                                  Facsimile: 617-261-3175

 3                              **K&L GATES LLP**
                                    Matthew G. Ball
 4                                  matthew.ball@klgates.com
                                    Rachel Chatman
 5                                  rachel.chatman@klgates.com
                                    4 Embarcadero Center, Suite 1200
 6                                  San Francisco, CA 94105-3493

 7                              *Attorneys for Defendants HSBC Bank USA,
                                National Association, as Trustee and Luminent
 8                              Mortgage Trust 2006-2*

 9                              **TOBIN & TOBIN**

10                              By: /s/ John Christian
                                    John Christian
11                                  jchristian@tobinlaw.com
                                    500 Sansome Street
12                                  San Francisco, CA 94111
                                    Telephone: 415-433-1400
13                                  Facsimile: 415-433-3883

14                              *Attorneys for Defendant Paul Financial LLC*
```

<!-- Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ Judge Susan Illston -->

| | |
|---|---|
| **SMOGER & ASSOCIATES**<br>Gerson H. Smoger (SBN 79196)<br>gerson@texasinjurylaw.com<br>Steven M. Bronson (SBN 246751)<br>steven.bronson@gmail.com<br>3175 Monterey Boulevard<br>Oakland, CA 94602-3560<br>Telephone: (510) 531-4529<br>Facsimile: (510) 531-4377 | |
| Lee A. Weiss (admitted *pro hac vice*)<br>lweiss@bwgfirm.com<br>Rebecca Tingey (admitted *pro hac vice*)<br>rtingey@bwgfirm.com<br>**BROWNE WOODS GEORGE LLP**<br>49 West 37th Street<br>New York, NY 10018<br>Phone: (212) 354-4901<br>Fax: (212) 354-4904 | David M. Arbogast (SBN 167571)<br>darbogast@law111.com<br>Jeffrey K. Berns (SBN 131351)<br>jberns@law111.com<br>**ARBOGAST & BERNS LLP**<br>19510 Ventura Boulevard, Suite 200<br>Tarzana, CA 91356<br>Phone: (818) 961-2000<br>Fax (818) 867-4820 |

[*Additional counsel listed on signature page*]

Attorneys for Plaintiff Gregory M. Jordan and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C-07-04496-SI<br><br>[*Assigned to Hon. Susan Illston*]<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO EXTEND DEADLINES FOR FILING SUMMARY JUDGMENT OPPOSITION AND REPLY BRIEFS AND MOVE SUMMARY JUDGMENT HEARING AND CASE MANAGEMENT CONFERENCE** |

1  The Court having considered the parties' Joint Stipulation to Extend Deadlines for Filing
2  Summary Judgment Opposition and Reply Briefs and Move Summary Judgment Hearing and
3  Case Management Conference, and good cause appearing therefor,
4     IT IS HEREBY ORDERED THAT the parties' Joint Stipulation is GRANTED.
5     IT IS FURTHER ORDERED THAT plaintiff shall file his opposition to summary
6  judgment by April 10, 2009; defendants shall file their reply in support of summary judgment by
7  May 1, 2009; and the hearing on defendants' motion and Case Management Conference will be
8  held on May 15, 2009 at 9:00 a.m.
9
10 PURSUANT TO STIPULATION, IT IS SO ORDERED
11
12 Dated: March __, 2009
                                                                                        Hon. Susan Illston
13                                                                                         United States District Judge

Browne Woods George LLP, 49 West 37th Street, New York, New York 10018