David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

*Attorneys for Plaintiff*

John P. Christian
Phillip R. Pollock
**TOBIN & TOBIN**
500 Sansome Street, Suite 800
San Francisco, CA 94111
Phone: (415) 433-1400; Fax: (415) 433-3883

*Attorneys for Defendants*,
PAUL FINANCIAL, LLC

Irene C. Freidel (Admitted *Pro Hac Vice*)
Irene.Freidel@klgates.com
**K & L GATES LLP**
One Lincoln Street
Boston, MA 02111
Phone: (617) 261-3100; Fax: (617) 261-3175

*Attorneys for Defendants*,
LUMINENT MORTGAGE TRUST 2006-2; and
HSBC BANK USA, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>CLASS ACTION<br><br>[*Assigned to the Hon. Susan Illston*]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR COMPLETION DATE**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

STIPULATION AND [PROPOSED] ORDER - 3:07-cv-04496-SI

1  WHEREAS, the ADR Completion Date in the above-caption matter is currently set for April 27, 2009.

2  WHEREAS, on April 2, 2009, counsel for Defendant PAUL FINANCIAL, John P. Christian of Tobin and Tobin, counsel for Defendants LUMINENT MORTGAGE TRUST 2006-2 and HSBC BANK USA, NATIONAL ASSOCIATION, Irene C. Freidel of K&L Gates LLP, and counsel for Plaintiff GREGORY JORDAN, David M. Arbogast of Arbogast & Berns LLP, attended a telephonic ADR Scheduling Conference with Robin W. Siefkin, Staff Attorney for the Northern District's ADR Program.

WHEREAS, pending before the Court is Defendants' Joint Motion for Summary Judgement which is set to be heard on May 15, 2009.

WHEREAS, the parties are in agreement that the ADR Completion Date should be continued until ninety (90) days after the Court rules on Defendants Joint Motion for Summary Judgment.

IT IS THEREFORE STIPULATED by and between Plaintiff and Defendants that the ADR Completion Date be continued from April 27, 2009 to ninety (90) days after the Court's ruling on Defendants Joint Motion for Summary Judgment.

IT IS SO STIPULATED:

DATED: April 7, 2009          **ARBOGAST & BERNS LLP**

                              By: ___/s/ David M. Arbogast___
                              David M. Arbogast
                              19510 Ventura Boulevard, Suite 200
                              Tarzana, California 91356
                              Phone: (818) 961-2000; Fax: (310) 861-1775

                              Attorneys for Plaintiff GREGORY M.
                              JORDAN and all others Similarly Situated


DATED: April 7, 2009          **TOBIN & TOBIN**

                              By: ___/s/ John P. Christian___
                              John P. Christian

                              Attorneys for Defendants
                              PAUL FINANCIAL LLC

| | | |
|---|---|---|
| 1 | DATED: April 7, 2009 | **K&L GATES LLP** |
| 2 | | By: _/s/ Irene C. Freidel_ |
| | | Irene C. Freidel |
| 3 | | |
| 4 | | Attorneys for Defendants |
| | | LUMINENT MORTGAGE TRUST 2006-2 |
| 5 | | and HSBC BANK USA, NATIONAL ASSOCIATION |

### [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Last Date for ADR completion currently set for April 27, 2009 is continued to ninety (90) days after the Court's ruling on Defendants Joint Motion for Summary Judgment.

**IT IS SO ORDERED**

Dated: _____, 2009

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE