LEE A. WEISS (admitted *pro hac vice*)
lweiss@bwgfirm.com
BROWNE WOODS GEORGE LLP
49 West 37th Street, 15th Floor
New York, New York 10018
Telephone: (212) 354-4901
Facsimile: (212) 354-4904

Attorneys for Plaintiff and all others similarly situated

IRENE C. FREIDEL (admitted *pro hac vice*)
irene.freidel@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant Paul Financial LLC

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL FINANCIAL LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV07-04496-SI<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S OBJECTIONS TO, AND NOTICES OF INTENTION TO MOVE TO STRIKE PORTIONS OF THE DECLARATIONS OF FERNANDO ACEBEDO, DENNIS TUSSEY AND RUSSELL NG**<br><br>Assigned to the Honorable:<br>Judge Susan Illston |

**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S OBJECTIONS TO, AND NOTICES OF INTENTION TO MOVE TO STRIKE PORTIONS OF THE DECLARATION OF FERNANDO ACEBEDO, DENNIS TUSSEY AND RUSSELL NG**

1

**Case No. CV07-04496-SI**

## JOINT STIPULATION TO ENLARGE TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-2 of the Local Rules for the United States District Court for the Northern District of California, the parties, by and through their undersigned counsel, hereby stipulate and agree that the time within which defendants Paul Financial LLC, Luminent Mortgage Trust 2006-2, and HSBC Bank USA, National Association may respond to plaintiff's Objections to and Notices of Intention to Move to Strike Portions of the Declarations of Fernando Acebedo, Dennis Tussey and Russell Ng is hereby enlarged up through and including May 1, 2009. In support thereof, the parties state as follows:

1. On April 10, 2009, plaintiff filed his Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion for Summary Judgment.

2. In connection with this Memorandum, plaintiff also filed Objections to and Notice of Intention to Move to Strike Portions of the Declaration of Fernando Acebedo, Objections to and Notice of Intention to Move to Strike Portions of the Declaration of Dennis Tussey, and Objections to and Notice of Intention to Move to Strike Portions of the Declaration of Russell Ng. On each of these Objections (collectively, the "Objections"), plaintiff indicated a hearing date of May 15, 2009, the same date of the hearing on defendants' Joint Motion for Summary Judgment.

3. To the extent that these Objections are deemed motions under the Federal Rules of Civil Procedure and the Local Rules, responses would be due on April 24, 2009, twenty-one (21) days before the hearing date. However, Reply Briefs to Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Joint Motion for Summary Judgment are due on May 1, 2009.

4.      To consolidate the filings in this matter, the parties agree and stipulate that the defendants shall have up to and including May 1, 2009 to file responses to the Objections.

5.      This stipulated enlargement of time will not alter the date of any event or any deadline already fixed by Court order.  Further, the parties anticipate that the Objections will be heard, if at all, at the hearing on May 15, 2009.

SO STIPULATED:

| Dated:  April 22, 2009 | By: /s/ _Irene C. Freidel_____<br><br>Irene C. Freidel (*pro hac vice*)<br>irene.freidel@klgates.com<br>Phoebe S. Winder (*pro hac vice*)<br>phoebe.winder@klgates.com<br>David D. Christensen (*pro hac vice*)<br>david.christensen@klgates.com<br>K&L GATES LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, Massachusetts 02111<br>Telephone:  (617) 261-3100<br>Facsimile:   (617) 261-3175<br><br>Matthew G. Ball (SBN No. 208881)<br>matthew.ball@klgates.com<br>K&L GATES LLP<br>55 Second Street, Suite 1700<br>San Francisco, California  94105-3493<br>Telephone: (415) 882-8200<br>Facsimile:  (415) 882-8220<br><br>Attorneys for Defendant HSBC National Association and Luminent Mortgage Trust 2006-2 |
|---|---|

**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S OBJECTIONS TO, AND NOTICES OF INTENTION TO MOVE TO STRIKE PORTIONS OF THE DECLARATION OF FERNANDO ACEBEDO, DENNIS TUSSEY AND RUSSELL NG**

3

**Case No. CV07-04496-SI**

| | | |
|---|---|---|
| Dated: April 22, 2009 | By: | /s/ _Lee A. Weiss_____<br><br>Lee A. Weiss (admitted *pro hac vice*)<br>lweiss@bwgfirm.com<br>Rebecca Tingey (admitted *pro hac vice*)<br>rtingey@bwgfirm.com<br>BROWNE WOODS GEORGE LLP<br>49 West 37th Street, 15th Floor<br>New York, New York 10018<br>Phone: (212) 354-4901<br>Fax: (212) 354-4904<br><br>David M. Arbogast (SBN 167571)<br>darbogast@law111.com<br>Jeffrey K. Berns, Esq. (SBN 131351)<br>jberns@jeffbernslaw.com<br>ARBOGAST & BERNS LLP<br>19510 Ventura Boulevard, Suite 200<br>Tarzana, California 91356<br>Phone: (818) 961-2000<br>Fax: (3818) 654-5988<br><br>Attorneys for Plaintiff Gregory Jordan |
| Dated: April 22, 2009 | By: | /s/ _John P. Christian_____<br>John P. Christian, Esq.<br>Tobin & Tobin<br>500 Sansome Street, 8th Floor<br>San Francisco, CA 94111<br>415-433-1400<br>415-772-9615 (direct dial)<br>415-433-3883 (fax)<br>www.tobinlaw.com (website<br>jchristian@tobinlaw.com (e-mail)<br><br>Attorney for Paul Financial LLC |

**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S OBJECTIONS TO, AND NOTICES OF INTENTION TO MOVE TO STRIKE PORTIONS OF THE DECLARATION OF FERNANDO ACEBEDO, DENNIS TUSSEY AND RUSSELL NG**

4

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

IT IS SO ORDERED

*/s/ Susan Illston*
Judge Susan Illston