**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    GREGORY M. JORDAN,                          No. C 07-04496 SI
9              Plaintiff,                        **ORDER VACATING HEARING**
10       v.
11   PAUL FINANCIAL, LLC, et al.,
12             Defendants.
13   _____/
14          Plaintiff has filed a motion for leave to file a third amended complaint.  This motion is scheduled
15   for hearing on May 11, 2009.  Pursuant to Civil Local Rule 7-1(b), the Court finds this matter
16   appropriate for resolution without oral argument and VACATES the hearing.  The Court will rule on
17   plaintiff's motion in conjunction with its decision on defendants' motion for summary judgment, which
18   remains on calendar for May 15, 2009.
19          **IT IS SO ORDERED.**
20
21   Dated: May 7, 2009
22                                               SUSAN ILLSTON
                                                 United States District Judge
23
24
25
26
27
28