1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    GREGORY M. JORDAN,                           No. C 07-04496 SI

9                 Plaintiff,                      **ORDER RE: ORAL ARGUMENT**

10      v.

11   PAUL FINANCIAL, LLC, et al.,

12                 Defendants.
                                            /
13

14         The Court directs the parties to be prepared to address the following questions at oral argument

15   on May 15, 2009:

16         1.      Of the TILA violations alleged by plaintiff, which are "material" for purposes of

17   triggering the three-year statute of limitations for rescission? *See* 12 C.F.R. § 226.23(a)(3) & n.48 and

18   12 C.F.R. Pt. 226, Supp. I ¶ 23(a)(3)(2).

19         2.      May a UCL claim be predicated on a TILA violation if the TILA violation is barred by

20   the statute of limitations? *See Silvas v. E*Trade Mortg. Corp.*, 514 F.3d 1001, 1007 n.3 (9th Cir. 2008);

21   *Cross v. Downey Savings and Loan Ass'n*, 2009 WL 481482 *4 (C.D. Cal. 2009).

22

23         **IT IS SO ORDERED.**

24

25   Dated: May 14, 2009

26                                               SUSAN ILLSTON
                                                 United States District Judge
27

28

United States District Court
For the Northern District of California