**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Boulevard
Oakland, CA 94602-3560
Telephone: (510) 531-4529
Facsimile: (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
49 West 37th Street
New York, NY 10018
Telephone: (212) 354-4901
Facsimile: (212) 354-4904

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Telephone: (818) 961-2000
Facsimile:  (818) 654-5988

Attorneys for Plaintiff Gregory M. Jordan and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 3:07-cv-04496-SI<br><br>*[Assigned to Hon. Susan Illston]*<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PERMISSION TO FILE NOTICE OF RECENT DECISION**<br><br>Complaint Filed:   August 30, 2007<br>Trial Date:           Not yet set |

|   |   |
|---|---|
| 1 | Having duly considered the papers submitted by counsel with respect to Plaintiff's Motion for Administrative Relief re Permission to File Notice of Recent Decision – *In re Tobacco II*, and good cause appearing therefor, this Court hereby GRANTS Plaintiff's request. |

**IT IS SO ORDERED.**

Dated: May 21, 2009.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE