David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

*Attorneys for Plaintiff*

John P. Christian  (SBN 111444)          Irene C. Freidel (Admitted *Pro Hac Vice*)
jchristian@tobinlaw.com                  Irene.Freidel@klgates.com
**TOBIN & TOBIN**                        **K& L GATES LLP**
500 Sansome Street                       One Lincoln Street
San Francisco, CA 94111                  Boston, MA  02111
Phone: (415) 433-3883                    Phone:  (617) 261-3100; Fax: (617) 261-3175

*Attorneys for Defendant,*               *Attorneys for Defendants,*
PAUL FINANCIAL, LLC                      HSBC BANK USA, NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| GREGORY M. JORDAN, individually and on behalf of all others similarly situated, | **CASE NO. 3:07-cv-04496-SI** |
| Plaintiff, | CLASS ACTION |
| | [*Assigned to the Hon. Susan Illston*] |
| v. | |
| PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| | Date:   June 26, 2009 |
| | Time:  3:00 p.m. |
| Defendants. | |
| | Complaint Filed: August 29, 2007 |
| | Trial Date: Not set yet. |

**STIPULATION**

WHEREAS, a Further Case Management Conference is currently set for Friday, June 26, 2009;

WHEREAS, on May 15, 2009, the Court took under submission, Defendants' Joint Motion for Summary Judgment and Plaintiff's Motion for Leave to File his Third Amended Complaint;

WHEREAS, the parties do not presently have any matters to address with the Court;

WHEREAS, counsel for Paul Financial has a pre-existing conflict on Friday, June 26, 2009, which requires him to be in Los Angeles on that day.

IT IS THEREFORE STIPULATED by and between Plaintiff and Defendants that, should the Court's schedule permit, the February, June 26th Further Case Management Conference be continued to Friday, July 24, 2009 at 3:00 p.m..

IT IS SO STIPULATED:

DATED: June 22, 2009

Respectfully submitted,
GREGORY M. JORDAN

By his attorneys,

*/s/ David M. Arbogast*
**ARBOGAST & BERNS LLP**
19510 Ventura Blvd., Suite 200
Tarzana, CA  91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

*Attorneys for Plaintiff*

DATED: June 22, 2009

PAUL FINANCIAL LLC
By its attorneys,

 */s/ John Christian*
John Christian
Tobin & Tobin
500 Sansome Street
San Francisco, CA 94111
Phone: (415) 433-3883

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER - 3:07-cv-04496-SI

1  DATED: June 22, 2009                    LUMINENT MORTGAGE TRUST 2006-2, and
                                           HSBC BANK USA, NATIONAL ASSOCIATION
2                                          By its attorneys,

3

4                                          _/s/ Irend C. Freidel_____
                                           Irene C. Freidel
                                           **K & L GATES ELLIS LLP**
5                                          One Lincoln Street
                                           Boston, MA  02111-2950
6                                          Phone: (617) 951-9154
                                           Fax:    (617) 261-3175
7

8
                                    **[PROPOSED] ORDER**
9
        Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED
10
that:
11
        1.      The Case Management Conference currently set for June 26, 2009 is continued to Friday,
12
July 24, 2009 at 3:00 p.m.
13
        **IT IS SO ORDERED**
14

15

16  Dated: _____, 2009
                                           _____
                                           HON. SUSAN ILLSTON
17                                         UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER - 3:07-cv-04496-SI