IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, on behalf of a putative class,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL FINANCIAL, LLC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 07-04496 SI<br><br>**SCHEDULING ORDER RE: AMENDED COMPLAINT** |

On July 1, 2009, this Court issued an order granting in part plaintiff's motion for leave to file a third amended complaint. If plaintiff wishes to file an amended complaint, he shall so do by **July 24, 2009**.

**IT IS SO ORDERED.**

Dated: July 15, 2009

SUSAN ILLSTON
United States District Judge