1  Gerson H. Smoger (SBN 79196)
   gerson@texasinjurylaw.com
2  Steven M. Bronson (SBN 246751)
   steven.bronson@gmail.com
3  **SMOGER & ASSOCIATES**
   3175 Monterey Boulevard
4  Oakland, CA 94602-3560
   Phone: (510) 531-4529
5  Fax: (510) 531-4377

6  Lee A. Weiss (admitted *pro hac vice*)   David M. Arbogast (SBN 167571)
   lweiss@bwgfirm.com                        darbogast@law111.com
7  Rebecca Tingey (admitted *pro hac vice*) Jeffrey K. Berns (SBN 131351)
   rtingey@bwgfirm.com                       jberns@law111.com
8  **BROWNE WOODS GEORGE LLP**              **ARBOGAST & BERNS LLP**
   49 West 37th Street, 15th Floor           19510 Ventura Boulevard, Suite 200
9  New York, NY 10018                        Tarzana, CA 91356
   Phone: (212) 354-4901                     Phone: (818) 961-2000
10 Fax: (212) 354-4904                       Fax: (818) 654-5988

11 [*Additional counsel listed on signature page*]

12 Attorneys for Plaintiff Gregory M. Jordan and all others similarly situated

13

14
                        UNITED STATES DISTRICT COURT
15
              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
16

17

| | |
|---|---|
| 18  GREGORY M. JORDAN, individually and on behalf of all others similarly situated, | CASE NO. C-07-04496-SI |
| 19 | [*Assigned to Hon. Susan Illston*] |
| 20  Plaintiff,<br>v. | |
| 21 | **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE JULY 29, 2009 CASE MANAGEMENT CONFERENCE TO AUGUST 18, 2009** |
| 22  PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive, | |
| 25  Defendants. | |

26

27

1   The Court having considered the parties' Joint Stipulation to Continue July 29, 2009 Case
2   Management Conference to August 18, 2009, and good cause appearing therefor,
3   IT IS HEREBY ORDERED THAT the parties' Joint Stipulation is GRANTED.
4   IT IS FURTHER ORDERED THAT the Case Management Conference is continued to
5   August 18, 2009 at ___10 a.m._____;
6   IT IS FURTHER ORDERED THAT the parties shall file their Case Management
7   Statement no later than August 11, 2009.
8   PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July ___, 2009   _____
                        Hon. Susan Illston
                        United States District Judge

[PROPOSED] ORDER
C-07-04496-SI