1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br><u>CLASS ACTION</u><br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' REQUEST TO FILE STATEMENT OF RECENT NINTH CIRCUIT DECISION -** *Yokoyama v. Midland Nat'l Life Ins. Co.*<br><br>Hearing Date: September 25, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

[PROPOSED] ORDER - 3:07-cv-04496-SI

| | |
|---|---|
| 1 | Having duly considered the papers submitted by counsel with respect to Plaintiffs' Request to File Statement of Recent Decision, and good cause appearing therefore, this Court hereby GRANTS Plaintiffs' request. |

**IT IS ORDERED**.

_____, 2009.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE