IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. JORDAN, on behalf of a putative class,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL FINANCIAL, LLC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 07-04496 SI<br><br>**ORDER RE: DEFENDANTS' MOTION FOR MODIFICATION AND MOTION TO STRIKE** |

On September 25, 2009, the Court heard argument on motions by defendants HSBC Bank USA, as Trustee and Luminent Mortgage Trust 2006-2 for an order of equitable modification of rescission procedures before trial (Docket No. 215) and for an order amending the Third Amended Complaint to eliminate class allegations (Docket No. 216). The motion for equitable modification is DENIED without prejudice. The motion to order amendment is DENIED as moot; the Fourth Amended Complaint has been filed pursuant to stipulation and order.

**IT IS SO ORDERED.**

Dated: October 6, 2009

                                                                       SUSAN ILLSTON<br>
                                                                       United States District Judge