Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
**SMOGER & ASSOCIATES**
3175 Monterey Boulevard
Oakland, California 94602-3560
Phone: (510) 531-4529
Fax:    (510) 531-4377

Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
**BROWNE WOODS GEORGE LLP**
49 West 37th Street, 15th Floor
New York, New York 10018
Phone: (212) 354-4901
Fax:    (212) 354-4904

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

[*Additional counsel listed on signature page*]

Attorneys for Plaintiffs and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C-07-04496-SI<br><br><u>CLASS ACTION</u><br><br>[*Assigned to Hon. Susan Illston*]<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION CONSENTING TO THE FILING OF PLAINTIFFS' FOURTH AMENDED COMPLAINT** |

1     The Court having considered the parties' Joint Stipulation Consenting to the Filing of
2 Plaintiffs' Fourth Amended Complaint, and good cause appearing therefor,
3     IT IS HEREBY ORDERED THAT the parties' Joint Stipulation is APPROVED.
4     IT IS FURTHER ORDERED THAT Plaintiffs' Fourth Amended Complaint is deemed
5 filed as of __10/2/09_____.
6     PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October ___, 2009

_____
Hon. Susan Illston
United States District Judge

[PROPOSED] ORDER
C-07-04496-SI