DAVID M. ARBOGAST (SBN 167571)
darbogast@law111.com
JEFFREY K. BERNS (SBN 131351)
jberns@law111.com
ARBOGAST & BERNS LLP
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Phone: (818) 961-2000
Fax: (818) 936-0232

Attorneys for Plaintiffs and all others similarly situated

IRENE C. FREIDEL (admitted *pro hac vice*)
irene.freidel@klgates.com
DAVID D. CHRISTENSEN (admitted *pro hac vice*)
david.christensen@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for Defendant HSBC Bank USA, N.A., as Trustee of Luminent Mortgage Trust 2006-2

[*Additional counsel listed on signature page*]

IT IS SO ORDERED
Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV07-04496-SI<br><br>**JOINT STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>Assigned to the Honorable:<br>Judge Susan Illston |

1
2 **JOINT STIPULATION TO ENLARGE TIME**
3  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 6-1(a) of the Local
4 Rules for the United States District Court for the Northern District of California, the parties, by and
5 through their undersigned counsel, hereby stipulate and agree that the time within which defendants
6 Paul Financial, LLC and HSBC Bank USA, N.A., as Trustee of Luminent Mortgage Trust 2006-2,
7 may move, answer, or otherwise respond to plaintiffs' Fourth Amended Complaint is hereby
8 enlarged up through and including November 2, 2009.  This stipulated enlargement of time will not
9 alter the date of any event or any deadline already fixed by Court order.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO ENLARGE TIME FOR
DEFENDANTS TO ANSWER, MOVE, OR
OTHERWISE RESPOND TO PLAINTIFFS'
FOURTH AMENDED COMPLAINT

2

Case No. CV07-04496-SI

SO STIPULATED:

Dated: October __7__, 2009    By:   */s/ Irene C. Freidel*
Irene C. Freidel (*pro hac vice*)
irene.freidel@klgates.com
David D. Christensen (*pro hac vice*)
david.christensen@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, Massachusetts 02111
Telephone:  (617) 261-3100
Facsimile:   (617) 261-3175

Matthew G. Ball (SBN No. 208881)
matthew.ball@klgates.com
Rachel Chatman (SBN No. 206775)
rachel.chatman@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94105-3493
T:  (415) 882-8200
F:  (415) 882-8220

Attorneys for Defendant HSBC Bank USA, N.A., as Trustee of Luminent Mortgage Trust 2006-2

Dated: October 7, 2009    By:    */s/ John Christian by permission*
John Christian
jchristian@tobinlaw.com
TOBIN & TOBIN
500 Sansome Street
San Francisco, CA 94111
Phone: (415) 433-1400
Fax: (415) 433-3883

Attorney for Defendant Paul Financial, LLC

| | | | |
|---|---|---|---|
| Dated: October 7, 2009 | | By: | /s/ *Jeffrey K. Berns by permission* |

David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
ARBOGAST & BERNS LLP
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax: (310) 861-1775

Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
SMOGER & ASSOCIATES
3175 Monterey Boulevard
Oakland, California 94602-3560
Phone: (510) 531-4529
Fax: (510) 531-4377

Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
BROWNE WOODS GEORGE LLP
49 West 37th Street, 15th Floor
New York, NY 10018
Phone: (212) 354-4901
Fax: (212) 354-4904

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax: (215) 851-8029

Attorneys for Plaintiffs and all others similarly situated