IT IS SO ORDERED
Judge Susan Illston

| | |
|---|---|
| Gerson H. Smoger (SBN 79196)<br>gerson@texasinjurylaw.com<br>Steven M. Bronson (SBN 246751)<br>steven.bronson@gmail.com<br>**SMOGER & ASSOCIATES**<br>3175 Monterey Boulevard<br>Oakland, California 94602-3560<br>Phone: (510) 531-4529<br>Fax:    (510) 531-4377 | |
| Lee A. Weiss (admitted *pro hac vice*)<br>lweiss@bwgfirm.com<br>Rebecca Tingey (admitted *pro hac vice*)<br>rtingey@bwgfirm.com<br>**BROWNE WOODS GEORGE LLP**<br>49 West 37th Street, 15th Floor<br>New York, New York 10018<br>Phone: (212) 354-4901<br>Fax:    (212) 354-4904 | David M. Arbogast (SBN 167571)<br>darbogast@law111.com<br>Jeffrey K. Berns (SBN 131351)<br>jberns@law111.com<br>**ARBOGAST & BERNS LLP**<br>6303 Owensmouth Avenue, 10th Floor<br>Woodland Hills, California 91367-2263<br>Phone: (818) 961-2000<br>Fax:    (818) 936-0232 |

[*Additional counsel listed on signature page*]

Attorneys for Plaintiffs and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | CASE NO. C-07-04496-SI<br><br>CLASS ACTION<br><br>[*Assigned to Hon. Susan Illston*]<br><br>**JOINT STIPULATION RE SERVICE OF SUMMONS AND FOURTH AMENDED COMPLAINT ON RBS FINANCIAL PRODUCTS, INC. AND BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

WHEREAS, on October 2, 2009, Plaintiffs filed a Fourth Amended Complaint ("FAC") that, among other things, added RBS Financial Products, Inc. ("RBS") as a defendant to this action;

WHEREAS, on October 9, 2009, the Clerk of the Court issued a summons to RBS;

WHEREAS, BuckleySandler LLP has agreed to accept service of the summons and FAC on behalf of RBS;

WHEREAS, counsel for RBS anticipates that it will file a motion to dismiss the FAC and the parties have agreed on a briefing schedule for the motion.

NOW THEREFORE, the parties hereby stipulate and agree that:

1. BuckleySandler LLP hereby accepts service of the summons and FAC on behalf of Defendant RBS;

2. RBS will file its motion to dismiss the FAC by December 2, 2009;

3. Plaintiffs will file their opposition to the motion to dismiss by January 6, 2010;

4. RBS will file its reply in further support of its motion to dismiss by January 27, 2010;

5. The motion to dismiss will be noticed for hearing on February 12, 2009 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated: October 20, 2009                **BROWNE WOODS GEORGE LLP**

By: s/ Lee A. Weiss
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
Rebecca Tingey (admitted *pro hac vice*)
rtingey@bwgfirm.com
49 West 37th Street, 15th Floor
New York, NY 10018
Phone: (212) 354-4901
Fax: (212) 354-4904

 - and –

Michael Bowse (SBN 189659)
mbowse@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067

|   |   |
|---|---|
| 1 | Phone: (310) 274-7100 |
| 2 | Fax: (310) 275-5697 |

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
Steven.bronson@gmail.com
3175 Monterey Boulevard
Oakland, CA 94602-3560
Phone: (510) 531-4529
Fax:  (510) 531-4377

**ARBOGAST & BERNS LLP**
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
David M. Arbogast (SBN 167571)
darbogast@law111.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

**SEEGER WEISS**
Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax: (215) 851-8029

*Attorneys for Plaintiffs*

**BUCKLEYSANDLER LLP**

By:____/s/ Richard Sahatjian
Richard Sahatjian (Bar No. 252442)
rsahatjian@buckleysandler.com
1801 Century Park East, Suite 2240
Los Angeles, CA 90067
Phone: (424) 203-1000
Fax: (424) 203-1019

Benjamin B. Klubes (*pro hac vice* application pending)
Caitlin M. Kasmar (*pro hac vice* application pending)
bklubes@buckleysandler.com
ckasmar@buckleysandler.com
1250 24th Street, NW Suite 700
Washington, DC 20037
Phone: (202) 349-8000
Fax: (202) 349-8080

*Attorneys for Defendant RBS Financial*

1 *Products, Inc.*