# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-04496-SI<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Caitlin M. Kasmar, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 1250 24th Street N.W., Suite 700, Washington, D.C. 20037, (202) 349.8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing RBS Financial Products, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____

_____
Hon. Susan Illston
United States District Judge