1 | RICHARD J. SAHATJIAN (SBN 252442)
rsahatjian@buckleysandler.com
2 | BUCKLEYSANDLER LLP
1801 Century Park East, Suite 2240
3 | Los Angeles, CA 90067
Telephone:  (424) 203-1000
4 | Facsimile:  (424) 203-1019

5 | BENJAMIN B. KLUBES (*pro hac vice* application pending)
bklubes@ buckleysandler.com
6 | CAITLIN M. KASMAR (*pro hac vice* application pending)
ckasmar@buckleysandler.com
7 | BUCKLEYSANDLER LLP
1250 24th Street, NW, Suite 700
8 | Washington, DC 20037
Telephone:  (202) 349-8000
9 | Facsimile:  (202) 349-8080

10 | *Attorneys for Defendant*
*RBS Financial Products Inc.*

11

12 | **UNITED STATES DISTRICT COURT**

13 | **NORTHERN DISTRICT OF CALIFORNIA**

14 | **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER, and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated, | CASE NO. 3:07-CV-04496-SI<br><br>CLASS ACTION |
| Plaintiff, | **[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC., and DOES 2 through 10 inclusive, | New CMC Date:   February 12, 2010; or<br>                          December 4, 2009<br>Time:               2:30 p.m.<br>Place:              Courtroom 10, 19th Floor<br>Judge:             Hon. Susan Illston |
| Defendants. | |

- 1 -

1    Having considered the Stipulation to Continue Case Management Conference filed by

2  Plaintiffs Gregory M. Jordan, Eli Goldhaber, and Josephina Goldhaber, and Defendants Paul

3  Financial, LLC, HSBC Bank USA, N.A., as trustee of Luminent Mortgage Trust 2006-2, and RBS

4  Financial Products, Inc., and good cause appearing therefor,

5    IT IS HEREBY ORDERED that the Case Management Conference currently scheduled to

6  occur on November 6, 2009, at 3:00 p.m., shall be continued to:

7    ☑    February 12, 2010, at 2:30 p.m.

8    ☐    December 4, 2009, at 2:30 p.m.

9

10    IT IS SO ORDERED.

11

12

13   Dated: _____          _____

                                            THE HONORABLE SUSAN ILLSTON
14                                          UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 2 -
_____
[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
*Jordan, et al. v. Paul Financial*, *et al.,* No. 3:07-CV-04496-SI