1 RICHARD J. SAHATJIAN (SBN 252442)
rsahatjian@buckleysandler.com
2 BUCKLEYSANDLER LLP
1801 Century Park East, Suite 2240
3 Los Angeles, CA 90067
Telephone: (424) 203-1000
4 Facsimile: (424) 203-1019

5 BENJAMIN B. KLUBES (admitted *pro hac vice*)
bklubes@ buckleysandler.com
6 BUCKLEYSANDLER LLP
1250 24th Street, NW, Suite 700
7 Washington, DC 20037
Telephone: (202) 349-8000
8 Facsimile: (202) 349-8080

9 *Attorneys for Defendant*
*RBS Financial Products Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER, and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC., and DOES 2 through 10 inclusive,<br><br>Defendants. | CASE NO. 3:07-CV-04496-SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE HEARING ON RBS'S MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>New Hearing Date: March 12, 2010<br>New CMC Date: March 12, 2010<br>New Hearing Time: 9:00 a.m.<br>New CMC Time: 2:30 p.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

Having considered the Stipulation to Continue Hearing on RBS's Motion to Dismiss (the "Hearing") and Case Management Conference ("CMC") filed by Plaintiffs Gregory M. Jordan, Eli Goldhaber, and Josephina Goldhaber, and Defendants Paul Financial, LLC, HSBC Bank USA, N.A., as trustee of Luminent Mortgage Trust 2006-2, and RBS Financial Products, Inc., and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Hearing currently scheduled to occur on February 12, 2010, at 9:00 a.m., shall be continued to March 12, 2010, at 9:00 a.m.; and

2. The CMC currently scheduled to occur on February 12, 2010, at 2:30 p.m., shall be continued to March 12, 2010, at ~~2:30 p.m.~~ 3 p.m.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE