1

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)

2

Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)

3

steven.bronson@gmail.com
3175 Monterey Blvd

4

Oakland, CA, 94602-3560
Phone: (510) 531-4529

5

Fax:     (510) 531-4377

6

7

**BROWNE WOODS GEORGE LLP**                    **ARBOGAST & BERNS LLP**
Lee A. Weiss (Admitted *Pro Hac Vice*)         David M. Arbogast (SBN 167571)

8

lweiss@bwgfirm.com                             darbogast@law111.com
Rebecca Tingey (Admitted *Pro Hac Vice*)       Jeffrey K. Berns, Esq. (SBN 131351)

9

rtingey@bwgfirm.com                            jberns@law111.com
49 West 37th Street, 15th Floor                6303 Owensmouth Ave., 10th Floor

10

New York, NY 10018                             Woodland Hills, CA 91367-2263
Phone: (212) 354-4901                          Phone: (818) 961-2000
Fax:     (212) 354-4904                        Fax:     (818) 936-0232

11

[*Additional counsel listed on signature page*]

12

Attorneys for Plaintiffs and all others Similarly Situated

13

**UNITED STATES DISTRICT COURT**

14

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

15

16

GREGORY M. JORDAN, ELI GOLDHABER     )    **CASE NO. 3:07-cv-04496-SI**
and JOSEPHINA GOLDHABER, individually )

17

and on behalf of all others similarly situated, )   CLASS ACTION
                                     )

18

        Plaintiffs,                  )
                                     )

19

                                     )    **STIPULATION AND [PROPOSED] ORDER**
                                     )    **TO CONTINUE CASE MANAGEMENT**

20

    v.                               )    **CONFERENCE FROM APRIL 29, 2010 TO**
                                     )    **MAY 21, 2010**

21

PAUL FINANCIAL, LLC, LUMINENT        )
MORTGAGE CAPITAL, INC., HSBC BANK    )

22

USA, N.A., AS TRUSTEE OF LUMINENT    )
MORTGAGE TRUST 2006-2, RBS           )

23

FINANCIAL PRODUCTS, INC. and DOES 2  )    Complaint Filed: August 30, 2007
through 10 inclusive,                )    Trial Date: Not set yet

24

                                     )

25

        Defendants.                  )
                                     )

26

_____ )

27

28

Stipulation and Order to Continue CMC - 3:07-cv-04496-SI

1    WHEREAS, a Further Case Management Conference is currently set for Friday, April 29,

2    2010;

3    WHEREAS, on March 12, 2010, the Court took under submission Defendant RBS

4    Financial Products, Inc.'s Motion to Dismiss; and

5    WHEREAS, as the Court has not yet ruled on RBS's Motion to Dismiss, the parties have

6    agreed that, subject to Court approval, the Further Case Management Conference should be continued

7    from April 29, 2010 to May 21, 2010.

8    NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that, subject

9    to Court approval, the Further Case Management Conference currently scheduled for April 29, 2010

10   should be continued to May 21, 2010 at 3:00 p.m.

11   IT IS SO STIPULATED.

12   DATED: April 27, 2010                    Respectfully submitted,
                                              GREGORY M. JORDAN, ELI GOLDHABER and
13                                            JOSEPHINA GOLDHABER

14                                            By their attorneys,

15                                            s/   David M. Arbogast

16                                            *Attorneys for Plaintiffs*

17   DATED: April 27, 2010                    PAUL FINANCIAL LLC
                                              By its attorneys,
18
                                              s/ John Christian
19                                            John Christian
                                              **TOBIN & TOBIN**
20                                            500 Sansome Street
                                              San Francisco, CA 94111
21                                            Phone: (415) 433-3883

22
     DATED: April 27, 2010                    LUMINENT MORTGAGE TRUST 2006-2, and
23                                            HSBC BANK USA, NATIONAL ASSOCIATION
                                              By its attorneys,
24
                                              s/ Irene C. Freidel
25                                            Irene C. Freidel
                                              **K & L GATES LLP**
26                                            One Lincoln Street
                                              Boston, MA  02111-2950
27                                            Phone: (617) 951-9154

28

i

1   DATED:   April 27, 2010                    RBS FINANCIAL PRODUCTS, INC.
                                               By its attorneys,
2

3                                                _s/ Benjamin B. Klubes_____
                                               Benjamin B. Klubes
                                               **BUCKLEY SANDLER LLP**
4                                              1250 24th Street, NW, Suite 700
                                               Washington, DC 20037
5                                              Phone: (202) 349-8000

6

7

8                              **[PROPOSED] ORDER**

9            Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY

10  ORDERED that:

11           1.      The Case Management Conference currently set for April 29, 2010 is continued to
                14
12  Friday, May ~~21,~~ 2010 at 3:00 p.m.

13           **IT IS SO ORDERED.**

14

15  Dated: April ___, 2010

16                                             _____
                                               HON. SUSAN ILLSTON
                                               UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue CMC - 3:07-cv-04496-SI