| | |
|---|---|
| 1 | **SMOGER & ASSOCIATES** |
| 2 | Gerson H. Smoger (SBN 79196) |
|   | Gerson@texasinjurylaw.com |
| 3 | Steven M. Bronson (SBN 246751) |
|   | steven.bronson@gmail.com |
| 4 | 3175 Monterey Blvd |
|   | Oakland, CA, 94602-3560 |
| 5 | Phone: (510) 531-4529 |
|   | Fax:    (510) 531-4377 |

| **BROWNE WOODS GEORGE LLP** | **ARBOGAST & BERNS LLP** |
|---|---|
| Lee A. Weiss (Admitted *Pro Hac Vice*) | David M. Arbogast (SBN 167571) |
| lweiss@bwgfirm.com | darbogast@law111.com |
| Rebecca Tingey (Admitted *Pro Hac Vice*) | Jeffrey K. Berns, Esq. (SBN 131351) |
| rtingey@bwgfirm.com | jberns@law111.com |
| 49 West 37th Street, 15th Floor | 6303 Owensmouth Ave., 10th Floor |
| New York, NY 10018 | Woodland Hills, CA 91367-2263 |
| Phone: (212) 354-4901 | Phone: (818) 961-2000 |
| Fax:    (212) 354-4904 | Fax:    (818) 936-0232 |

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and all others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM MAY 14, 2010 TO JUNE 11, 2010**<br><br>Complaint Filed: August 30, 2007<br>Trial Date: Not set yet |

---

Stipulation and Order to Continue CMC - 3:07-cv-04496-SI

1  WHEREAS, a Further Case Management Conference is currently set for Friday, May 14, 2010;

2  WHEREAS, on March 12, 2010, the Court took under submission Defendant RBS Financial Products, Inc.'s Motion to Dismiss; and

3  WHEREAS, as the Court has not yet ruled on RBS's Motion to Dismiss, the parties have agreed that, subject to Court approval, the Further Case Management Conference should be continued from May 14, 2010 to June 11, 2010.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that, subject to Court approval, the Further Case Management Conference currently scheduled for May 14, 2010 should be continued to June 11, 2010 at 3:00 p.m.

IT IS SO STIPULATED.

DATED: May 10, 2010

Respectfully submitted,
GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER

By their attorneys,

s/   David M. Arbogast

*Attorneys for Plaintiffs*

DATED: May 10, 2010

PAUL FINANCIAL LLC
By its attorneys,

s/   John Christian
John Christian
**TOBIN & TOBIN**
500 Sansome Street
San Francisco, CA 94111
Phone: (415) 433-3883

DATED: May 10, 2010

LUMINENT MORTGAGE TRUST 2006-2, and HSBC BANK USA, NATIONAL ASSOCIATION
By its attorneys,

s/   Irene C. Freidel
Irene C. Freidel
**K & L GATES LLP**
One Lincoln Street
Boston, MA  02111-2950
Phone: (617) 951-9154

i

Stipulation and Order to Continue CMC - 3:07-cv-04496-SI

| | |
|---|---|
| DATED:  May 10, 2010 | RBS FINANCIAL PRODUCTS, INC.<br>By its attorneys,<br><br>s/   Benjamin B. Klubes<br>Benjamin B. Klubes<br>**BUCKLEY SANDLER LLP**<br>1250 24th Street, NW, Suite 700<br>Washington, DC 20037<br>Phone: (202) 349-8000 |

### [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference currently set for May 14, 2010 is continued to Friday, June 11, 2010 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: May___, 2010

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE