**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Phone:  (510) 531-4529
Fax:     (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (Admitted *Pro Hac Vice*)
lweiss@bwgfirm.com
Rebecca Tingey (Admitted *Pro Hac Vice*)
rtingey@bwgfirm.com
49 West 37th Street, 15th Floor
New York, NY 10018
Phone: (212) 354-4901
Fax:     (212) 354-4904

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax:     (818) 936-0232

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and all others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 15, 2010 TO JULY 30, 2010**<br><br>Complaint Filed: August 30, 2007<br>Trial Date: Not set yet |

1        WHEREAS, a Further Case Management Conference is currently set for Tuesday, June

2   15, 2010 at 10:00 a.m.;

3        WHEREAS, on March 12, 2010, the Court took under submission Defendant RBS

4   Financial Products, Inc.'s Motion to Dismiss; and

5        WHEREAS, as the Court has not yet ruled on RBS's Motion to Dismiss, the parties have

6   agreed that, subject to Court approval, the Further Case Management Conference should be continued

7   from Tuesday, June 15, 2010 to Friday, July 30, 2010.

8        NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that, subject

9   to Court approval, the Further Case Management Conference currently scheduled for June 15, 2010

10  should be continued to July 30, 2010 at 3:00 p.m.

11  IT IS SO STIPULATED.

12
13  DATED: June 10, 2010                          Respectfully submitted,

14                                                GREGORY M. JORDAN, ELI GOLDHABER and
                                                  JOSEPHINA GOLDHABER

15                                                    By their attorneys,

16                                                    s/   David M. Arbogast

17                                                    *Attorneys for Plaintiffs*

18  DATED: June 10, 2010                          PAUL FINANCIAL LLC
                                                  By its attorneys,
19
20                                                    s/ John Christian
                                                  John Christian
21                                                **TOBIN & TOBIN**
                                                  500 Sansome Street
22                                                San Francisco, CA 94111
                                                  Phone: (415) 433-3883

23
24  DATED: June 10, 2010                          LUMINENT MORTGAGE TRUST 2006-2, and
                                                  HSBC BANK USA, NATIONAL ASSOCIATION
25                                                By its attorneys,

26                                                    s/ Irene C. Freidel
                                                  Irene C. Freidel
27                                                **K & L GATES LLP**
                                                  One Lincoln Street
28                                                Boston, MA  02111-2950
                                                  Phone: (617) 951-9154

i

1

2

DATED:   June 10, 2010                         RBS FINANCIAL PRODUCTS, INC.
                                               By its attorneys,

3
                                                   s/   Benjamin B. Klubes
4                                              Benjamin B. Klubes
                                               **BUCKLEY SANDLER LLP**
5                                              1250 24th Street, NW, Suite 700
                                               Washington, DC 20037
6                                              Phone: (202) 349-8000

7

8
                              **[PROPOSED] ORDER**
9
            Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY
10
ORDERED that:
11
            1.      The Case Management Conference currently set for June 15, 2010 is continued to
12
Friday, July 30, 2010 at 3:00 p.m.
13
            **IT IS SO ORDERED.**
14

15

16   Dated: June ___, 2010

                                               _____
                                               HON. SUSAN ILLSTON
17                                             UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

ii