1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>　　　　　　　Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>[*Assigned to the Hon. Susan Illston*, Ctrm. 10]<br><br><u>CLASS ACTION</u><br><br>**PROPOSED ORDER GRANTING PLAINTIFFS' REQUEST TO FILE STATEMENT OF RECENT DECISIONS -** *Brooks, et al. v. ComUnity Lending, Inc.* **(***RBS Financial Products, Inc.***),** *et al.* **and** *Shroyer v. New Cingular Wireless Services, Inc.*<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

[PROPOSED] ORDER - 3:07-cv-04496-SI

1 | Having duly considered the papers submitted by counsel with respect to Plaintiffs' Request to
2 | File Statement of Recent Decisions, and good cause appearing therefore, this Court hereby GRANTS
3 | Plaintiffs' request.
4 | **IT IS SO ORDERED**.
5 |
6 | _____, 2010.
7 | HONORABLE SUSAN ILLSTON
   | UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER - 3:07-cv-04496-SI

1