1  RICHARD J. SAHATJIAN (SBN 252442)
   rsahatjian@buckleysandler.com
2  BUCKLEYSANDLER LLP
   1801 Century Park East, Suite 2240
3  Los Angeles, CA 90067
   Telephone: (424) 203-1000
4  Facsimile: (424) 203-1019

5  BENJAMIN B. KLUBES (admitted *pro hac vice*)
   bklubes@buckleysandler.com
6  MICHELLE L. ROGERS (admitted *pro hac vice*)
   mrogers@buckleysandler.com
7  BUCKLEYSANDLER LLP
   1250 24th Street, NW, Suite 700
8  Washington, DC 20037
   Telephone: (202) 349-8000
9  Facsimile: (202) 349-8080

10 *Attorneys for Defendant*
   *RBS Financial Products Inc.*
11
   *[Additional counsel listed on signature page]*
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16
   GREGORY M. JORDAN, ELI GOLDHABER,            Case No. 3:07-CV-04496-SI
17 and JOSEPHINA GOLDHABER, individually
   and on behalf of all others similarly situated, CLASS ACTION
18
                  Plaintiffs,                    Hon. Susan Illston
19
        v.                                       **STIPULATION AND [PROPOSED] ORDER
20                                               TO CONTINUE CASE MANAGEMENT
   PAUL FINANCIAL, LLC, LUMINENT                 CONFERENCE FROM JULY 30, 2010 TO
21 MORTGAGE CAPITAL, INC., HSBC BANK             SEPTEMBER 24, 2010**
   USA, N.A., As Trustee of Luminent Mortgage
22 Trust 2006-2, RBS FINANCIAL PRODUCTS,
   INC., and DOES 2 through 10 inclusive,
23
                  Defendants.
24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
*Jordan et al. v. Paul Financial, LLC, et al.*, No. 3:07-CV-04496-SI

1 WHEREAS, a Further Case Management Conference is currently set for Friday, July 30, 2010 at 3:00 p.m.;

2 WHEREAS, on March 12, 2010, the Court took under submission Defendant RBS Financial Products, Inc.'s Motion to Dismiss; and

3 WHEREAS, as the Court has not yet ruled on RBS's Motion to Dismiss, the parties have agreed that, subject to Court approval, the Further Case Management Conference should be continued from Friday, July 30, 2010 to Friday, September 24, 2010.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that, subject to Court approval, the Further Case Management Conference currently scheduled for July 30, 2010 should be continued to September 24, 2010 at 3:00 p.m.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 27, 2010   RBS FINANCIAL PRODUCTS INC.

By Its Attorneys

/s/ Richard J. Sahatjian
Richard J. Sahatjian
**BUCKLEY SANDLER LLP**
1801 Century Park East, Ste. 2240
Los Angeles, CA 90067
Phone: (424) 203-1000

Dated: July 27, 2010   GREGORY M. JORDAN, ELI GOLDHABER AND JOSEPHINA GOLDHABER

By Their Attorneys

/s/ Lee A. Weiss
Lee A. Weiss
**BROWNEWOODS GEORGE LLP**
49 West 37th Street
New York, NY 10018
Phone: (212) 354-4901

Dated: July 27, 2010                PAUL FINANCIAL LLC

                                          By Its Attorneys,

                                          /s/ John Christian
                                          John Christian
                                          **TOBIN & TOBIN**
                                          500 Sansome Street
                                          San Francisco, CA 94111
                                          Phone: (415) 433-3883

Dated: July 27, 2010                LUMINENT MORTGAGE TRUST 2006-2, and
                                          HSBC BANK USA, NATIONAL ASSOCIATION

                                          By Its Attorneys,

                                          /s/ Irene C. Freidel
                                          Irene C. Freidel
                                          **K & L GATES LLP**
                                          One Lincoln Street
                                          Boston, MA 02111-2950
                                          Phone: (617) 951-9154

### [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference currently set for July 30, 2010 is continued to Friday, September 24, 2010 at 3:00 p.m.

**IT IS SO ORDERED.**

Date: _____   _____
                                              Hon. Susan Illston
                                              United States District Judge
                                              Northern District of California

## CERTIFICATE OF SERVICE

I certify that on July 27, 2010, I caused a true and correct copy of STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JULY 30, 2010 TO SEPTEMBER 24, 2010 to be served upon counsel of record via the Court's ECF system.

By: /s/ Richard J. Sahatjian
RICHARD J. SAHATJIAN