# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>　　　　　　　　Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>[*Assigned to the Hon. Susan Illston*, Ctrm. 10]<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE STATEMENT OF RECENT NINTH CIRCUIT DECISION -** *Ralston v. Mortgage Investors Group, Inc., et al.*<br><br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

1  Having duly considered the papers submitted by counsel with respect to Plaintiffs' Request to
2  File Statement of Recent Decision - *Ralston v. Mortgage Investors Group, Inc., et al.*, No.
3  5:08-cv-00536-JF (PVT) (Dkt. No. 152) (N.D. Cal. Aug. 12, 2010), and good cause appearing therefore,
4  this Court hereby GRANTS Plaintiffs' request.

**IT IS SO ORDERED**.

_____, 2010.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE