1
2
3
4
5
6
7
8

9                    **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

11

12  GREGORY M. JORDAN, ELI GOLDHABER )   **CASE NO. 3:07-cv-04496-SI**
    and JOSEPHINA GOLDHABER, individually )
13  and on behalf of all others similarly situated, )   [*Assigned to the Hon. Susan Illston*, Ctrm. 10]
                                          )
14                Plaintiffs,             )   CLASS ACTION
                                          )
15                                        )
         v.                               )   **ORDER GRANTING PLAINTIFFS'**
16                                        )   **REQUEST TO FILE STATEMENT OF**
                                          )   **RECENT DECISION -** *Amparan v. Plaza Home*
17  PAUL FINANCIAL, LLC, LUMINENT         )   *Mortgage, Inc., et al.*
    MORTGAGE CAPITAL, INC., HSBC BANK     )
18  USA, N.A., AS TRUSTEE OF LUMINENT     )
    MORTGAGE TRUST 2006-2, RBS            )
19  FINANCIAL PRODUCTS, INC. and DOES 2   )
    through 10 inclusive,                 )
20                                        )
                  Defendants.             )
21                                        )   Complaint Filed: August 29, 2007
                                          )   Trial Date: Not set yet.
22  ─────────────────────────────────────  )

23
24
25
26
27
28

---

Order Granting Plaintiffs' Request to File Statement of Recent Decision - 3:07-cv-04496-SI

1  Having duly considered the papers submitted by counsel with respect to Plaintiffs' Request to
2  File Statement of Recent Decision - *Amparan v. Plaza Home Mortgage, Inc., et al.*, No. 5:07-cv-04498-
3  JF (PVT) (Dkt. No. 1164) (N.D. Cal. Sept. 23, 2010), and good cause appearing therefore, this Court
4  hereby GRANTS Plaintiffs' request.

5  **IT IS SO ORDERED**.

7  _____, 2010.                                  _____
                                                          HONORABLE SUSAN ILLSTON
8                                                         UNITED STATES DISTRICT JUDGE