RICHARD J. SAHATJIAN (Bar No. 252442)
BUCKLEYSANDLER LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone:  (424) 203-1000
Facsimile:  (424) 203-1019
Email:  rsahatjian@buckleysandler.com

BENJAMIN B. KLUBES (Admitted *Pro Hac Vice*)
MICHELLE L. ROGERS (Admitted *Pro Hac Vice*)
BUCKLEYSANDLER LLP
1250 24th Street, NW, Suite 700
Washington, DC 20037
Telephone:  (202) 349-8000
Facsimile:  (202) 349-8080
Email:  bklubes@buckleysandler.com
        mrogers@buckleysandler.com

*Attorneys for RBS Financial Products Inc.*

\*\* *Additional Parties To Stipulation Listed Below*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>PAUL FINANCIAL, LLC., *et al.*,<br><br>Defendants. | Case No. 3:07-cv-04496-SI<br>CLASS ACTION<br><br>**STIPULATION TO ADD DEFENDANTS RBS FINANCIAL PRODUCTS INC. AND HSBC BANK USA, NATIONAL ASSOCIATION, TO THE STIPULATED PROTECTIVE ORDER AND [PROPOSED] ORDER**<br><br>Hon. Susan Illston |

1. WHEREAS, the parties to this case agreed upon, and the Court entered, a Stipulated Protective Order ("Protective Order") on May 9, 2008 (s*ee* Docket No. 42); and

2. WHEREAS, on May 14, 2008, after the entry of the Protective Order, Plaintiffs filed their Second Amended Complaint (*see* Docket No. 49) adding HSBC Bank USA, National Association ("HSBC"), as a defendant to this litigation; and

3. WHEREAS, on October 7, 2009, Plaintiffs filed their Fourth Amended Complaint (*see* Docket No. 237) adding RBS Financial Products Inc. ("RBS"), as a defendant to this litigation; and

4. WHEREAS, the parties to the Protective Order, RBS and HSBC agree that the Protective Order should apply equally to RBS and HSBC, and in the same manner as it does the other parties to this case;

NOW THEREFORE, RBS and HSBC are each deemed to be a party to the Protective Order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 20, 2010        RBS FINANCIAL PRODUCTS INC.

/s/ Richard J. Sahatjian
Richard J. Sahatjian
**BUCKLEY SANDLER LLP**
1801 Century Park East, Ste. 2240
Los Angeles, CA 90067

Dated:  December 20, 2010       GREGORY M. JORDAN, ELI GOLDHABER AND JOSEPHINA GOLDHABER

/s/ Lee A. Weiss
Lee A. Weiss
**BROWNEWOODS GEORGE LLP**
1 Liberty Plaza
Suite 2329
New York, New York 10006

David M. Arbogast, Esq.
Jeffrey K. Berns, Esq.
**ARBOGAST & BERNS LLP**
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367

|   |   |
|---|---|
| 1 |   |
| 2 | Gerson H. Smoger, Esq.<br>Steven Michael Bronson, Esq. |
| 3 | **SMOGER & ASSOCIATES, P.C.**<br>3175 Monterey Boulevard, Suite #3 |
| 4 | Oakland, CA 94602 |
| 5 |   |
| 6 | James Mark Moore, Esq.<br>**SPIRO MOSS LLP** |
| 7 | 11377 West Olympic Boulevard, 5th Floor<br>Los Angeles, CA 90064 |
| 8 |   |
| 9 | Jonathan Shub, Esq.<br>Chrstopher A. Seeger, Esq. |
| 10 | **SEEGER WEISS LLP**<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 91902 |

Dated:  December 20, 2010          PAUL FINANCIAL LLC

/s/ John Christian
John Christian
**TOBIN & TOBIN**
500 Sansome Street
San Francisco, CA 94111

Dated:  December 20, 2010          HSBC BANK USA, NATIONAL ASSOCIATION

/s/ Irene C. Freidel
Irene C. Freidel
**K & L GATES LLP**
One Lincoln Street
Boston, MA 02111

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____          _____
                               Hon. Susan Illston
                               United States District Judge

## CERTIFICATE OF SERVICE

I certify that on December 20, 2010, I caused a true and correct copy of STIPULATION TO ADD DEFENDANTS RBS FINANCIAL PRODUCTS INC. AND HSBC BANK USA, NATIONAL ASSOCIATION, TO THE STIPULATED PROTECTIVE ORDER AND [PROPOSED] ORDER to be served upon counsel of record via the Court's ECF system.

By: /s/ Richard J. Sahatjian
RICHARD J. SAHATJIAN