| | |
|---|---|
| 1 | **SMOGER & ASSOCIATES** |
| | Gerson H. Smoger (SBN 79196) |
| 2 | gerson@texasinjurylaw.com |
| | Steven M. Bronson (SBN 246751) |
| 3 | steven.bronson@gmail.com |
| | 3175 Monterey Boulevard |
| 4 | Oakland, California 94602-3560 |
| | Phone: (510) 531-4529 |
| 5 | Fax:    (510) 531-4377 |

**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Boulevard
Oakland, California 94602-3560
Phone: (510) 531-4529
Fax:    (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (admitted *pro hac vice*)
lweiss@bwgfirm.com
1 Liberty Plaza, Suite 2329
New York, New York 10018
Phone: (212) 354-4901
Fax:    (212) 354-4904

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

[*Additional counsel listed on signature page*]

Attorneys for Plaintiffs and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated, | CASE NO. C-07-04496-SI |
| | CLASS ACTION |
| Plaintiffs, | [*Assigned to Hon. Susan Illston*] |
| v. | **[PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION HEARING FROM MARCH 25, 2011 TO MAY 20, 2011** |
| PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive, | |
| Defendants. | |

1

## [PROPOSED] ORDER

2

3      Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY

4  ORDERED that:

5      1.   The Class Certification hearing currently set for March 25, 2011 at 9:00 a.m. is

6  continued to May 20, 2011 at 9:00 a.m.

7      **IT IS SO ORDERED.**

8

Dated: January ___, 2011

9
      _____
      HON. SUSAN ILLSTON
10    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

267870_1.DOC                                    1        [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION
                                                          HEARING FROM MARCH 25, 2011 TO MAY 20, 2011
                                                          C-07-04496-SI