*IT IS SO ORDERED*
/s/ Susan Illston
Judge Susan Illston

1  LEAH R. MOSNER (SBN 266645)
   BUCKLEYSANDLER LLP
2  100 Wilshire Boulevard, Suite 1000
   Santa Monica, CA 90401
3  Telephone: (424) 203-1000
4  Facsimile: (424) 203-1019
   Email: lmosner@buckleysandler.com
5
   BENJAMIN B. KLUBES (Admitted *Pro Hac Vice*)
6  MICHELLE L. ROGERS (Admitted *Pro Hac Vice*)
   BUCKLEYSANDLER LLP
7  1250 24th Street, NW, Suite 700
8  Washington, DC 20037
   Telephone: (202) 349-8000
9  Facsimile: (202) 349-8080
   Email: bklubes@buckleysandler.com
10          mrogers@buckleysandler.com

*Attorneys for RBS Financial Products Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> PAUL FINANCIAL, LLC., *et al.*, <br><br> Defendants. | Case No. 3:07-cv-04496-SI <br> CLASS ACTION <br><br> **RBS FINANCIAL PRODUCTS INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** <br><br> Hon. Susan Illston |

---

NOTICE OF SUBSTITUTION OF COUNSEL
*Jordan v. Paul Financial, LLC.*, *et al.*, No. 3:07-cv-04496-SI

1 | PLEASE TAKE NOTICE of the following substitution of counsel for RBS Financial Products Inc., effective immediately:

| **Former Legal Representative** | **New Legal Representative** |
|---|---|
| Richard J. Sahatjian (SBN 252442) | Leah R. Mosner (SBN 266645) |
| BuckleySandler LLP | BuckleySandler LLP |
| 100 Wilshire Boulevard, Suite 1000 | 100 Wilshire Boulevard, Suite 1000 |
| Santa Monica, CA 90401 | Santa Monica, CA 90401 |
| Telephone: 424-203-1000 | Telephone: 424-203-1000 |
| Facsimile: 424-203-1019 | Facsimile: 424-203-1019 |
| Email: rsahatjian@buckleysandler.com | Email: lmosner@buckleysandler.com |

All other counsel for RBS Financial Products Inc. remain unchanged.

                              Respectfully submitted,

                              BUCKLEYSANDLER LLP

Dated: April 12, 2011        By:   /s/ Richard J. Sahatjian
                                               Richard J. Sahatjian (SBN 252442)

Dated: April 12, 2011        By:   /s/ Leah R. Mosner
                                               Leah R. Mosner (SBN 266645)

                                               -and-

                                               Benjamin B. Klubes (admitted *pro hac vice*)
                                               Michelle L. Rogers (admitted *pro hac vice*)

                                               *Attorneys for RBS Financial Products Inc.*

**CERTIFICATE OF SERVICE**

I certify that on April 12, 2011, I caused a true and correct copy of RBS FINANCIAL PRODUCTS INC.'S NOTICE OF SUBSTITUTION OF COUNSEL to be served upon counsel of record via the Court's ECF system.

By: /s/ Leah R. Mosner
LEAH R. MOSNER