1 | **K&L GATES LLP**
MATTHEW G. BALL (SBN No. 208881)
matthew.ball@klgates.com
RACHEL CHATMAN (SBN No. 206775)
rachel.chatman@klgates.com
4 Embarcadero Center, Suite 1200
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

**K&L GATES LLP**
IRENE C. FREIDEL (*pro hac vice*)
irene.freidel@klgates.com
DAVID D. CHRISTENSEN (*pro hac vice*)
david.christensen@klgates.com
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Phone: (617) 261-3100
Fax:    (617) 261-3175

Attorneys for Defendants HSBC Bank USA,
National Association and Luminent Mortgage
Trust 2006-2

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | CASE NO. C-07-04496-SI<br><br>CLASS ACTION<br><br>[*Assigned to Hon. Susan Illston*]<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE CLASS CERTIFICATION AND SUMMARY JUDGMENT HEARINGS** |

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The Class Certification hearing currently set for May 20, 2011 at 9:00 a.m. is continued to June 17, 2011 at 9:00 a.m.;

2. The hearing on RBS Financial Products, Inc.'s motion for summary judgment currently set for May 13, 2011 at 9:00 a.m. is continued to June 10, 2011 at 9:00 a.m.; and

3. The hearing on HSBC Bank USA, N.A., as Trustee's motion for summary judgment will be set for June 17, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April _14_, 2011

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE