1   **K&L GATES LLP**
    MATTHEW G. BALL (SBN NO. 208881)
2   matthew.ball@klgates.com
    RACHEL CHATMAN (SBN No. 206775)
3   rachel.chatman@klgates.com
    4 Embarcadero Center, Suite 1200
4   San Francisco, California  94105-3493
    Telephone:  (415) 882-8200
5   Facsimile:  (415) 882-8220

6   **K&L GATES LLP**
    IRENE C. FREIDEL (*pro hac vice*)
7   irene.freidel@klgates.com
    DAVID D. CHRISTENSEN (*pro hac vice*)
8   david.christensen@klgates.com
    State Street Financial Center
9   One Lincoln Street
    Boston, MA 02111
10  Phone: (617) 261-3100
    Fax:    (617) 261-3175
11
    Attorneys for Defendants HSBC Bank USA,
12  National Association and Luminent Mortgage
    Trust 2006-2
13  [*Additional counsel listed on signature page*]

14

15              **UNITED STATES DISTRICT COURT**

16      **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

17
    GREGORY M. JORDAN, ELI GOLDHABER          CASE NO. C-07-04496-SI
18  and JOSEPHINA GOLDHABER, individually
    and on behalf of all others similarly situated,   CLASS ACTION
19
                    Plaintiffs,              [*Assigned to Hon. Susan Illston*]
20
            v.                               **[PROPOSED] ORDER TO CONTINUE
21                                           CLASS CERTIFICATION AND
    PAUL FINANCIAL, LLC, LUMINENT            SUMMARY JUDGMENT HEARINGS**
22  MORTGAGE CAPITAL, INC., LUMINENT
    MORTGAGE TRUST 2006-2, HSBC
23  NATIONAL ASSOCIATION, RBS
    FINANCIAL PRODUCTS, INC. and DOES 2
24  through 10 inclusive,

25                  Defendants.

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Joint Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1.      The Class Certification hearing currently set for May 20, 2011 at 9:00 a.m. is continued to June 17, 2011 at 9:00 a.m.;

2.      The hearing on RBS Financial Products, Inc.'s motion for summary judgment currently set for May 13, 2011 at 9:00 a.m. is continued to June 17, 2011 at 9:00 a.m.; and

3.      The hearing on HSBC Bank USA, N.A., as Trustee's motion for summary judgment will be set for June 17, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April  14, 2011                 _____
                                       HON. SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE