**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Blvd
Oakland, California 94602-3560
Tel.: (510) 531-4529
Fax: (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (Admitted *Pro Hac Vice*)
lweiss@bwgfirm.com
626 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 222-2900
Fax: (516) 977-0263

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Tel.: (818) 961-2000
Fax: (818) 936-0232

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,

Defendants.

**CASE NO. 3:07-cv-04496-SI**

CLASS ACTION

**PLAINTIFFS' MOTION TO SHORTEN TIME ON MOTION FOR STAY OR, IN THE ALTERNATIVE, MOTION FOR CONTINUANCE PURSUANT TO RULE 56(d) AND LOCAL RULE 6-3**

Hearing Date: T.B.D.
Time: T.B.D.
Place: Courtroom 10
Judge: Hon. Susan Illston

Complaint Filed: August 29, 2007
Trial Date: Not set yet.

**NOTICE OF MOTION AND MOTION FOR ORDER TO SHORTEN TIME**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that at such time and date to be determined by the Court, Plaintiffs ELI and JOSEPHINE GOLDHABER ("Plaintiffs") will and hereby do move, pursuant to Civil Local Rule 6-3, for an order shortening time, to permit Plaintiffs' Motion for Stay or, in the Alternative, Motion for Continuance Pursuant to Rule 56(d) and Local Rule 6-3 ("Motion to Stay") to be considered and decided by the Court no later than June 17, 2011, with defendant RBS Financial Products, Inc's (Defendant") opposition to the Motion to Stay to be filed and served by no later than May 27, 2011 and Plaintiffs' reply to be filed and served by no later than June 3, 2011.

The Motion to Stay seeks to stay the case, or in the alternative, to continue the class certification and summary judgment hearings currently set for June 17, 2011 to August 5, 2011 at 9:30 a.m., so that Plaintiffs' pending Motion to Reopen Bankruptcy Case, and related matters, currently pending before the Honorable Richard M. Neiter, presiding, in the matter of *In Re Eli Goldhaber, Josephine Goldhaber*, 2:10-BK-20052-RN, United States Bankruptcy Court, Central District California - Los Angeles Division, can be resolved before completion of briefing and hearings on Plaintiffs' motion for class certification and Defendant's motion for summary judgment.

This motion is brought pursuant to Civil Local Rule 6-3, and is based on this notice, the accompanying memorandum of points and authorities, the Declaration of David M. Arbogast, and the complete files and records in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Civil Local Rule 6-3, Plaintiffs Eli and Josephina Goldhaber ("Plaintiffs") hereby submit this Motion to Shorten Time ("Motion") on their Motion to Stay or to continue the hearings on Plaintiffs' Motion for Class Certification and Defendant RBS's Motion for Summary Judgment, currently set to be heard on June 17, 2011. Plaintiffs respectfully request that this Court grant this Motion and issue an order providing that Plaintiffs' Motion to Stay be calendared for consideration on June 17, 2011. In the absence of the requested relief, Plaintiffs' Motion to Stay could not be heard prior to the May 20, 2011 deadline for Plaintiffs' opposition to Defendant RBS's Motion for Summary Judgment or the June 3, 2011 deadline for Plaintiffs' Reply to Defendant RBS's opposition to Plaintiffs' Motion for Class Certification.

This Motion concerns Plaintiffs' Motion to Stay (which is filed herewith). Plaintiffs' Motion to Stay requests that the Court continue the hearing on Plaintiffs Motion for Class Certification and Defendant RBS's Motion for Summary Judgment to August 5, 2011, approximately 45 days from the current date. In the Motion to Stay, Plaintiffs request that this Court stay or, in the alternative, continue the hearings on the motions on two grounds: (1) to allow Judge Neiter time to hear and decide Plaintiffs' Motion to Reopen Bankruptcy Case and (2) to provide the Trustee of the Estate adequate time to seek approval from the Bankruptcy Court of the Stipulation permitting the Goldhabers to pursue this action as Class representatives on behalf of the Trustee and to the benefit of the bankruptcy estate.

Under the applicable Local Rules, the earliest date that the Motion to Stay could be calendared without leave of court is June 24, 2011, which would be 6 days after the date the Motions are currently set to be heard and more than 30 days after Plaintiffs would otherwise be required to file their opposition to RBS's Motion for Summary Judgment, and 21 days after Plaintiffs would otherwise be required to file their reply to RBS's opposition to Plaintiffs' Motion for Class Certification. Plaintiffs would be substantially prejudiced by this result, since they would be required to file their papers even though (a) Judge Neiter will likely grant their Motion to Reopen Bankruptcy Case and approve of the Stipulation rendering RBS's arguments on the issue of standing moot and (b) the current hearing date for the motions set for June 17 does not provide Judge Neiter, the Trustee, and the Goldhabers adequate time to complete the ministerial functions necessary to correct the schedules of assets in the Bankruptcy Court.

Thus, ample reason exists to shorten the time on the Motion to Stay so that it can be calendared for consideration on June 17, 2011, with RBS's opposition to be filed and served no later than May 27, 2011, and Plaintiffs' reply to be filed and served no later than June 3, 2011.

As further described in the accompanying Declaration of David M. Arbogast ("Arbogast Decl."), Plaintiffs unsuccessfully sought to obtain a stipulation to the requested time change from Defendant RBS. Arbogast Decl. at ¶ 21.

**CONCLUSION**

For all the foregoing reasons, and the reasons set forth in the Declaration of David M. Arbogast, this Court should grant Plaintiffs' Motion to Shorten Time.

DATED: May 16, 2011

**ARBOGAST & BERNS LLP**

By: *<u>/s/ David M. Arbogast</u>*

David M. Arbogast
Jeffrey K. Berns
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel.: (818) 961-2000
Fax: (818) 936-0232

**SMOGER & ASSOCIATES**
Gerson H. Smoger
Steven M. Bronson
3175 Monterey Blvd
Oakland, CA 94602
Tel.: (510) 531-4529
Fax: (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (Admitted *Pro Hac Vice*)
626 RXR Plaza
Uniondale, New York 11556
Tel.: (516) 222-2900
Fax: (516) 977-0263

and

Michael A. Bowse (SBN 189659)
mbowse@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel.: (310) 274-7100
Fax: (310) 275-5697

/ / /

Christopher A. Seeger
(*Admitted Pro Hac Vice*)
cseeger@seegerweiss.com
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.: (212) 584-0700
Fax: (212) 584-0799

and

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Tel.: (215) 564-2300
Fax: (215) 851-8029

**SPIRO MOSS LLP**
J. Mark Moore (SBN 180473)
mark@spiromoss.com
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Tel.: (310) 235-2468
Fax: (310) 235-2456

Attorneys for Plaintiffs GREGORY M. JORDAN, and ELI and JOSEPHINA GOLDHABER and the Proposed Class