**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Blvd
Oakland, California  94602-3560
Tel.:  (510) 531-4529
Fax:  (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (Admitted *Pro Hac Vice*)
lweiss@bwgfirm.com
626 RXR Plaza
Uniondale, New York  11556
Tel.:  (516) 222-2900
Fax:  (516) 977-0263

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California  91367-2263
Tel.:  (818) 961-2000
Fax:  (818) 936-0232

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>[*Assigned to the Hon. Susan Illston*]<br><br><u>CLASS ACTION</u><br><br>**STATEMENT OF RECENT DECISION OF BANKRUPTCY COURT: ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTORS AUTHORIZING DEBTORS TO PROSECUTE, ON BEHALF OF THE BANKRUPTCY ESTATE, CERTAIN PRE-PETITION CLAIMS**<br><br>Complaint Filed:  August 29, 2007<br>Trial Date:  Not set yet. |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 25, 2011, the Honorable Richard M. Neiter entered the Order Approving Stipulation Between Chapter 7 Trustee and Debtors Authorizing Debtors to Prosecute, on Behalf of the Bankruptcy Estate, Certain Pre-petition Claims ("Order Approving Stipulation") in the matter of *In Re Eli Goldhaber - Josephine Goldhaber* ("*In re Goldhaber*"), 2:10-BK-20052-RN, United States Bankruptcy Court, Central District California - Los Angeles Division.  A true and correct copy of the Order Approving Stipulation is attached hereto as Exhibit 1.

Respectfully submitted,

DATED:  May 31, 2011       **ARBOGAST & BERNS LLP**

By:  */s/ David M. Arbogast*
David M. Arbogast
Jeffrey K. Berns
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Tel.:  (818) 961-2000
Fax:  (818) 936-0232

**SMOGER & ASSOCIATES**
Gerson H. Smoger
Steven M. Bronson
3175 Monterey Blvd
Oakland, CA  94602
Tel.:  (510) 531-4529
Fax:  (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss  (Admitted *Pro Hac Vice*)
626 RXR Plaza
Uniondale, New York 11556
Tel.:  (516) 222-2900
Fax:  (516) 977-0263

  and

Michael A. Bowse (SBN 189659)
mbowse@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel.:  (310) 274-7100
Fax:  (310) 275-5697

/ / /

/ / /

Statement of Recent Decision of Bankruptcy Court - Order re Stipulation - 3:07-cv-04496-SI

Christopher A. Seeger
(*Admitted Pro Hac Vice*)
cseeger@seegerweiss.com
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.:  (212) 584-0700
Fax:  (212) 584-0799

  and

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Tel.:  (215) 564-2300
Fax:  (215) 851-8029

**SPIRO MOSS LLP**
J. Mark Moore (SBN 180473)
mark@spiromoss.com
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Tel.:  (310) 235-2468
Fax:  (310) 235-2456

Attorneys for Plaintiffs GREGORY M. JORDAN, and ELI and JOSEPHINA GOLDHABER and the Proposed Class

Christopher A. Seeger
(*Admitted Pro Hac Vice*)
cseeger@seegerweiss.com
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
Tel.:  (212) 584-0700
Fax:  (212) 584-0799

  and

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Tel.:  (215) 564-2300
Fax:  (215) 851-8029

**SPIRO MOSS LLP**
J. Mark Moore (SBN 180473)
mark@spiromoss.com
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Tel.:  (310) 235-2468
Fax:  (310) 235-2456

Attorneys for Plaintiffs GREGORY M. JORDAN, and ELI and JOSEPHINA GOLDHABER and the Proposed Class

# EXHIBIT NO. 1

**EXHIBIT 1**

**SAPERSTEIN LAW FIRM**
Israel Saperstein (SBN 84471)
3828 Carson Street, Suite 102
Torrance, CA 90503
is@sapersteinlawfirm.com

