**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Phone:  (510) 531-4529
Fax:      (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (Admitted *Pro Hac Vice*)
lweiss@bwgfirm.com
626 RXR Plaza
Uniondale, New York  11556
Tel.:  (516) 222-2900
Fax:  (516) 977-0263

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367-2263
Phone: (818) 961-2000
Fax:     (818) 936-0232

[*Additional counsel listed on signature page*]
Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANT RBS FINANCIAL PRODUCTS, INC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Current Date:     June 24, 2011<br>Requested Date: August 12, 2011<br>Time:                  9:00 a.m.<br>Place:                 Courtroom 10<br>Judge:                Hon. Susan Illston<br><br>Complaint Filed: August 30, 2007<br>Trial Date: Not set yet |

Case 3:07-cv-04496-SI   Document 371   Filed 06/22/11   Page 2 of 4

**STIPULATION**

1. WHEREAS, Plaintiffs filed their Motion for Class Certification on March 18, 2011. (Dkt. No. 315.)

2. WHEREAS, on April 7, 2011, Defendant RBS FINANCIAL PRODUCTS, INC. ("RBS") filed a Motion for Summary Judgement seeking dismissal of Plaintiffs' Eli and Josephina Goldhaber's (the "Goldhabers") claims.

3. WHEREAS, on April 15, 2011, this Court continued the hearings on the pending Motions to June 17, 2011. *See* Order to Continue Class Certification and Summary Judgment Hearings. (Dkt. No. 338.)

4. WHEREAS, on May 13, 2011, pursuant to a stipulation among the parties, RBS filed its opposition to Plaintiffs' Motion for Class Certification. Dkt. No. 345.

4. WHEREAS, on May 17, 2011, Plaintiffs filed a motion for order shortening time re motion to stay.

5. WHEREAS, on May 18, 2011, Plaintiffs filed an Emergency Administrative Motion to Continue Briefing and Hearing Dates on Plaintiffs' Motion for Class Certification and Defendant RBS Financial Products, Inc.'s Motion for Summary Judgment ("Emergency Ex Parte Application").

7. WHEREAS, on May 20, 2011, the Court issued its order re Plaintiffs Emergency Ex Parte Application. The order continued the hearings on the motions from June 17, 2011 to June 24, 2011.

8. WHEREAS, on June 3, 2011, Plaintiffs filed their opposition to Defendant RBS's motion for summary judgment. Dkt. No. 357.

9. WHEREAS, on June 10, 2011, Defendant RBS's filed its reply to Plaintiffs' opposition to RBS's motion for summary judgment. Dkt. No. 357.

9. WHEREAS, on June 10, 2011, Plaintiffs filed their reply to Defendant RBS's opposition to Plaintiffs motion for class certification. Dkt. No. 364.

10. WHEREAS, as of June 10, 2011, Plaintiffs motion for class certification and Defendant RBS's motion for summary judgment is fully briefed pending oral argument currently set for June 24, 2011.

10. WHEREAS, Lead Counsel Gerson Smoger is in trial and will not be available to argue the motions until the end of July, at the earliest.

11. WHEREAS, on June 18, 2011, Lead Counsel David M. Arbogast, who was prepared to argue the motions on June 24, 2011 was diagnosed with pneumonia and is unavailable to argue the motions as currently scheduled.

12. WHEREAS, Mr. Arbogast is expected to recover from pneumonia within 3 weeks.

13. WHEREAS, Counsel for the remaining Defendants have agreed that August 12, 2011 would be an agreeable date if the Court is inclined to grant this request.

13. WHEREAS, Plaintiffs will be prejudiced if Mr. Arbogast is not allowed to argue the motions.  Mr. Arbogast has coordinated and lead this litigation since its inception on August 30, 2007 and thus, good cause exists to continue the hearing on the motions for a period of 3-4 weeks so as to allow Mr. Arbogast to recover from pneumonia and prepare for and attend the hearings on the motions.

IT IS THEREFORE STIPULATED by and between Plaintiffs and Defendants that, should the Court's schedule permit, the hearings on the motions currently set for June 24, 2011 be continued to Friday, August 12, 2011 at 9 a.m.

IT IS SO STIPULATED:

DATED: June 22, 2009

Respectfully submitted,
GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER

By their attorneys,

*/s/Jeffrey K. Berns*
Jeffrey K. Berns

*Attorneys for Plaintiffs*

DATED: June 22, 2009

PAUL FINANCIAL LLC
By its attorneys,

 */s/   John Christian*
John Christian
Tobin & Tobin
500 Sansome Street
San Francisco, CA 94111
Phone: (415) 433-3883

| | |
|---|---|
| DATED: June 22, 2009 | LUMINENT MORTGAGE TRUST 2006-2, and HSBC BANK USA, NATIONAL ASSOCIATION<br>By its attorneys, |
| | /s/ Irene C. Friedel<br>Irene C. Freidel<br>**K & L GATES ELLIS LLP**<br>One Lincoln Street<br>Boston, MA  02111-2950<br>Phone: (617) 951-9154<br>Fax:    (617) 261-3175 |
| DATED:   June 22, 2009 | RBS FINANCIAL PRODUCTS, INC.<br>By its attorneys, |
| | /s/ Benjamin B. Klubes<br>Benjamin B. Klubes<br>BUCKLEY SANDLER LLP<br>1250 24th Street, NW, Suite 700<br>Washington, DC 20037<br>Telephone: (202) 349-8000 |

## [PROPOSED] ORDER

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

1. The hearings on Plaintiffs motion for class certification and Defendant RBS's motion for summary judgment, currently set for hearing on June 24, 2011, be continued to Friday, August 12, 2011 at 9:00 a.m.

**IT IS SO ORDERED**

Dated: __6/21___, 2011

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE