**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
Gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Blvd
Oakland, CA, 94602-3560
Tel:  (510) 531-4529
Fax: (510) 531-4377

**BROWNE WOODS GEORGE LLP**
Lee A. Weiss (Admitted *Pro Hac Vice*)
lweiss@bwgfirm.com
626 RXR Plaza
Uniondale, New York  11556
Tel.: (516) 222-2900
Fax: (516) 977-0263

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California  91367-2263
Tel.: (818) 961-2000
Fax: (818) 936-0232

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | **CASE NO. 3:07-cv-04496-SI**<br><br>*[Assigned to the Hon. Susan Illston]*<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date: June 24, 2011<br>Time:           9:00 a.m.<br>Place:          Courtroom 10<br>Judge:         Hon. Susan Illston<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

The Court having considered Plaintiffs' Administrative Motion to File Documents under Seal, and for good cause appearing therefore, IT IS HEREBY ORDERED THAT the Motion is GRANTED;

IT IS FURTHER ORDERED THAT, good cause having been shown, the following materials will be maintained under seal:

    A.    Declaration of Jeffrey K. Berns Submitted Under Seal;

    B.    **Exhibit 1** to the Declaration of Jeffrey K. Berns:

- excerpts of the deposition of Craig Eckes;

    B.    **Exhibit 2** to the Declaration of Jeffrey K. Berns:

- Paul Financial LLC's Underwriting Guidelines for Alt-A Pay Option MTA ARMs (Bates No. RBS-JOR3-0005998-0006014); and

    C.    *Unredacted* Memorandum of Points and Authorities in Opposition to Defendant RBS Financial Products, Inc.'s Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    6/22   , 2011

*/s/ Susan Illston*
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE