1  LEAH MOSNER (Bar No. 266645)
   BUCKLEYSANDLER LLP
2  100 Wilshire Boulevard, Suite 1000
3  Santa Monica, CA 90401
   Telephone:  (424) 203-1000
4  Facsimile:  (424) 203-1019
   Email:  lmosner@buckleysandler.com
5
6  BENJAMIN B. KLUBES (Admitted *Pro Hac Vice*)
   MICHELLE L. ROGERS (Admitted *Pro Hac Vice*)
7  BUCKLEYSANDLER LLP
   1250 24th Street, NW, Suite 700
8  Washington, DC 20037
   Telephone:  (202) 349-8000
9  Facsimile:  (202) 349-8080
   Email:  bklubes@buckleysandler.com
10         mrogers@buckleysandler.com
11
   *Attorneys for Defendant RBS Financial Products Inc.*
12

13                     **UNITED STATES DISTRICT COURT**

14                     **NORTHERN DISTRICT OF CALIFORNIA**

15                           **SAN FRANCISCO DIVISION**

16
   | GREGORY M. JORDAN, *et al.*, | Case No. 3:07-CV-04496-SI |
17 | | |
   | Plaintiffs, | CLASS ACTION |
18 | | |
   | v. | Hon. Susan Illston |
19 | | |
   | PAUL FINANCIAL, LLC, *et al.*, | **RBS FINANCIAL PRODUCTS INC.'S REQUEST FOR PERMISSION TO APPEAR AT STATUS CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER** |
20 | | |
   | Defendants. | |

Defendant RBS Financial Products Inc. ("RBS") hereby submits this request for permission from the Court for counsel Benjamin B. Klubes to appear at the Status Conference currently scheduled for July 13, 2011 at 2:00pm, by telephone rather than in person, with good cause shown as follows:

1. RBS's counsel, Benjamin B. Klubes, is a resident of Washington, DC.
2. It would be unduly burdensome and costly for Mr. Klubes to travel to San Francisco, California, for the Status Conference.
3. The telephonic appearance of RBS's counsel will not prejudice any party and will not hamper the efficient running of the Status Conference.
4. Therefore, RBS respectfully requests leave to allow its counsel to appear at the Status Conference via telephone.

Dated: July 12, 2011    Respectfully submitted,

**BUCKLEYSANDLER LLP**

By:  /s/ *Leah Mosner*
LEAH MOSNER (SBN 266645)
-and-
BENJAMIN B. KLUBES (admitted *pro hac vice*)

*Attorneys for Defendant*
*RBS Financial Products Inc.*

**IT IS SO ORDERED.**

Attorney Benjamin B. Klubes may appear at the parties' July 13, 2011 Status Conference by telephone.

Date:

Hon. Susan Illston
United States District Judge
Northern District of California

---

REQUEST FOR PERMISSION TO APPEAR AT STATUS CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER
*Jordan v. Paul Financial, LLC, et al.*, No. 3:07-CV-04496-SI