**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Boulevard
Oakland, California 94602-3560
Phone: (510) 531-4529
Fax:    (510) 531-4377

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

Attorneys for Plaintiffs and all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated, | CASE NO. C-07-04496-SI |
| | CLASS ACTION |
| Plaintiffs, | [*Assigned to Hon. Susan Illston*] |
| v. | ~~[PROPOSED]~~ **ORDER SETTING CLASS CERTIFICATION AND SUMMARY JUDGMENT HEARINGS FOR NOVEMBER 18, 2011** |
| PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive, | |
| Defendants. | |

1

**[PROPOSED] ORDER**

2

3      Pursuant to Plaintiffs' Status Report Re Bankruptcy Court Ruling on Motion to Approve

4   Settlement and for good cause shown,

5      IT IS HEREBY ORDERED that the hearings on Plaintiffs' Motion for Class Certification

6   and RBS Financial Products, Inc.'s Motion for Summary Judgment are set for November 18, December 2

7   2011 at 9:00 a.m.

8      **IT IS SO ORDERED.**

9

10  Dated: October ___, 2011                    _____

11                                              HON. SUSAN ILLSTON
                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED] ORDER SETTING CLASS CERTIFICATION AND
SUMMARY JUDGMENT HEARINGS FOR NOV. 18, 2011
C-07-04496-SI