**SMOGER & ASSOCIATES**
Gerson H. Smoger (SBN 79196)
gerson@texasinjurylaw.com
Steven M. Bronson (SBN 246751)
steven.bronson@gmail.com
3175 Monterey Boulevard
Oakland, California 94602-3560
Phone: (510) 531-4529
Fax:    (510) 531-4377

**ARBOGAST & BERNS LLP**
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
jberns@law111.com
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, California 91367-2263
Phone: (818) 961-2000
Fax:    (818) 936-0232

Attorneys for Plaintiffs and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., LUMINENT MORTGAGE TRUST 2006-2, HSBC NATIONAL ASSOCIATION, RBS FINANCIAL PRODUCTS, INC. and DOES 2 through 10 inclusive,<br><br>Defendants. | CASE NO. C-07-04496-SI<br><br>CLASS ACTION<br><br>[*Assigned to Hon. Susan Illston*]<br><br>**[PROPOSED] ORDER SETTING CLASS CERTIFICATION AND SUMMARY JUDGMENT HEARINGS FOR NOVEMBER 18, 2011** |

1 | **[PROPOSED] ORDER**

Pursuant to Plaintiffs' Status Report Re Bankuptcy Court Ruling on Motion to Approve Settlement and for good cause shown,

IT IS HEREBY ORDERED that the hearings on Plaintiffs' Motion for Class Certification and RBS Financial Products, Inc.'s Motion for Summary Judgment are set for ~~November 18~~, December 2 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October ~~24~~ 2011

/s/ Susan Illston
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE