LEAH R. MOSNER (Bar No. 266645)
BUCKLEYSANDLER LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone: (424) 203-1000
Facsimile: (424) 203-1019
Email: lmosner@buckleysandler.com

BENJAMIN B. KLUBES (Admitted *Pro Hac Vice*)
MICHELLE L. ROGERS (Admitted *Pro Hac Vice*)
BUCKLEYSANDLER LLP
1250 24th Street, NW, Suite 700
Washington, DC 20037
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: bklubes@buckleysandler.com
       mrogers@buckleysandler.com

*Attorneys for Defendant RBS Financial Products Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, *et al.*,<br><br>Defendants. | CASE NO. 3:07-cv-04496-SI<br>CLASS ACTION<br><br>**RBS FINANCIAL PRODUCTS INC.'S DECLATATIONCONCERNING THE SALE OF THE GOLDHABER LOAN** |

I, Marina McLaughlin, do certify and state as follows:

1. I am a Vice President for RBS Financial Products Inc., formerly Greenwich Capital Financial Products, Inc. ("RBS"). I am over the age of eighteen (18) and have personal knowledge of the facts set forth in this affidavit. If called to testify as a witness in this proceeding, I could and would competently testify to the facts set forth herein.

2. In my capacity as Vice President for RBS, I am knowledgeable about RBS's mortgage loan sale and securitization practices.

3. I have reviewed RBS's records relating to the mortgage loan obtained by Eli and Josephine Goldhaber (Loan No. 413211) on or about July 28, 2005. Based on my review, I am able to state that RBS does not own, and did not securitize, the Goldhaber Loan.

4. Specifically, as set forth in the attached Exhibit A, the Goldhaber Loan was originated by Paul Financial LLC in July 2005, purchased by RBS in September 2005, and sold by RBS to Treasury Bank in its entirety as part of a whole loan sale transaction involving 742 loans in December 2005.

5. RBS has no affiliation with Treasury Bank, and has no control over the Goldhaber Loan.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12/7/2011
Date

_[Signature]_
Signature

# EXHIBIT A

| Borrower | | |
|---|---|---|
| LB.NameFull | | Josephine Goldhaber |
| | REDACTED | |
| LCB.NameFull | | Eli Goldhaber |
| | REDACTED | |

| Credit | |
|---|---|
| CUSIP | PAULFIN23 |
| | REDACTED |
| Seller | PAUL FINANCIAL, LLC |
| | Redacted |
| Servicer | GMAC MORTGAGE CORPORATION |
| Trustee | |
| Status | SOLD |
| Name | WL Sale To Treasury Bank 122805 |
| ClosingDt | 12/28/2005 |
| | REDACTED |

| Arm Terms | |
|---|---|
| | REDACTED |

| Property | |
|---|---|
| | REDACTED |
| Address | 24658 Montevista Circle |
| City | Valencia |
| State | CA |
| Zip | 91354 |
| | REDACTED |

| Terms | |
|---|---|
| Lien | 1 |
| BalOrig | 409,500.00 |
| | REDACTED |