FILED

UNITED STATES COURT OF APPEALS

NOV 09 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ELI GOLDHABER; et al.,

Plaintiffs - Respondents,

v.

RBS FINANCIAL PRODUCTS, INC.,

Defendant - Petitioner.

No. 12-80168

D.C. No. 3:07-cv-04496-SI
Northern District of California,
San Francisco

ORDER

Before: LEAVY and RAWLINSON, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the

district court's August 23, 2012 order granting class action certification. *See* Fed.

R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per

curiam).

AT/MOATT