| | |
|---|---|
| **SMOGER & ASSOCIATES**<br>Gerson H. Smoger (SBN 79196)<br>Gerson@texasinjurylaw.com<br>Steven M. Bronson (SBN 246751)<br>steven.bronson@gmail.com<br>3175 Monterey Blvd<br>Oakland, CA, 94602-3560<br>Tel.: (510) 531-4529<br>Fax: (510) 531-4377<br><br>**ARBOGAST BOWEN LLP**<br>David M. Arbogast (SBN 167571)<br>david@arbogastbowen.com<br>11400 W. Olympic Blvd., 2nd Floor<br>Los Angeles, CA 90064<br>Tel.: (310) 477-7200<br>Fax: (310) 943-2309 | **BERNS WEISS LLP**<br>Jeffrey K. Berns (SBN 131351)<br>jberns@law111.com<br>20700 Ventura Blvd., Suite 140<br>Woodland Hills, CA 91364<br>Tel.: (818) 961-2000<br>Fax: (818) 999-1500<br><br>-and-<br><br>Lee A. Weiss (Admitted *Pro Hac Vice*)<br>lweiss@law111.com<br>585 Stewart Avenue, Suite L-20<br>Garden City, NY 11530<br>Tel.: (516) 222-2900<br>Fax: (818) 999-1500 |

Attorneys for Plaintiff and the Class and the RBS SubClass

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS INC., and DOES 2 through 10 inclusive,<br><br>Defendants. | Case No. 3:07-cv-04496-SI<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Current date:  March 29, 2013<br>Time:  3:00 p.m.<br>Courtroom:  Courtroom 10, 19th Floor<br>Judge:  Hon. Susan Illston |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(b), Plaintiffs and Class Representatives Eli Goldhaber and Josephina Goldhaber ("Class Representatives"), Defendant Paul Financial, LLC ("Paul Financial"), and Defendant RBS Financial Products Inc. ("RBS") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, by Order dated July 27, 2011 (Dkt. No. 385), this Court dismissed HSBC Bank USA, N.A. and Luminent Mortgage Trust 2006-2;

WHEREAS, by Order dated August 23, 2012 (Dkt. No. 413), this Court denied RBS's Motion for Summary Judgment and granted Plaintiffs' Motion for Class Certification;

WHEREAS, by Order dated September 26, 2012 (Dkt. No. 419), this Court appointed Class Representatives and Class Counsel and certified the Class and the RBS SubClass as follows:

The Class

All individuals who, within the four-year period preceding the filing of Plaintiffs' original complaint through the date that notice is mailed to the Class (the "Class Period"), obtained an Option ARM loan from Paul Financial, LLC that either (a) was secured by real property located in the State of California, or (b) was secured by real property located outside the State of California where the loan was approved in or disseminated from California, which loan had the following characteristics: (i) the yearly numerical interest rate listed on page one of the Note is 3.0% or less; (ii) in the section entitled "Interest," the Promissory Note states that this rate "may" instead of "will" or "shall" change (e.g., "The interest rate I will pay **may** change"); (iii) the yearly numerical interest rate listed on page one of the Note was only effective through the due date for the first monthly payment and then adjusted to a rate which is the sum of an "index" and "margin;" and (iv) the Note does not contain any statement that paying the amount listed as the "initial monthly payment(s)," will definitely result in negative amortization or deferred interest. Excluded from the Class are Defendants' employees, officers, directors, agents, representatives, and their family members, as well as the Court and its officers, employees, and relatives.

The RBS SubClass

All members of the Class whose Option ARM loans were sold or otherwise assigned by Paul Financial, LLC to RBS Financial Products Inc.

WHEREAS, on February 7, 2013, Class Representatives and RBS participated in a day-long mediation session before Professor Eric D. Green of Resolutions, LLC;

1     WHEREAS, Class Representatives and RBS have agreed to a settlement in principle, but require an additional six weeks time to finalize a settlement agreement, and to prepare and file a motion for preliminary approval;

    WHEREAS, this Court scheduled a Further Case Management Conference for March 29, 2013, and ordered a joint case management conference statement be filed one week prior;

    WHEREAS, no Party will be prejudiced by the relief requested in this Notice of Settlement and Stipulation; and

    WHEREAS, this Notice of Settlement and Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by their undersigned counsel, and Defendants Paul Financial, LLC and RBS Financial Products Inc., by their undersigned counsel, that, subject to the approval of this Court:

(1) the Further Case Management Conference set for March 29, 2013 shall be continued to May 10, 2013 at 3:00 p.m., or at a time thereafter convenient for the Court;

(2) the Parties shall submit a full Joint Case Management Statement in compliance with Civil L.R. 16-9 and the Standing Order for All Judges of the Northern District of California one week prior to the date of the scheduled Further Case Management Conference; and

(3) if the Parties file a motion for preliminary approval of their settlement on or before the due date of the Joint Case Management Statement, then the Further Case Management Conference shall be taken off calendar.

