1 | **SMOGER & ASSOCIATES** | **BERNS WEISS LLP**
Gerson H. Smoger (SBN 79196) | Jeffrey K. Berns (SBN 131351)
2 | Gerson@texasinjurylaw.com | jberns@law111.com
Steven M. Bronson (SBN 246751) | 20700 Ventura Blvd., Suite 140
3 | steven.bronson@gmail.com | Woodland Hills, CA 91364
3175 Monterey Blvd | Tel.: (818) 961-2000
4 | Oakland, CA, 94602-3560 | Fax: (818) 999-1500
5 | Tel.: (510) 531-4529
Fax: (510) 531-4377 | -and-
6
7 | **ARBOGAST BOWEN LLP** | Lee A. Weiss (Admitted *Pro Hac Vice*)
David M. Arbogast (SBN 167571) | lweiss@law111.com
8 | david@arbogastbowen.com | 585 Stewart Avenue, Suite L-20
Chumahan B. Bowen (SBN | Garden City, NY 11530
9 | cbowen@arbogastbowen.com | Tel.: (516) 222-2900
11400 W. Olympic Blvd., 2nd Floor | Fax: (818) 999-1500
10 | Los Angeles, CA 90064
Tel.: (310) 477-7200
11 | Fax: (310) 943-2309

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and the RBS Subclass

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| GREGORY M. JORDAN, ELI GOLDHABER and JOSEPHINA GOLDHABER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL FINANCIAL, LLC, LUMINENT MORTGAGE CAPITAL, INC., HSBC BANK USA, N.A., AS TRUSTEE OF LUMINENT MORTGAGE TRUST 2006-2, RBS FINANCIAL PRODUCTS INC., and DOES 2 through 10 inclusive,<br><br>Defendants. | Case No. 3:07-cv-04496-SI<br><br>**JOINT STIPULATION REGARDING SETTLEMENT ADMINISTRATION SCHEDULE**<br><br>Courtroom: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

1    Plaintiffs and Class Representatives Eli Goldhaber and Josephina Goldhaber ("Class
2  Representatives"), and Defendant RBS Financial Products Inc. ("RBS" or "Defendant") (together,
3  with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:
4    WHEREAS, on June 14, 2013, the Court held a hearing on the Parties' Joint Motion for
5  Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion");
6    WHEREAS, on June 14, 2013, the Court granted the Preliminary Approval Motion and
7  signed an order ("Preliminary Approval Order") preliminarily approving the settlement between
8  the Parties ("Settlement Agreement") in the same form as Exhibit A to the Declaration of Jeffrey
9  K. Berns on May 2, 2013 (Doc. 427-1) and set the Final Approval Hearing for November 15, 2013
10 at 9:00 A.M;
11   WHEREAS, the Court directed the Parties to file a stipulation setting forth the deadlines
12 for the implementation and administration of the Settlement, including deadlines for RBS Subclass
13 Members to request to be excluded or to object, pursuant to the Court's Preliminary Approval
14 Order and the Settlement Agreement;
15   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Class
16 Representatives, by their undersigned counsel, and Defendant RBS, by their undersigned counsel,
17 that the deadlines for the implementation and administration of the settlement through the Final
18 Approval Hearing are as follows:

| Date | Action/Event |
| --- | --- |
| June 21, 2013 | Deadline for RBS to provide addresses for all RBS Subclass members to Settlement Administrator |
| June 24, 2013 | Deadline for RBS to establish Settlement Fund with $20,000 |
| July 14, 2013 | Deadline for Class Counsel to post the following on its website:<br>a.    Preliminary Approval Order<br>b.    Settlement Notice<br>c.    Complaint |
| July 14, 2013 | Deadline for Settlement Administrator to mail Settlement Notices |
| August 28, 2013 (or earlier if Settlement | Deadline for RBS Subclass members to |