Attorneys for: Eli Goldhaber and
Josephine Goldhaber

FILED & ENTERED

MAY 25 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mai       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>ELI GOLDHABER<br><br>JOSEPHINE GOLDHABER<br><br><br>Debtor(s) | Case No. 2:10-BK-20052-RN<br><br>**Chapter 7**<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTORS AUTHORIZING DEBTORS TO PROSECUTE, ON BEHALF OF THE BANKRUPTCY ESTATE, CERTAIN PRE-PETITION CLAIMS**<br><br>Date:       none unless ordered by court<br>Time:      none unless ordered by court<br>Courtroom: 1645<br>Judge:     Hon. Richard M. Neiter |

The above entitled court (the "**Court**") (1) having entered an order reopening the above captioned case (the "**Case**") on May 17, 2011 so Eli Goldhaber and Josephine Goldhaber ("**Debtors**") can work with and on behalf of a reappointed trustee ("**Trustee**") to prosecute an unadministered prepetition claim for the benefit of Debtors' bankruptcy estate, (2) having provided in such order that a motion for the Court's approval of a stipulation between the Trustee and the Debtors for such prosecution "may be brought to the Court on an emergency *ex parte* basis, with limited notice by overnight mail or other overnight delivery upon the U.S. trustee and the Chapter 7 trustee and the Debtors," and (3) having considered the "Stipulation Between

1

2       Chapter 7 Trustee and Debtors to Prosecute, on Behalf of the Bankruptcy Estate, Certain Pre-Petition Claims," executed on or about May 18, 2011 (the "**Stipulation**") and (4) having considered Debtors' *Ex Parte* Motion for an Order approving the Stipulation, and good cause appearing therefor,

      **IT IS ORDERED AS FOLLOWS:**

      1. The Stipulation is hereby approved by the Court.

      2. Debtors are hereby delegated and granted authority and standing to prosecute, on behalf of the Debtors' Estate subject to exemption rights, the Debtors' claims as pleaded in that certain class action lawsuit pending in the United States District Court for the Northern District of California in the lawsuit entitled *Gregory M. Jordan, et al. v. Paul Financial, LLC, et al.* and assigned docket No. C 07-04496 SI, which was referenced in the Stipulation as the "**Class Action Suit.**"

### 

DATED: May 25, 2011

_____
United States Bankruptcy Judge

2:10-BK-20052-RN      2

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTORS AUTHORIZING DEBTORS TO PROSECUTE, ON BEHALF OF THE BANKRUPTCY ESTATE, CERTAIN PRE-PETITION CLAIMS -PETTION CLAIMS**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**SAPERSTEIN LAW FIRM, 3828 Carson Street, Suite 102, Torrance, CA 90503**

A true and correct copy of the foregoing document described as **ORDER GRANTING JOINT DEBTORS' EMERGENCY *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE SO DEBTORS CAN PROSECUTE A PREPETITION CLAIM FOR THE BENEFIT OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **May    , 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**OVERNIGHT EXPRESS SERVICE:**

| The Honorable Richard Neiter<br>U.S. Bankruptcy Court<br>Roybal Federal Building<br>255 E. Temple Street, Suite 1652<br>Los Angeles, CA 90012-3332 | Elissa D. Miller, former Ch. 7 Trustee<br>SulmeyerKupetz<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071 | United States Trustee<br>725 South Figueroa Street<br>26th Floor<br>Los Angeles, CA 90017 |
|---|---|---|

**(This is served with limited notice pursuant to order of Hon. Richard Neiter entered May 17, 2011)**
☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | Israel Saperstein | */s/Israel Saperstein* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING JOINT DEBTORS' EMERGENCY *EX PARTE* MOTION TO REOPEN BANKRUPTCY CASE SO DEBTORS CAN PROSECUTE A PREPETITION CLAIM FOR THE BENEFIT OF THE ESTATE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May    , 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Michael H Colmenares    mhcandrmt@aol.com, solucioneslegale@aol.com
- Elissa Miller (TR)    CA71@ecfcbis.com, MillerTrustee@Sulmeyerlaw.com;emiller@ecf.epiqsystems.com
- Israel Saperstein    is@sapersteinlawfirm.com, is@sapersteinlawfirm.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la@usdoj.gov
- Matthew Heyn    mheyn@ktbslaw.com

☐ Service Information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.