Respectfully submitted,

Dated: March 21, 2013            /s/ *Lee A. Weiss*
Lee A. Weiss (admitted *pro hac vice*)
lweiss@law111.com
BERNS WEISS, LLP
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

2
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO
RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE     Case No. 3:07-cv-04496-SI

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | -and- |
| 3 | | Jeffrey K. Berns (SBN 131351) |
|   | | jberns@law111.com |
| 4 | | BERNS WEISS LLP |
|   | | 20700 Ventura Boulevard, Suite 140 |
| 5 | | Woodland Hills, CA 91364 |
|   | | Telephone:  (818) 961-2000 |
| 6 | | Facsimile:  (818) 999-1500 |
| 7 | | |
|   | | *Attorneys for Plaintiffs* |
| 8 | | |
| 9 | Dated:  March 21, 2013 | _____/s/ *Benjamin B. Klubes*_____ |
|   | | Benjamin B. Klubes (Admitted *Pro Hac Vice*) |
| 10 | | bklubes@buckleysandler.com |
| 11 | | Michelle L. Rogers (Admitted *Pro Hac Vice*) |
|   | | mrogers@buckleysandler.com |
| 12 | | BUCKLEYSANDLER LLP |
|   | | 1250 24th Street NW, Suite 700 |
| 13 | | Washington, DC 20037 |
|   | | Telephone:  (202) 349-8000 |
| 14 | | Facsimile:  (202) 349-8080 |
| 15 | | |
|   | | Leah Mosner (SBN 266645) |
| 16 | | lmosner@buckleysandler.com |
|   | | BUCKLEYSANDLER LLP |
| 17 | | 100 Wilshire Boulevard, Suite 1000 |
|   | | Santa Monica, CA 90401 |
| 18 | | Telephone:  (310) 424-3900 |
|   | | Facsimile:  (310) 424-3961 |
| 19 | | |
| 20 | | *Attorneys for Defendant* |
|   | | *RBS Financial Products Inc.* |
| 21 | | |
| 22 | Dated:  March 21, 2013 | _____/s/ *John P. Christian*_____ |
| 23 | | John P. Christian (SBN 111444) |
|   | | jchristian@weintraub.com |
| 24 | | WEINTRAUB TOBIN CHEDIAK COLEMAN |
|   | | GRODIN |
| 25 | | 475 Sansome Street, Suite 1800 |
|   | | San Francisco, CA 94111 |
| 26 | | Telephone:  (415) 433-1400 |
|   | | Facsimile:  (415) 433-3883 |
| 27 | | |
| 28 | | |

3

## ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: March 21, 2013

/s/ *Lee A. Weiss*
Lee A. Weiss (admitted *pro hac vice*)
lweiss@law111.com
BERNS WEISS, LLP
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Telephone: (516) 222-2900
Facsimile: (818) 999-1500

4
JOINT NOTICE OF SETTLEMENT AND STIPULATION TO
RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE        Case No. 3:07-cv-04496-SI

# [PROPOSED] ORDER

Pursuant to the Joint Notice of Settlement and Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that:

(1) the Further Case Management Conference is continued to  May 10, 2013  at 3:00 p.m.;

(2) the Parties shall submit a full Joint Case Management Statement in compliance with Civil L.R. 16-9 and the Standing Order for All Judges of the Northern District of California on or before  May 3, 2013 ;

(3) if the Parties file a motion for preliminary approval of their settlement on or before  April 26, 2013 , then the Further Case Management Conference shall be taken off calendar; and

(4) the proceedings in this action shall remain stayed in their entirety.

**IT IS SO ORDERED.**

Dated:  3/21 , 2013

_____
Judge Susan Illston
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER RE: STIPULATION TO
RESCHEDULE FURTHER CASE MANAGEMENT CONFERENCE        Case No. 3:07-cv-04496-SI