1

JOINT STIPULATION RE SETTLEMENT ADMINISTRATION SCHEDULE        Case No. 3:07-cv-04496-SI

| | | |
|---|---|---|
| 1<br>2 | Notices are mailed prior to July 14, 2013, as the deadline is 45 days from the date when Settlement Notices are mailed) | mail Request for Exclusion |
| 3<br>4<br>5 | August 29, 2013 (or earlier if Settlement Notices are mailed prior to July 14, 2013, as the deadline is 14 days prior to the deadline for RBS Subclass members to mail Written Objections) | Deadline for Class Counsel to file fee application and request for Service Payments to Class Representatives |
| 6<br>7<br>8 | September 12, 2013 (or earlier if Settlement Notices are mailed prior to July 14, 2013, as the deadline is 60 days from when Settlement Notices are mailed) | Deadline for RBS Subclass members to serve upon Counsel and file with the Court a Written Objection |
| 9<br>10<br>11 | September 27, 2013 (or earlier if Settlement Notices are mailed prior to July 14, 2013, as the deadline is 75 days from when Settlement Notices are mailed) | Deadline for Settlement Administrator to provide Counsel with copies of all Requests for Exclusion |
| 12<br>13 | October 11, 2013 | Deadline for the Parties to file a joint motion requesting final approval of the Settlement Agreement |
| 14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22 | November 1, 2013 | Deadline for the following:  (1) Class Counsel and RBS may file a memorandum addressing any timely filed Written Objections; (2) Settlement Administrator to file with the Court and serve on Class Counsel and counsel for RBS a declaration stating that any required Notice has been completed; (3) Settlement Administrator to file with the Court a declaration identifying all persons who have made a timely and valid Request for Exclusion; and (4) Class Counsel and counsel for RBS may file with the Court and serve to any RBS Subclass Member a written response to any Written Objection filed and served by any RBS Subclass Member. |
| 23 | November 15, 2013 at 9:00 a.m. | Final Approval Hearing |

Respectfully submitted,

Dated:  June 14, 2013

       /s/ Lee A. Weiss
Lee A. Weiss (admitted *pro hac vice*)
lweiss@law111.com
BERNS WEISS, LLP
585 Stewart Avenue, Suite L-20

|   |   |
|---|---|
| | Garden City, New York 11530 |
| | Telephone:  (516) 222-2900 |
| | Facsimile:   (818) 999-1500 |
| | |
| | -and- |
| | |
| | Jeffrey K. Berns (SBN 131351) |
| | jberns@law111.com |
| | BERNS WEISS LLP |
| | 20700 Ventura Boulevard, Suite 140 |
| | Woodland Hills, CA 91364 |
| | Telephone:  (818) 961-2000 |
| | Facsimile:   (818) 999-1500 |
| | |
| | *Attorneys for Plaintiffs* |
| | |
| Dated:  June 14, 2013 | /s/ Benjamin B. Klubes |
| | Benjamin B. Klubes (Admitted *Pro Hac Vice*) |
| | bklubes@buckleysandler.com |
| | Michelle L. Rogers (Admitted *Pro Hac Vice*) |
| | mrogers@buckleysandler.com |
| | BUCKLEYSANDLER LLP |
| | 1250 24th Street, NW, Suite 700 |
| | Washington, DC 20037 |
| | Telephone: (202) 349-8000 |
| | Facsimile: (202) 349-8080 |
| | |
| | -and- |
| | |
| | Leah Mosner (SBN 266645) |
| | lmosner@buckleysandler.com |
| | BUCKLEYSANDLER LLP |
| | 100 Wilshire Boulevard, Suite 1000 |
| | Santa Monica, CA 90401 |
| | Telephone: (310) 424-3900 |
| | Facsimile: (310) 424-3961 |
| | |
| | *Attorneys for Defendant* |
| | *RBS Financial Products Inc.* |

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated: June 14, 2013                               /s/ Lee A. Weiss
                                                                Lee A. Weiss (admitted *pro hac vice*)
                                                                lweiss@law111.com
                                                                BERNS WEISS, LLP
                                                                585 Stewart Avenue, Suite L-20
                                                                Garden City, New York 11530
                                                                Telephone:  (516) 222-2900
                                                                Facsimile:   (818) 999-150